UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| Case No. | CV 09-3986 DSF (MANx) | Date | 8/4/09 |
|---|---|---|---|
| Title | Marc Headley v. Church of Scientology International, et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (In Chambers) MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT FILED 6/11/09 (No. 5); MOTION TO STRIKE PORTIONS OF SECOND AMENDED COMPLAINT FILED 6/11/09 (No. 7); MOTION FOR SUMMARY ADJUDICATION AS TO FACTS AND CONCLUSIONS OF LAW FILED BY PLAINTIFF ON 7/7/09 (No. 14)

    The Court, on its own motion, takes the above-referenced proceedings off the hearing calendar for Monday, August 10, 2009 at 1:30 p.m. and takes the motions **under submission.** A written order will follow.