ERIC M. LIEBERMAN
Rabinowitz, Boudin, Standrad, Krinsky & Liberman
111 Broadway, 11th Fl.
New York, New York 10006

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| MARC HEADLEY, Plaintiff(s), v. CHURCH OF SCIENTOLOGY INTERNATIONAL, a corporate entity, and DOES 1 through 20, Defendant(s). | CASE NUMBER CV 09-03986 APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |
|---|---|

NOTICE: Effective June 1, 2004, the fee for *Pro Hac Vice* Appearance is $185.00 for **each case** application. Please submit the fee with your application. Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk. If no Appointment Affidavit is on file, submission of the application is required.

A **CERTIFICATE OF GOOD STANDING** for the applicant from the state for which the applicant is a member of the bar, and which has been issued within 30 days, must be attached to this application.

I, Eric M. Lieberman, hereby apply to the Court under Local Rule 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ☑ Defendant: Church of Scientology International by whom I have been retained.

My *out-of-state* business information is as follows:
Rabinowitz, Boudin, Standrad, Krinsky & Lieberman, P.C.
*Firm Name*

111 Broadway, 11th Fl.
*Street Address*

New York, New York, 10006          elieberman@rbskl.com
*City, State, Zip*                  *E-Mail Address*

(212) 254-1111
*Telephone Number*                  *Fax Number*

I am a member in good standing and eligible to practice before the following courts:

| Title of Court | Date of Admission |
|---|---|
| U.S. Supreme Court | December 9, 1974 |
| U.S. Court of Appeals - District of Columbia Circuit | 1974 |
| U.S. Court of Appeals - First Circuit | May 8, 1981 |
| U.S. Court of Appeals - Second Circuit | February 23, 1973 |

(continued on Attachment A)

I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of California. I am not currently suspended or disbarred in any court.

I have concurrently, or within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions:

| Case Number | Title of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| CV 08-05658 | Hammond v. Ramirez Miller et al. | August 28, 2008 | Granted |
| | | | |
| | | | |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:

I designate   Harold M. Brody   as local counsel, whose business information is as follows:
Proskauer Rose LLP
*Firm Name*

2049 Century Park East, 32nd Floor
*Street Address*

Los Angeles, California 90067-3206          hbrody@proskauer.com
*City, State, Zip*                                              *E-Mail Address*

(310) 284-5625                                           (310) 557-2193
*Telephone Number*                                    *Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence.

Date   Aug. 19, 2009

ERIC M. LIEBERMAN
*Applicant's Name (please print)*

*Applicant's Signature*

I hereby consent to the foregoing designation as local counsel.

Date   8/19/09

HAROLD M. BRODY
*Designee's Name (please print)*

*Designee's Signature*
84927
*Designee's California State Bar Number*

**NOTE:** COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (G-64 ORDER) ALONG WITH THIS APPLICATION.

# Attachment A

## Court Admissions Continued

| Title of Court | Date of Admission |
|---|---|
| U.S. Court of Appeals – Third Circuit | March 26, 1987 |
| U.S. Court of Appeals – Fourth Circuit | February 4, 1987 |
| U.S. Court of Appeals – Fifth Circuit | December 12, 2003 |
| U.S. Court of Appeals – Sixth Circuit | April 21, 1997 |
| U.S. Court of Appeals – Seventh Circuit | April 3, 1987 |
| U.S. Court of Appeals – Eighth Circuit | 1974 |
| U.S. Court of Appeals – Ninth Circuit | July 5, 1985 |
| U.S. Court of Appeals – Tenth Circuit | November 17, 1995 |
| U.S. Court of Appeals – Eleventh Circuit | 1981 |
| U.S. District Court – Southern District of New York | December 24, 1974 |
| U.S. District Court – Northern District of New York | September 4, 1975 |
| U.S. District Court – Eastern District of New York | December 24, 1974 |
| U.S. Tax Court | August 21, 1991 |
| NYS Supreme Court, Appellate Division, First Dept. | May 25, 1974 |
| Supreme Judicial Court of Massachusetts | 1971 |

## Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, John W. McConnell, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

# ERIC M. LIEBERMAN

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on March 25, 1974, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on
August 17, 2009

Clerk of the Court

9153