# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC HEADLEY,<br><br>Plaintiff(s)<br><br>v.<br><br>CHURCH OF SCIENTOLOGY INTERNATIONAL, a corporate entity, and DOES 1 through 20,<br><br>Defendant(s). | CASE NUMBER<br>**CV 09-03986**<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** |

The Court, having reviewed the accompanying Application of <u>Eric M. Lieberman</u>,
*Applicant=s Name*

of <u>Rabinowitz, Boudin, Standrad, Krinsky & Lieberman, P.C., 111 Broadway, 11th Fl., New York, NY 10006</u>
*Firm Name / Address*

<u>(212) 254-1111</u>          <u>elieberman@rbskl.com</u>
*Telephone Number*            *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of  G Plaintiff   ☑ Defendant

<u>Church of Scientology International</u>

and the designation of <u>Harold M. Brody</u>
*Local Counsel Designee /State Bar Number*

of <u>Proskauer Rose LLP, 2049 Century Park East, 32nd Floor, Century Park East, Los Angeles, CA 90067-3206</u>
*Local Counsel Firm / Address*

<u>(310) 284-5625</u>          <u>hbrody@proskauer.com</u>
*Telephone Number*            *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

G GRANTED

G DENIED.  Fee, if paid, shall be returned by the Clerk.

Dated _____         _____
                                     U. S. District Judge/U.S. Magistrate Judge

---

GB64 ORDER (01/08)    ORDER ON APPLICATION OF NONRESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE