# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC HEADLEY,<br>Plaintiff(s)<br>v.<br>CHURCH OF SCIENTOLOGY INTERNATIONAL, a corporate entity, and DOES 1 through 20,<br>Defendant(s). | CASE NUMBER<br>CV 09-03986<br><br>ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed the accompanying Application of <u>Eric M. Lieberman</u>,
*Applicant's Name*

of <u>Rabinowitz, Boudin, Standrad, Krinsky & Lieberman, P.C., 111 Broadway, 11th Fl., New York, NY 10006</u>
*Firm Name / Address*

<u>(212) 254-1111</u>          <u>elieberman@rbskl.com</u>
*Telephone Number*          *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ☒ Defendant

<u>Church of Scientology International</u>

and the designation of <u>Harold M. Brody</u>
*Local Counsel Designee /State Bar Number*

of <u>Proskauer Rose LLP, 2049 Century Park East, 32nd Floor, Century Park East, Los Angeles, CA 90067-3206</u>
*Local Counsel Firm / Address*

<u>(310) 284-5625</u>          <u>hbrody@proskauer.com</u>
*Telephone Number*          *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

X GRANTED

☐ DENIED. Fee, if paid, shall be returned by the Clerk.

Dated <u>August 21, 2009</u>          *[signed] Dale S. Fischer*

U. S. District Judge/U.S. Magistrate Judge