ANTHONY J. ONCIDI, SBN 118135
aoncidi@proskauer.com
HAROLD M. BRODY, SBN 84927
hbrody@proskauer.com
G. SAMUEL CLEAVER, SBN 245717
gcleaver@proskauer.com
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, CA 90067-3206
Telephone:    (310) 557-2900
Facsimile     (310) 557-2193

KENDRICK L. MOXON, SBN 128240
MOXON & KOBRIN
kmoxon@earthlink.net
3055 Wilshire Boulevard, Suite 900
Los Angeles, California 90010
Telephone:  (213) 487-4468
Facsimile:   (213) 487-5385

Attorneys for Defendant,
Church of Scientology International

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC HEADLEY,<br><br>             Plaintiff,<br><br>      v.<br><br>CHURCH OF SCIENTOLOGY INTERNATIONAL, a corporate entity, and DOES 1-20,<br><br>             Defendants. | Case No. CV09-3986 DSF (MANx)<br><br>**DEFENDANT CHURCH OF SCIENTOLOGY INTERNATIONAL'S ANSWER TO PLAINTIFF MARC HEADLEY'S SECOND AMENDED COMPLAINT** |

ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT

Defendant Church Of Scientology International ("CSI" or "Defendant") for itself only, by its attorneys, Proskauer Rose LLP, answers Plaintiff Marc Headley's Second Amended Complaint for Damages ("Complaint") as follows:

## INTRODUCTION

1.      Answering paragraph 1, Defendant denies, generally and specifically, each and every allegation in this paragraph, except admits that Plaintiff filed the initial complaint in this action and filed a complaint against Defendant with the California Labor Commission.

2.      Answering paragraph 2, Defendant denies, generally and specifically, each and every allegation in this paragraph.

3.      Answering paragraph 3, Defendant admits that L. Ron Hubbard wrote that "Scientology is today the only successfully validated psychotherapy in the world…Scientology is a precision science", states that the quotation is taken out of context and denies, generally and specifically, each and every allegation in this paragraph.

4.      Answering paragraph 4, Defendant denies generally and specifically, each and every allegation in this paragraph.

5.      Answering paragraph 5, Defendant denies, generally and specifically, each and every allegation in this paragraph.

6.      Answering paragraph 6, Defendant denies, generally and specifically, each and every allegation in this paragraph.

7.      Answering paragraph 7, Defendant denies, generally and specifically, each and every allegation in this paragraph.

1

ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT

8086/21051-004
Current/15494062v4

8. Answering paragraph 8, Defendant denies, generally and specifically, each and every allegation in this paragraph.

9. Answering paragraph 9, Defendant denies, generally and specifically, each and every allegation in this paragraph.

### PLAINTIFF WAS AN EMPLOYEE OF DEFENDANT

10. Answering paragraph 10, Defendant admits that the paragraph accurately sets forth a quotation that appears on its website, states that the quotation is taken out of context and denies, generally and specifically, each and every allegation in this paragraph.

11. Answering paragraph 11, Defendant denies, generally and specifically, each and every allegation in this paragraph.

12. Answering paragraph 12, Defendant denies, generally and specifically, each and every allegation in this paragraph.

13. Answering paragraph 13, Defendant denies, generally and specifically, each and every allegation in this paragraph.

14. Answering paragraph 14, Defendant denies, generally and specifically, each and every allegation in this paragraph, except admits that the County of Los Angeles is an appropriate venue for this action and that Defendant is a church.

### A BRIEF REVIEW OF SUPPORTING CASES

15. Answering paragraph 15, Defendant can neither admit nor deny any allegations because the paragraph is a legal argument that contains no factual allegations against Defendant.

ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT

8086/21051-004
Current/15494062v4

16.    Answering paragraph 16, Defendant can neither admit nor deny any allegations because the paragraph is a legal argument that contains no factual allegations against Defendant.

17.    Answering paragraph 17, Defendant denies, generally and specifically, each and every allegation in this paragraph.

18.    Answering paragraph 18, Defendant denies, generally and specifically, each and every allegation in this paragraph.

19.    Answering paragraph 19, Defendant denies, generally and specifically, each and every allegation in this paragraph.

20.    Answering paragraph 20, Defendant denies, generally and specifically, each and every allegation in this paragraph.

21.    Answering paragraph 21, Defendant denies, generally and specifically, each and every allegation in this paragraph.

