## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 09-3986 DSF (MANx) | Date | 10/19/09 |
| Title | Marc Headley v. Church of Scientology International,  et al. | | |

Present: The Honorable    DALE S. FISCHER, United States District Judge

| Debra Plato | Pamela Batalo |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Barry Van Sickle | Harold Brody<br>Helena K. Kobrin<br>Marc Marmaro |

**Proceedings:**        Scheduling Conference


       The matter is called and counsel state their appearances.  The Court and counsel discuss status.  The Court establishes the case management dates as stated on the record. (See Order re Trial for specific dates and times.)  The settlement conference shall be conducted before Magistrate Judge Margaret A. Nagle.

05