22.    Answering paragraph 22, Defendant denies, generally and specifically, each and every allegation in this paragraph.

23.    Answering paragraph 23, Defendant denies, generally and specifically, each and every allegation in this paragraph.

24.    Answering paragraph 24, Defendant denies, generally and specifically, each and every allegation in this paragraph.

## FIRST CAUSE OF ACTION FOR VIOLATION OF B&P CODE §17200 ET. SEQ

25.    Answering paragraph 25, Defendant denies, generally and specifically, each and every allegation in this paragraph.

3

ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT

8086/21051-004
Current/15494062v4

26.    Answering paragraph 26, Defendant denies, generally and specifically, each and every allegation in this paragraph.

27.    Answering paragraph 27, Defendant denies, generally and specifically, each and every allegation in this paragraph.

28.    Answering paragraph 28, Defendant denies, generally and specifically, each and every allegation in this paragraph.

29.    Answering paragraph 29, Defendant denies, generally and specifically, each and every allegation in this paragraph.

30.    Answering paragraph 30, Defendant denies, generally and specifically, each and every allegation in this paragraph.

31.    Answering paragraph 31, Defendant denies, generally and specifically, each and every allegation in this paragraph.

32.    Answering paragraph 32, Defendant denies, generally and specifically, each and every allegation in this paragraph.

33.    Answering paragraph 33, Defendant denies, generally and specifically, each and every allegation in this paragraph.

34.    Answering paragraph 34, Defendant denies, generally and specifically, each and every allegation in this paragraph.

35.    Answering paragraph 35, Defendant denies, generally and specifically, each and every allegation in this paragraph.

36.    Answering paragraph 36, Defendant denies, generally and specifically, each and every allegation in this paragraph.

ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT

8086/21051-004
Current/15494062v4

37.    Answering paragraph 37, Defendant denies, generally and specifically, each and every allegation in this paragraph.

38.    Answering paragraph 38, Defendant denies, generally and specifically, each and every allegation in this paragraph.

39.    Answering paragraph 39, Defendant denies, generally and specifically, each and every allegation in this paragraph.

40.    Answering paragraph 40, Defendant denies, generally and specifically, each and every allegation in this paragraph.

41.    Answering paragraph 41, Defendant denies, generally and specifically, each and every allegation in this paragraph.

42.    Answering paragraph 42, Defendant denies, generally and specifically, each and every allegation in this paragraph.

43.    Answering paragraph 43, Defendant denies, generally and specifically, each and every allegation in this paragraph.

44.    Answering paragraph 44, Defendant denies, generally and specifically, each and every allegation in this paragraph.

**SECOND CAUSE OF ACTION FOR UNPAID WAGES AND PENALTIES**

45.    Answering paragraph 45, Defendant denies, generally and specifically, each and every allegation in this paragraph.

46.    Answering paragraph 46, Defendant denies, generally and specifically, each and every allegation in this paragraph.

47.    Answering paragraph 47, Defendant denies, generally and specifically, each and every allegation in this paragraph.

5

ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT

48.    Answering paragraph 48, Defendant denies, generally and specifically, each and every allegation in this paragraph.

## THIRD CAUSE OF ACTION FOR FORCED LABOR
## aka HUMAN TRAFFICKING

49.    Answering paragraph 49, Defendant denies, generally and specifically, each and every allegation in this paragraph.

50.    Answering paragraph 50, Defendant can neither admit nor deny any allegations because the paragraph is a legal argument that contains no factual allegations against Defendant.

51.    Answering paragraph 51, Defendant can neither admit nor deny any allegations because the paragraph is a legal argument that contains no factual allegations against Defendant.

52.    Answering paragraph 52, Defendant denies, generally and specifically, each and every allegation in this paragraph.

53.    Answering paragraph 53, Defendant can neither admit nor deny any allegations because the paragraph is a legal argument that contains no factual allegations against Defendant.

54.    Answering paragraph 54, Defendant denies, generally and specifically, each and every allegation in this paragraph.

55.    Answering paragraph 55, Defendant denies, generally and specifically, each and every allegation in this paragraph.

56.    Answering paragraph 56, Defendant denies, generally and specifically, each and every allegation in this paragraph.

6

ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT

8086/21051-004
Current/15494062v4

57.    Answering paragraph 57, Defendant can neither admit nor deny any allegations because the paragraph is a legal argument that contains no factual allegations against Defendant.

58.    Answering paragraph 58, Defendant can neither admit nor deny any allegations because the paragraph is a legal argument that contains no factual allegations against Defendant.

59.    Answering paragraph 59, Defendant can neither admit nor deny any allegations because the paragraph is a legal argument that contains no factual allegations against Defendant.

60.    Answering paragraph 60, Defendant can neither admit nor deny any allegations because the paragraph is a legal argument that contains no factual allegations against Defendant.

61.    Answering paragraph 61, Defendant denies, generally and specifically, each and every allegation in this paragraph.

62.    Answering paragraph 62, Defendant denies, generally and specifically, each and every allegation in this paragraph.

63.    Answering paragraph 63, Defendant denies, generally and specifically, each and every allegation in this paragraph, except admits that Plaintiff was assigned to Gold Base, which is located near Hemet, California.

64.    Answering paragraph 64, Defendant denies, generally and specifically, each and every allegation in this paragraph.

65.    Answering paragraph 65, Defendant denies, generally and specifically, each and every allegation in this paragraph.

7

ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT

66.    Answering paragraph 66, Defendant denies, generally and specifically, each and every allegation in this paragraph.

67.    Answering paragraph 67, Defendant denies, generally and specifically, each and every allegation in this paragraph.  Defendant denies that Plaintiff is entitled to any of the relief he requests, or any other relief.

68.    Defendant denies each and every allegation in the Complaint not specifically admitted herein.

## AFFIRMATIVE DEFENSES

## FIRST AFFIRMATIVE DEFENSE

### (Failure To State A Cause Of Action)

The Complaint and each cause of action alleged therein fails to state facts sufficient to constitute a cause of action.

## SECOND AFFIRMATIVE DEFENSE

### (Statute Of Limitations)

The Complaint and each cause of action alleged therein is barred by the applicable statute of limitations, including but not limited to those set forth in Cal. Bus. & Prof. Code § 17208, Cal. Civ. Pro. Code § 338(a), and 28 U.S.C. § 1658.

## THIRD AFFIRMATIVE DEFENSE

### (No Unjust Enrichment)

The Complaint and each cause of action alleged therein for unfair business practices is barred because Defendant was not unjustly enriched.

## FOURTH AFFIRMATIVE DEFENSE

### (Attorneys' Fees and Costs Unwarranted)

The Complaint fails to state facts sufficient to support an award of attorneys' fees or costs.

8

ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT

## FIFTH AFFIRMATIVE DEFENSE

### (Laches)

Plaintiff is barred by the doctrine of laches from pursuing his Complaint and each purported cause of action therein by reason of his inexcusable and unreasonable delay in filing the Complaint.

## SIXTH AFFIRMATIVE DEFENSE

### (Waiver)

Plaintiff has waived whatever right he may have had to assert the purported claims contained in the Complaint and each purported cause of action thereof against Defendant.

## SEVENTH AFFIRMATIVE DEFENSE

### (First Amendment/Ministerial Exception)

The Complaint and each cause of action alleged therein is barred by the ministerial exemption under the First Amendment to the United States Constitution and Article I, Section 1 of the California Constitution.

## EIGHTH AFFIRMATIVE DEFENSE
### (No Willful Conduct)

The acts or omissions giving rise to this action were not a willful or knowing and intentional violation of any provision of the California Labor Code, or an order of the Industrial Welfare Commission. Accordingly, Plaintiff is barred from any recovery, penalties and/or liquidated damages in this action.

## NINTH AFFIRMATIVE DEFENSE

### (No Subject Matter Jurisdiction)

The Court is without subject matter jurisdiction because the conduct alleged involves the relationship between a church and members of its religious order.

WHEREFORE, Defendant prays for judgment as follows:

1. That Plaintiff take nothing by virtue of the Complaint;

9

ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT

8086/21051-004
Current/15494062v4

2. That judgment be entered in favor of Defendant and against Plaintiff;

3. That Defendant recover its costs of suit incurred herein, including attorneys' fees; and

4. For such other relief as the Court may deem just and proper.

DATED: August 26, 2009

> MOXON & KOBRIN - and -
> PROSKAUER ROSE LLP
>
> By:   /s/
> G. Samuel Cleaver
> Attorneys for Defendant Church of Scientology International

8086/21051-004
Current/15494062v4

10
ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT