1  BERT DEIXLER, SBN 70614
   bdeixler@proskauer.com
2  HAROLD M. BRODY, SBN 84927
   hbrody@proskauer.com
3  PROSKAUER ROSE LLP
   2049 Century Park East, 32nd Floor
4  Los Angeles, CA 90067-3206
   Telephone:    (310) 557-2900
5  Facsimile:    (310) 557-2193

6  ERIC M. LIEBERMAN, admitted pro hac vice
   elieberman@rbskl.com
7  RABINOWITZ, BOUDIN, STANDARD,
    KRINSKY & LIEBERMAN, P.C.
8  111 Broadway, 11th Floor
   New York, NY  10006
9

10  *Attorneys for Defendant Church of Scientology International*

11                UNITED STATES DISTRICT COURT

12              CENTRAL DISTRICT OF CALIFORNIA

13

14  MARC HEADLEY,                          ) Case No. CV09-3986 DSF (MANx)
                                           )
15            Plaintiff,                   ) **DECLARATION OF FRANK K.**
                                           ) **FLINN IN SUPPORT OF**
16       vs.                               ) **DEFENDANT'S MOTION FOR**
                                           ) **SUMMARY JUDGMENT AND**
17  CHURCH OF SCIENTOLOGY                  ) **SUMMARY ADJUDICATION OF**
    INTERNATIONAL, a corporate entity;     ) **ISSUES**
18  and DOES 1 through 20,                 )
                                           ) The Hon. Dale S. Fischer
19            Defendant.                    )
                                           ) Date:  June 21, 2010
20                                         ) Time:  1:30 p.m.
                                           ) Courtroom:  840
21  ——————————————————————

22

23

24

25

26

27

28

**I, FRANK K. FLINN**, declare and state as follows:

## I. QUALIFICATIONS

1.    I am presently employed as an Adjunct Professor in Religious Studies at Washington University, St. Louis, Missouri, where I teach courses on "Christianity in the Modern World," "New Religious Movements in America," "The North American Religious Experience," and "Introduction to the World's Religion." In addition, I work independently as a writer, editor, lecturer, and consultant in the fields of theology and religion. I am a member in good standing of the American Academy of Religion. A copy of my curriculum vitae is attached hereto.

2.    I received a B.A. in Philosophy in 1962 from Quincy University, Quincy, Illinois; a B. Div. magna cum laude in 1966 from the Harvard Divinity School, Cambridge, Massachusetts; and a Ph.D. in Special Religious Studies in 1981 from St. Michael's College, Toronto School of Theology, Toronto, Ontario. My doctoral studies included an investigation of the rise of new religious movements in the United States and abroad after World War II, with reference to their belief systems, lifestyles, leadership, motivation and sincerity, material conditions of existence, and use of religious terminology. As part of my doctoral studies I also studied ancient sectarian movements, such as the Qumran community, Orphism, the mystery religions, and medieval religious orders and sectarian movements. I was a Fulbright Scholar in Philosophy and Ancient Near Eastern Religions at the University of Heidelberg during 1966-67 and a National Defense Foreign Language Fellow (Title VI) in Semitic Languages at the University of Pennsylvania during 1968-69.

3.    In addition to my academic training in religious studies, I have had intensive personal involvement in the religious life as a friar in the Order of Friars Minor, popularly known as the Franciscans. I entered the Preparatory Seminary when I was 12 ½ years old. At the age of 18 I took the habit and entered the novitiate for a year of prayer, meditation and silence. At the age of 19 in 1958 I

6772863v1

1  took my first, temporary vows of poverty, chastity and obedience. From 1958 to

2  1962 I studied philosophy and the liberal arts. In 1962 I took final, solemn vows of

3  poverty, chastity and obedience, after which I began my formal study of theology,

4  including the Christian scriptures, systematic theology, ethics, canon law, church

5  history and archeology, etc. The vow of poverty meant that I owned absolutely

6  nothing, not even the clothes on my back. I resided at three different monasteries in

7  Illinois and Ohio and visited many others throughout the Midwest. In 1964 I

8  decided to leave the monastery. I followed all the canonical procedures for a lawful

9  departure and received a dispensation from my vows directly from Pope Paul VI in

10  1965. I remain a practicing Roman Catholic. As a friar, I experienced a type of

11  religious life setting very similar to what members of the Sea Organization have in

12  terms of study, discipline, and commitment.

13      4.      Prior to my current position at Washington University, I taught at St.

14  Louis University, St. Louis, Missouri, where I was Graduate Director of the Masters

15  Program in Religion and Education and lectured on "The American Religious

16  Experience" during 1977-79; the University of Toronto, Ontario, where I was Tutor

17  in Comparative Religion during 1976-77; St. John's College, Santa Fe, New

18  Mexico, where I was Tutor in the Great Books Program from 1970 to 1975; LaSalle

19  College, Philadelphia, Pennsylvania, where I was Lecturer in Biblical Studies and

20  the Anthropology of Religion during 1969-73 (summer sessions); Boston College,

21  Chestnut Hill, Massachusetts, where I was Lecturer in Biblical Studies during 1967-

22  68; and Newton College of the Sacred Heart, Newton, Massachusetts, where I was

23  Lecturer in Biblical Studies.

24      5.      Since 1968, I have written as well as lectured about emerging religious

25  movements in North America and elsewhere during the 19th and 20th centuries,

26  including the Great Awakening, Shakerism, Mormonism, Seventh Day Adventism,

27  the Jehovah's Witnesses, New Harmony, the Oneida Community, Brook Farm, the

28  Unification Church, the Hare Krishna movement, and the Church of Scientology. A

6772863v1

1   list of my published articles, together with books for which I served as general
2   editor, accompanies my curriculum vitae.  I have lectured frequently on the subject
3   of new religions at colleges, universities, and professional conferences in the United
4   States, Canada, Europe, Japan, and the Republic of China.  I have also given
5   testimony before the United States Congress, the New York Assembly, and the
6   Ohio, Illinois, and Kansas Legislatures regarding various aspects of those traditional
7   religions and present-day new religions of which I have long-term, firsthand
8   knowledge.  In various venues and court cases I have submitted opinions and
9   testimony regarding the Holy Spirit Association for the Unification of Christianity
10  (Unification Church), the Church of Scientology, the Hindu Vaisnavites (Hare
11  Krishna), WICCA, the Bruderhof, the Christian Militia, the Anabaptist Amish,
12  Christian Pre-millennialists, the Rastafarians, and others.

13       6.     I have studied the Church of Scientology in depth since 1976, including
14  its vast body of scriptures.  Through visits to Scientology Churches and centers in
15  Los Angeles; Gilman Hot Springs, California; Clearwater, Florida; St. Louis;
16  Portland, Oregon; Toronto; and Paris, I have familiarized myself with the day-to-
17  day workings of the religion.  I have conducted numerous interviews with individual
18  members of the Church of Scientology and have observed Scientologists engaging
19  in the core religious practices of the denomination.  I am also familiar with most of
20  the extant literature on Scientology, ranging from works of objective scholarship to
21  journalistic accounts to partisan commentary, both favorable and unfavorable.  On
22  the basis of this comprehensive study, and in the light of my academic background
23  and my continuing professional experience, I have formed the opinions expressed
24  below.

25
26
27
28

6772863v1

## II.  THE SEA ORGANIZATION AND ITS ROLE
## WITHIN THE CHURCH OF SCIENTOLOGY.

7.     I have been asked to comment on the Sea Org(anization) as a religious order within the broader religion of Church of Scientology.  Based on my years of research and experience with Scientology, I take it as a given, including for the reasons stated and described below, that the Church of Scientology is a bona fide religion that includes a system of beliefs, religious practices including rituals and codes of behavior, and an identifiable body of believers who subscribe to and are sustained by those beliefs and religious practices.

### Religious Orders, East and West

#### A.    Buddhist Orders of Monks

8.     Before I can discuss the Sea Org as a religious order, however, it is necessary first to discuss religious orders, East and West, so that we can get a perspective on the nature and function of these religious institutions within religion in general.  There are two basic paradigms of religious orders in history.  First is the order of monks and nuns (Pali *bhikkhus* and *bhikkhunis*) founded by Gautama Buddha (ca. 563-483 BCE), following his enlightenment or awakening (*bodhi*).  Buddha's first community of believers (*sangha*) was composed first of monks only, then nuns and finally lay followers.  The purpose of the religious orders then as now is to preserve, protect and foster the teachings of the Buddha and to spread them throughout the world.

9.     The Buddha called his religion the "Discipline of Truth" (Pali *Dhamma Vinaya*) and his monastic rule for men and women is exactly that, a discipline of truth.  The chief aim of the Buddhist religion and the central purpose of the religious orders are to take up the quest to obtain releasement (*moksha*) from physical, emotional and spiritual pain for all sentient beings.  The Buddha taught the Four Nobles Truths leading to the Noble Eightfold Path.  The four truths are (1) all life is conditioned by pain and/or misery (*dukka*); (2) this suffering is caused by craving

6772863v1

(*tanha*), desire for evil things or an inordinate desire for good ones; (3) it is possible to become released from this suffering; and (4) the way to releasement is the Noble Eightfold Path. The Eightfold Path consists in developing and sustaining 1) right knowledge; (2) right attitude or perspective; (3) right speech or truthfulness; (4) right action; (5) right living or occupation; (6) right effort; (7) right mindfulness; and (8) right composure/conduct in all situations. If one follows these Truths and the Eightfold Path, then one can attain the state of *nirvana*, a term hard to translate but includes ideas such as an integrated personhood, peace of mind, bliss, and, ultimately, total release from the cycle of *samsara*, birth and rebirth in time and space.

10.    As with the Western monastic codes, the Buddha developed the rules, protocols, codes of behavior, and punishments on a case by case basis. The first Buddhist Monastic Code, the *Patimokkha*, contained 227 canons or regulations for men and 331 for women. It is contained in the *Vinaya Pitaka* ("Basket of Discipline"), the first of the *Tripatakas* ("Three Baskets") that constitute the Pali Buddhist Canon of scripture. This code, first developed within the Theravada tradition, later became the model for all subsequent codes in the Mahayana traditions in Tibet, China, Korea and Japan.

11.    Buddhist monks take vows to live a life of austerity and modesty, to chant and to meditate for several hours a day. Specifically they vow to abandon 10 activities that would prevent them from fulfilling the Eightfold Path: (1) killing with intent; (2) stealing; (3) sexual relations; (4) lying; (5) taking intoxicants of any kind; (6) singing, dancing, playing music (in a secular context); (7) using perfume or wearing body ornaments; (8) sitting on thrones or lying on fancy beds; (9) eating after midday (the time varies in other traditions); and (10) handling gold or money. Mahayana Buddhist monks and nuns also take the "vow of the Bodhisattva," promising out of compassion to save all suffering sentient beings, though they be

6772863v1

1   numberless and the effort to save them would take billions of years (see below, para.
2   30).

3       12.    The strict discipline within the monastery preserves the harmony of the
4   community so that the teachings of the Buddha can be held aloft within and carried
5   authentically to the laity outside.  Likewise there are strict rules of conduct when
6   relating to the laity and general public.  Monks and nuns are the standard bearers of
7   the Buddhist religion.

8       13.    Prior and subsequent to ordination Buddhist monks and nuns undergo
9   intensive training in regard to all aspects of the teaching of the Buddha, the monastic
10  code, as well as psychological, philosophical and metaphysical learning.  The last
11  mentioned is especially comprehensive in Tibetan Buddhism.  The rules of the
12  monastic life are all encompassing.  They govern how and where one is to sleep,
13  which robes to wear and what they are to be made of, the comportment of oneself
14  both within and outside the monastery, what medicines to use and how to administer
15  them, how to seek alms, and what punishments are to be meted out for breaking the
16  rule.

17      14.    In Theravada Buddhism there are two types of rule infractions.  The
18  first, called *parajika* (Pali "defeat") are serious.  They include (1) intentional
19  murder; (2) sexual intercourse; (3) theft; and (4) claiming a higher grade of
20  enlightenment than what one has truly attained.  The last injunction shows that
21  monastics have grades of meditation and enlightenment to which they aspire and
22  about which they are obliged to be totally truthful.  Nuns have 4 more *parajikas* to
23  avoid, mostly dealing with sexual relations.  Should a person engage in these, that
24  person would be "defeated" from the *sangha* permanently and have to wait at least
25  until the next lifetime to resume the path to enlightenment.  See Exhibit 128:
26  Thannissaro Bikkhu, *Bhikkhu Patimokkha/ The Bhikkhus Code of Discipline*,
27  pp. 2-6.

28

- 7 -

15.     The second type of infraction is called *sanghadisesa* (Pali "communal offense").  It includes a variety of lesser sexual infractions, falsely accusing fellow monks or nuns, and inciting schism.  Under this category the community sits in judgment on the offender and, depending on the case, either imposes a penance for improvement or expels a repeating offender.  The procedural regulations are very elaborate.  The types of infractions include sexual matters (masturbation; intercourse while under monastic vow; solicitation of personal alms for self or others); building a meditation hut with private donations and without approval of the *sangha*; bearing false witness against a fellow monk or nun; and inciting or supporting a schism within the community.  See Exhibit 128, pp. 3-4, no. 10.  There are numerous handbooks and commentaries dealing with all types of infractions and remedies.

16.     There are also procedures and regulations for monks who simply want to depart the religious order while maintaining spiritually harmonious relations with the *sangha*.  It is common for young men and women in the Theravada tradition to become monks or nuns for a period of a month or more and then go out and resume their lives in the secular world.  The period they spend in the monastery gives them a "toehold" on releasement and enlightenment for their later lives.  They depart from the monastery in a regular and orderly manner that respects the ideals of the religion.

17.     Buddhist monks and nuns live in close and guarded quarters.  There are portals for entering and exiting.  As with Christian monks and nuns, a member must seek a superior's permission to leave the monastery and is obliged to report in on returning.  As is clear from the Bikkhu's Code of Discipline, every aspect of the member's life—dwelling, periods of study and meditation, food, clothing, manner of begging, contact with nuns and lay people, food, medicines, etc.—is closely supervised and monitored.  Should a member take flight in untoward circumstances—whether having committed a serious infraction as in paragraphs 14 and 15 above, or simply depart in an unvetted manner—their fellow monks and nuns

6772863v1

1  would seek to bring them back to straighten matters out in a canonical manner. The

2  reason is simple to the believer: to simply "cut and run" would be to expose oneself

3  to the frightful condition of foregoing *moksha* in this lifetime.

4      18.    Buddhist monasteries accrue income in various ways. Much money

5  comes in through alms. Many derive significant income from funerals and

6  memorials and other rituals in honor of ancestors. Some produce rosaries and other

7  holy objects such a small statues of the Buddha, incense burners, prayer flags, and

8  other sacred utensils for sale to the faithful. Japanese monasteries also produce tea

9  and other products to support their way of life. But almost all monasteries in all the

10 traditions are deeply involved in copying or printing their scriptures for their own

11 use or to be sold to other monastic foundations or to devout outsiders (see Exhibit

12 129, Sera Monastery).

13     19.    What is important, however, is to see that monks and nuns in religious

14 orders see all aspects of their lives as contributing to their mission of obtaining

15 releasement from craving for themselves and preserving the ideal of enlightenment

16 for the laity at large. Even humble tasks—such as weeding the garden, baking

17 bread, sweeping the monastery paths, cleaning the latrines—are understood in a

18 religious way. These ordinary duties contribute to the monastic's developing

19 attitudes of humility, modesty, and obedience, without which their progress in the

20 stages of meditation leading to enlightenment and the spread of the Buddhist ideal

21 would be impaired or thwarted.

22

23          **B.   Christian Monastic Religious Orders**

24     20.    Christian monastic religious orders developed from the religious desire

25 to imitate the life of Jesus Christ. At the end of the 3rd century and later the form of

26 imitation took on a particular ascetic direction. Monks in Upper Egypt sought to

27 imitate Jesus' sojourn in the desert (Matthew 4:1-11; Mark 1:12-13; Luke 4:1-13)

28 during which he fasted, prayed and suffered and overcame temptations from Satan.

- 9 -

1  The first monks, and nuns associated with them, are called eremites (from the Greek
2  *eremos* "desert") who lived a life of celibacy, fasting, prayer and meditation in
3  solitary caves, coming together only to celebrate the Eucharist on Sundays.  St.
4  Anthony of Egypt (ca. 251-356) is the model of the eremitical monk.

5         21.    In the second phase, monks and nuns in separate monasteries, started to
6  live together.  This form of monastic religious orders was called cenobitic (from the
7  Greek *koinos* "common" + *bios* "life") and describes those who came together to
8  share a common life in imitation both of Jesus with his disciples and of the early
9  Christian church whose members shared all things, including their possessions (Acts
10  4:32).  Soon the communal monks and nuns developed rules that shaped the pattern
11  of their communal life.  They gathered in common monasteries under the spiritual
12  supervision of an abbot or abbess.  The first known rule was formulated by St.
13  Pachomius of Egypt (ca. 292-348).  He was visited by St. Basil of Caesarea in
14  Cappadocia (330-379) who adapted Pachomius's rule for his *Asetikon*, the model
15  rule for Eastern Christianity to this day.  Basil's rule, in turn, became the pattern for
16  the *Rule of St. Benedict*, formulated by St. Benedict of Nursia in Italy (480-547).
17  Benedict's rule, in turn, became the paradigm for all subsequent rules of religious
18  orders and religious societies in western Christianity.  St. Pachomius' rule is still
19  fully in effect and is observed by the Coptic monks of the White Monastery in
20  Egypt, the oldest in Christendom, and other Coptic monasteries in other countries.
21  The rule of St. Basil is also in full effect in the monasteries of Mt. Athos in Greece
22  and throughout the Eastern Orthodox world.  The same holds for the Rule of St.
23  Benedict which is observed directly by Benedictines throughout the world and
24  indirectly by the many Catholic religious orders whose rules were modeled on that
25  of St. Benedict.

26         22.    There were various types of monastic institutions.  Some were
27  segregated by gender.  Some include both people of both genders who lived in
28  separate facilities but came together for special feast days and celebrations.  Others

- 10 -

1  included wings for monks, nuns and married members.  An example of the last is
2  Celtic Christian monasticism, which prevailed in Ireland, Wales, Scotland and
3  Brittany until the Synod of Cashel in 1172.

4       23.    The *Rule of St. Benedict* can be summarized in the phrase *Ora et labora*
5  ("Pray and do physical work!").  The rule requires members to take vows of
6  chastity, obedience (to the abbot or abbess), and (personal) poverty.  It covers all
7  aspects of the monastic's life:  clothing, food, sleeping, praying and singing,
8  ordination, offices within the monastery (abbot/abbess; provost; deans, cellarer;
9  etc.); correcting errors and excommunication, etc.  These rules are very similar to
10 Buddhist monastic rules.  Not all Christians religious orders or societies take the
11 same type of vows, but all commit themselves to rules of prayer, meditation, fasting,
12 and conduct.  The Society of Jesus, commonly known as the Jesuits, take the three
13 vows of poverty, chastity and obedience and also a fourth vow to go anywhere in the
14 world the pope chooses to send them.

15      24.    Under the heading of *ora* ("Pray!"),  Benedictine monks and nuns are
16 required to recite or sing the hours of the Divine Office (Matins, Lauds, Terce, Sext,
17 None, Vespers, and Compline) in accord with Psalm 119:164: "Seven times a day I
18 praise you for your righteous laws."  See Exhibit 130: *Rule of St. Benedict,* Chapter
19 16, p. 31.  These prayers are accompanied by periods of meditation on themes from
20 the Bible and spiritual writings.  Monks and nuns are also expected to study not only
21 the Bible but other liberal arts and philosophy which will enhance their theological
22 knowledge and devotional life.  This type of study parallels Buddhism very closely.

23      25.    Under the heading of *labora* ("Work!"), monks and nuns engage in
24 both hard physical and mental labors as disciplines conducive to the spiritual life
25 (*Rule*, Chapter 46).  In the first rank was the copying, binding and transmitting of
26 texts of the Bible, theological and philosophical writings which aid in understanding
27 and interpreting the Bible, and the *Rule* itself.  One of the hand-copied codices of
28 the Septuagint Greek Bible, called *Codex Sinaiticus* (date: ca. 350), was produced in

6772863v1

1   a monastery in the East, probably Caesarea in ancient Palestine, and preserved at the
2   Greek monastery of St Catherine at Mt. Sinai.  So far as we know, almost all the
3   codices, translations and copies of the Bible had a monastic provenance.  Today
4   religious orders keep tight controls over all publications that deal with their rule,
5   theology and other teachings specific to the order.  All official religious publications
6   must carry an ecclesiastical *nihil obstat* ("Nothing stands in the way" of the writing
7   to be published) and an *imprimatur* ("It may be printed") officially granted by the
8   abbot, abbess or other head of the religious order.  Similarly all official religious
9   publications as so monitored and controlled either by the bishop of a diocese, or
10  conference of bishops, or the Roman Catholic pope in Rome or the Eastern
11  Orthodox Ecumenical patriarch in Istanbul (Constantinople).  A celebrated monastic
12  press which prints the religious treatises of the Benedictine order today is St.
13  Meinrad Abbey Press, a subsidiary institution of St. Meinrad Abbey in St. Meinrad,
14  Indiana.  The St. Meinrad Press, like the presses of other religious orders, employ
15  members of the order, who receive no wages, and outsiders with special expertise,
16  who are paid according to  prevailing wage scales.

17       26.    During the Middle Ages monasteries and nunneries spent endless hours
18  creating illuminated manuscripts of the Bible, massive tapestries showing dramatic
19  biblical scenes, and designs for the sculptures and stained glass windows gracing
20  countless cathedrals from Sicily to England.  As examples, one needs only to
21  mention the Book of Kells, now housed in the manuscript collection of Trinity
22  College, Dublin; the Bible Tapestry, showing typological scenes of the Old
23  Testament pointing to the New Testament, housed in the Burrell Collection,
24  Glasgow Scotland; and Chartres Cathedral.  To the illiterate commoners of the times
25  these images were, as numerous historians of religious art have described them, the
26  "Bible in Stone, on Parchment, and in Colored Glass."  This type of activity looks
27  like "labor" in the secular meaning of the term, but to the devout monk or nun this
28  was holy work and as fully a part of the *Opus Dei* or "Work of God," to use the

- 12 -

1  phrase of St. Benedict, as chanting the Divine Office of the Hours, or praying and
2  meditating.

3      27.    Monastic life included and still includes tending fields, breeding
4  different varieties of animals, running mills on streams and rivers for the benefit of
5  the monastery and surrounding lay farmers, developing new types of ploughs and
6  farm machinery, and making vestments (chasubles, dalmatics, etc.) and sacred
7  vessels (chalices, patens, censors, etc.) for religious ceremonies, and making
8  religious objects such as icons, images, rosaries, and crucifixes. This form of labor
9  was and is seen as integral to the full spiritual life of each monk or nun.

10     28.    As with the Buddhist monastic codes, the *Rule of St. Benedict* has
11  detailed steps for disciplining and excommunicating or readmitting erring monks
12  and nuns who have fallen away from the rules of the order. See Exhibit 130: *Rule of*
13  *St. Benedict*, Chapters 23-28, pp. 36-39. The punishments include kneeling with
14  outstretched arms for long periods, silencing, mortification by self-flagellation with
15  a whip or wearing a hairshirt, solitary meals, physical discipline, and, as a last
16  resort, outright expulsion, but care of the soul of the errant one is held uppermost
17  according the prescriptions found in the New Testament. An excommunicated
18  member is understood to be one who foregoes salvation and risks the fires of an
19  everlasting hell. Members who associate with an excommunicated member without
20  direction of the abbot or abbess are liable to receive the same punishment. See
21  Exhibit 130: Chapter 26, p. 38. Disciplining takes place during the "chapter,"
22  traditionally held in chapter houses. They are called "chapters" because the sessions
23  supervising the order of the monastery and regulating the conduct of were preceded
24  by the reading of a chapter from the rule of the order. During chapter the monks or
25  nuns settle the affairs of the daily life in the monastery, including the public
26  confession of sins and infractions against the rule. Sinning members are usually
27  sent before special supervisory committees of other monks or nuns who determine
28  what sort of discipline or punishment befits the offense.

6772863v1

29.    As in Buddhism, members of Christian monasteries and religious orders may leave the order in legitimate and harmonious ways.  As Roman Catholic monks and friars take solemn, as opposed to regular or temporary vows, they must first obtain what is called a dispensation (from their vows) from the Vatican itself. They maintain their good relation with the official church provided that they observe proper procedures in exiting, wait until the dispensation is finalized according to canonical regulations, and do not heap scorn on their mother church.  If they fail to fulfill these precepts they are liable to censure, interdict (an exclusion from all sacraments such as Marriage, Reconciliation [Confession], the Eucharist and Anointing) and/or excommunication, a total separation from the church and its fellowship.

### C.    The Sea Organization

30.    The Sea Organization, or "Sea Org," of the Church of Scientology had its genesis among the small group of Scientologists who accompanied Scientology's founder, L. Ron Hubbard (1911-1986), on his extended sea voyages beginning in 1967.  It was during these voyages that Mr. Hubbard undertook to develop the spiritual advanced Operating Thetan (OT) levels of the auditing process.  These deeply dedicated Scientologists who witnessed Mr. Hubbard religious labors formed the Sea Organization by taking vows of service for a billion years in order to signify their commitment to the Church of Scientology and its mission.  The billion-year vow of the Sea Organization member parallels almost exactly the Vow of Infinite Compassion of the one who undertakes to become a Bodhisattva in Mahayana Buddhism: "The Boddhisattva resolves:  I take upon myself the burden of all suffering . . . I must rescue all these [sentient] beings from the stream of Samsara [cycle of rebirth resulting from performing bad deeds] . . . I am resolved to abide in each state of woe for numberless aeons; and so I will help all beings to freedom, in all states of woe that may be found in any world system whatsoever."  Quoted from

- 14 -

1  Edward Conze, ed., *Buddhist Texts through the Ages* (New York: Harper & Row,
2  1954), p. 131.  This text conforms to Scientology belief not only terms of
3  cosmology (many universes or galaxies), but also in terms of length of the Sea
4  Organization vow (countless aeons of time) as well as the ultimate spiritual goal
5  (freedom).

6      31.    This pattern in the history of the Church of Scientology parallels the
7  formation of the first monastic *sangha* around Gautama Buddha, the first monks
8  who followed St. Benedict, and the first Jesuit community that formed around St.
9  Ignatius of Loyola (1491-1556).  Religious orders take it upon themselves to follow
10  the teachings of their religions in an exemplary way.  As the Dominicans and
11  Franciscans state it, they choose the path leading to perfection.

12      32.    Members of the Sea Organization commit themselves wholeheartedly
13  and eternally to fulfill the Creed of Scientology:  to uphold the rights of humans,
14  including their spiritual right to sanity and to affirm the basic goodness of
15  humankind and the overarching goal of survival which is closely connected with the
16  salvation of the spirit.  See Exhibit 110 (attached to the McShane Declaration) at
17  728-729: *The Creed of Scientology*.  The path to survival is, first, clearing the planet
18  of all engrams, those negative impacts and injuries in people's lives that war against
19  survival, and to raise as many people as possible to their full spiritual potential, a
20  state that Scientologists call Operating Thetan (OT), someone who has mastery over
21  matter, energy, space and time.

22      33.    The term "survival" within the religion of Scientology is the equivalent,
23  comparative theological idea to what Buddhists call *moksha* or "releasement" and to
24  what Christians call "salvation" or "redemption."  To the Scientologists, survival
25  plays out on the levels of the Eight Dynamics: (1) the urge to existence as an
26  individual self; (2) the urge to sex and family; (3) the urge to existence in wider
27  social groups; (4) the urge to existence as humankind itself and not just as a group or
28  nationality; (5) the urge to existence as part of the animal kingdom and not just as a

- 15 -

6772863v1

genus or species within nature; (6) the urge to existence as the physical universe (matter, energy, space, and time); (7) the urge to existence as spirit, which Scientologists call Thetan; and (8) the urge to existence as Infinity or God. See Exhibit 110 at 153-155: *The Eight Dynamics*.

34.     Scientologists believe that the only way that survival on all Eight Dynamics is to be achieved is for people on this planet to be rid of engrams so that they can become fully Operating Thetans in the service of saving humankind and the planet itself. The only way for that to happen is for as many people as possible to get training and auditing. Within Scientology the group that dedicates itself spiritually "24/7" to ensure that the key, essential religious goals and processes of Scientology are preserved, protected, continued, published and missionized to the world is the Sea Organization. The Sea Organization is vital to the survival of Scientology as a world religion.

35.     Because the Sea Organization plays such a key theological and ecclesiastical code within the Church of Scientology, members of the Sea Organization subscribe to *The Code of the Sea Org Member* that contain promises and commitments fully in accord with the types of vows taken by Buddhist and Christian monks and nuns. See Exhibit 119 (attached to the Cartwright Declaration): *The Code of a Sea Org Member*. A vow is simply a solemn way of giving a religious promise. Those promises include trying to realize the Eight Dynamics for the greatest good and the greatest number of people; to provide the training and auditing technology as ethically possible within Scientology; to provide the proper leadership to all other Scientologists by the exact use of the training and auditing technologies in Dianetics and Scientology; to exhibit an example of service to others; to show fitting conduct and an elevated work-ethic; to  hold fellow Sea Organization members accountable; and, to protect the Sea Organization from false attacks and to persevere. This level of commitment is typical of religious orders throughout history.

6772863v1

36.    Today members of the Sea Organization number more than five thousand (5,000+) worldwide. Because of their special mission within Scientology they supervise training and auditing at all levels and directly minister the upper levels of training and auditing. Members of the Sea Organization, because of their vows to keep and foster the authentic teachings of the Founder, L. Ron Hubbard, hold the key leadership and staff positions in the major Scientology Church divisions, including the Religious Technology Center (RTC) and the Church of Scientology International (CSI).

### a.    Communal Life

37.    Members of the Sea Organization share a communal life. They berth together in small groups or as married couples. They share common meals. Together they do training and auditing, the central sacraments of Scientology, to advance up the Bridge to Total Freedom. They study the Scientology scriptures and rules of the Sea Organization together. They hold and attend ceremonial celebrations together. They wear a common uniform. They also take recreation together as a group. All of these type of religious activities Scientology shares with members of religious orders around the world. This spiritual communal life allows the Sea Organization to fulfill its high religious mission, the preservation and transmission of the teachings of L. Ron Hubbard and the careful and exact preservation and delivery of the training and auditing technology.

38.    As is clear from para. 3 above, I myself lived the monastic life for six years. The communal berthings, meals, religious activities of the Sea Organization I observed both in Hollywood in 1998 and at the Scientology International Base at Gilman Hot Springs in 2009 exactly parallel my experience as a Franciscan friar. I had meals in common; studied the Bible, the rule of the order and other theological treatises with my fellow friars at the same time, prayed the Divine Office in common, and wore the traditional habit of the Franciscan order. If the observation

6772863v1

1    may be allowed, the Sea Organization accommodations, while by no mean

2    luxurious, were definitely more commodious than those I experienced as a friar.

3        39.    There is one other thing the Scientology Base at Gilman Hot Springs

4    shared with the monasteries I lived in. Most Christian monasteries were

5    traditionally surrounded by cloistered walls. The term cloister in Latin is *claustrum*

6    and means simply enclosure, a word also derived from the same Latin term. The

7    purpose of these walls was to keep intruders out and to preserve the sanctity of the

8    cloistered religious life within. While I was in the monastery, I needed permission

9    of the religious guardian to go beyond the cloister and had to report in upon my

10   return. Every major aspect of my life was governed by rules of the order and

11   regulations of the particular monastery I was in, just as described above in para. 17.

12   To the outsider, it might seem that I lived in a "prison-like" environment, but I had

13   chosen that way of life to seek out my salvation as a friar and I freely accepted the

14   circumstances. There is no doubt that there were psychological and social

15   constraints to stay within. But I could leave, even though that would (and did) mean

16   that I would be on my own with few resources. I chose to leave in an orderly and

17   canonical manner, so my departure was not traumatic; but I also could have "lept

18   over the wall" as others did. In my tour of the International Base at Gilman Hot

19   Springs I observed the exact same type of situation. There are pressures for people

20   not to leave, but if they are so determined they can do so. Just as some might claim

21   the monastic constraints I lived under were "prison-like," so others might claim

22   rules surrounding Sea Organization members thwart their freedom. But members

23   can and have left the Sea Organization in the same manner that members of

24   Buddhist and Catholic religious orders can and have left their monasteries.

### b.  Golden Era Productions

26       40.    Golden Era Productions is located at what Scientologists call the

27   International Base or the Gold Base at Gilman Hot Springs. As the Salvation Army

28   uses land army titles and imagery to describe their combat with social and spiritual

6772863v1

1    evils in society, so Scientology uses nautical terminology, in keeping with L. Ron

2    Hubbard's experience with the sea as a U.S. naval officer and his conception of the

3    spiritual journey as a voyage across space and time.  The center at Gilman is thus a

4    "base."  It houses offices for Religious Technology Center and Church of

5    Scientology International, including Golden Era Productions.

6        41.    Gold is presently responsible for four types of productions and

7    publicity.  First, it produces the films, audio tapes and DVD's used for religious

8    training and auditing and for disseminating the faith of Scientology.  Second, Gold

9    houses sophisticated facilities for preserving and restoring the videos and tapes of L.

10   Ron Hubbard, the founder of Scientology and ultimate Source of all Scientology

11   teaching, for eventual distribution.  Third, Gold houses the facilities for translating

12   and reproducing CD's, DVD's, and tapes for Scientology's missionary work around

13   the world.  Fourth, Gold produces other promotional and public service materials for

14   the use of the Church.  Gold also houses the facilities for the production of the E-

15   Meters (electro-galvanometers) for use in training and auditing.

16       42.    All the organizations, productions and activities at Gold described in

17   para. 41 and observed by me are religious in nature.  In fact, they are remarkably

18   similar to the organizations, productions and activities which I participated in or

19   observed when I was a friar.

20       43.    The Religious Technology Center owns all the trademarks to

21   Scientology religious writings, including Dianetics.  Its mission is to oversee the

22   faithful and eternal preservation, transmission and application of all Scientology

23   doctrine and practices contained in the written and recorded words of L Ron

24   Hubbard.  Scientology strives to do that as exactly and painstakingly as possible

25   since the Church believes that the survival of the universe on all Eight Dynamics

26   vitally depends upon the precise, correct application of the auditing technology.  The

27   mission and function of the Religious Technology Center is vital to the Church of

28   Scientology.  The members of the Church sincerely believe that the sane functioning

6772863v1

1  not only of themselves but of all other people on the planet hangs upon this

2  meticulous preservation and application of Scientology training and auditing

3  technology.  In this function, the Religious Technology Center parallels exactly the

4  function of the Congregation for the Doctrine of the Faith in Roman Catholicism.

5  The purpose of that ecclesiastic congregation is to oversee the official publications

6  and teachings of the Catholic Church and to correct and discipline those it deems as

7  heretical or whose teaching is inexact doctrine.

8         44.    In her testimony Ms. Headley attempts to draw a distinction between

9  auditing, which she acknowledges is a spiritual practice, and her other

10 responsibilities while a member of RTC involving practices, such as cramming,

11 correction, and security checking, that she states were "police" functions.  As to the

12 latter, Ms. Headley admits that the practices are Scientology practices and part of

13 the Scientology belief system, but claims they are not "religious."  However, by

14 Scientology's own self-understanding, the central purpose of all of the Religious

15 Technology Center's activities is to guarantee that all forms of auditing are properly

16 delivered and that the standardness of the religious technology, as laid down

17 by Founder L. Ron Hubbard, is faithfully adhered to, insuring that the religious

18 doctrine and practice is maintained in an orthodox manner.  The Religious

19 Technology Center in carrying out these functions is an almost exact parallel to the

20 Roman Catholic Congregation for the Doctrine of the Faith, which was directed by

21 Pope Benedict XVI before he was elevated to the papacy.  That religious office

22 conducts examinations, testings, and trials of religious writings and practices of

23 Catholic religious, theologians and lay people to maintain that those writings and

24 practices conform to the scripture (the Bible) and tradition of the church, including

25 its creeds, councils, and papal decrees.  This is a form of "sec[urity] checking"

26 almost identical to Scientology practice.  Neither Roman Catholicism nor

27 Scientology believe that this form of supervision is "policing" or "investigation" in

28 the secular or civil sense of those terms, but the chief means of preserving the

- 20 -

6772863v1

1  orthodoxy of their doctrines and the conformity of their practices to those doctrines.
2  No one questions that all religions of the world have a right to preserve their
3  doctrines and practices and keep them up to an orthodox standard.

4      45.    This exactness in both Scientology and Roman Catholicism—which
5  often seems "obsessive" to the hostile or indifferent observer—is common to most
6  organized religions of the world.  The Latin term *sacer* means something is both
7  "holy" and "dangerous" at the same time.  For example, the Ancient Greeks
8  believed that if you did not conduct funeral rituals precisely in the right order,
9  saying the prayers exactly as handed down, and offering just the right sacrifices in
10  the right manner and sequence, there ensued a serious danger that the soul of the
11  deceased would not cross over to the Isles of the Blessed but wander on this earth
12  perpetually haunting or even harming the living.  The Roman Catholic Church
13  publishes what is called *The Roman Ritual* which details precisely how rites and
14  ceremonies are to be conducted.  Failure to follow the formula precisely for a
15  ritual—for example, baptizing someone with flowing water while pronouncing the
16  precise formula "I baptize you in the name of the Father, the Son and the Holy
17  Spirit" —can render the rite completely invalid and ineffective.  The same criterion
18  holds for how Scientology and Sea Organization members think and act in regard to
19  their training and auditing technology.  It must be published and applied in a
20  precisely accurate manner.  Otherwise the clearing of a person of an engram or the
21  move up to the next auditing level on the Bridge is ineffective and invalid.

22                    **c.  Scientology Video and Audio Materials**

23      46.    The same principle of care and exactitude applies to the video and
24  audio productions.  In his lifetime L. Ron Hubbard began the video and audio
25  projects for promoting and delivery the proper technology for Dianetics and
26  Scientology.  Today Golden Era Productions is simply fulfilling the mission given
27  to it by the Church's founder.  The studios, equipment and facilities at Gold serve
28  the original purpose and mission of the founder.  Even more than the traditional role

- 21 -

6772863v1

1   of Christian monks who copied manuscripts of the Bible for wider dissemination to
2   the faith, Golden Era's film production mission is more analogous to the activities of
3   a Christian or Buddhist apostle who, having received the word of revelation from
4   the Holy Spirit of Jesus Christ or the enlightened Buddha, formulates a gospel which
5   the apostle then proclaims to the world. Golden Era produces films that were
6   originally scripted by Mr. Hubbard who, to the devout Scientologist, is the original
7   revealer or source of truth. After the films are produced to Mr. Hubbard's exact
8   directions, they are formally approved by RTC and disseminated throughout
9   Scientology Churches and facilities to be studied as canonical scripture-on-film.
10  They hold equal status to Mr. Hubbard's written words. This is why the Church of
11  Scientology takes such care in the films' production and dissemination.

12                          **d.  E-Meter**

13      47.    The same principle applies to the production of E-Meters at Gold. To
14  an indifferent outsider the E-Meter appears as an electro-galvanometer for testing
15  electric reactions in the palms. To the Scientologist, the E-Meter is what religions
16  around the world call a sacramental. In Scientology training and auditing are the
17  key sacraments. Objects used in assisting training and auditing—most especially
18  the E-Meter—are sacramentals. The E-Meter is fully comparable to the sacred
19  utensils and vestments used in Roman Catholicism (chasubles, chalices,
20  monstrances, patens, censors, etc.) or in Buddhism (incense burners, hand cymbals,
21  mandalas, diamond Vajra scepters, etc.). To Scientology, the use of the E-Meter is
22  essential to ensure that the technology has been delivered precisely and exactly as L.
23  Ron Hubbard determined in his writings and communications.

24      48.    To the skeptic, the consecrated bread and wine in the Roman Catholic
25  Eucharist is just chemical wine and bread over which someone said prayers. To the
26  devout Roman Catholic and Eastern Orthodox communicant, that bread and wine
27  are the Body and Blood of their Savior. To the skeptic, the E-Meter is measuring
28  electrical charges given off by sweat in the palms of the hands. To the devout

6772863v1

1  Scientologist the E-Meter is indicating spiritual states of the soul—whether an
2  engram or other impediment remains or whether the person is free to proceed
3  upward to the next spiritual stage on the Bridge to Freedom.

4      **III.    THE HEADLEYS ALLEGATIONS IN THE CONTEXT**
5           **OF COMPARABLE RELIGIOUS EXPERIENCES**

6      49.    I have read the complaints filed by Mark and Claire Headley in these
7  cases, and the allegations they have made and testimony they have given about their
8  alleged experiences as Sea Org members assigned to positions in Golden Era
9  Productions and the Religious Technology Center.  The experiences they allege and
10  describe are similar and analogous to those that exist in religious orders of other
11  religions, and to those I experienced as a member of the Franciscan Order.

12      50.    As noted above, many religious traditions have resorted to spiritual
13  disciplines in order to indoctrinate members into the higher stages of spiritual life or
14  to correct the erring believer.  Those disciplines historically have included such
15  procedures as ecclesiastical inquiries, formal admonitions, judicial decisions,
16  penances (prayer, fasting, silence, seclusion, physical labor, etc.), suspension,
17  dismissals, and, as a last resort, expulsion and excommunication.  Like most other
18  religions the Church of Scientology has procedures for handling errant members.
19  The procedures are contained in the various Policy Letters and Flag Orders issued
20  by L. Ron Hubbard.

21      51.    As a scholar of religions around the world I can attest that the methods
22  of discipline in the Sea Org, as alleged by Mr. and Ms. Headley (assuming for the
23  moment the truth of their testimony), are standard and unexceptional religious
24  practices.  I can also attest that I myself experienced many similar disciplines when I
25  was a member of the Order of Friars Minor (Franciscans) from 1958-64.  The main
26  forms of discipline deserve specific comment.

27      52.    The Headleys claim that they had limited communication with the
28  outside society.  Their testimony shows that their communications with the outside

1  society were far more extensive than those permitted under the rules of cloister
2  practiced by many Christian religious orders and by Buddhist monks in Japan and
3  elsewhere. Discalced Carmelites, for example, are forbidden all contact with the
4  outside world after they freely enter the order. When I went through novitiate (the
5  first year entry) in the Order of Friars Minor I had minimal contact with the outside
6  world and that only with explicit permission of my novice master. At times when
7  members of religious orders go on spiritual retreats they are secluded from worldly
8  contact. Religious orders of nuns such as the Poor Clares severely restrict access to
9  the member of the order even by family members, who are allowed to visit only
10 three or four times a year and whose visits are limited to two hours at the most.
11 Cloistered nuns can have no direct physical contact with family members and must
12 speak with them through obscuring screens. Furthermore, Catholic errant members
13 of religious orders and of the clergy, including those who fall prey to alcohol and
14 drugs, are sent into *retiro*, or rehabilitative seclusion, until such time as they are
15 healed and can resume their duties. To the extent that Sea Org members undergo
16 limited seclusion from the world during a rehabilitative period accords with general
17 religious practice throughout the world. Nothing Ms. Headley describes in this
18 regard deviates from ordinary religious practice.

19      53.    Ms. Headley claims that she was threatened with and subjected to
20 menial tasks and "hard labor"as discipline for departure from the rules of the Sea
21 Org and the Church. Yet the rules of all Christian religious orders require that the
22 monks, friars, brothers and nuns take vows of obedience, and a spiritual demeanor
23 of humility is central to that vow. In order to practice humility, members of
24 religious orders are frequently required to perform lowly tasks and physical labor
25 that would appear demeaning and degrading to outsiders. As a Franciscan friar in
26 training to become a priest, I cleaned latrines, peeled potatoes, hoed the garden,
27 pulled weeds from sidewalk cracks, washed and folded laundry, and swept
28 corridors. One can find exhortations to humility in the Rule of St. Benedict, Chapter

- 24 -

6772863v1

7. The Benedictine spiritual motto is *Ora et labora* ("Pray and do physical labor!")
and that includes the most humble tasks equally for the lowliest of novices to the
most exalted of abbots. In Japanese Zen Buddhist monasteries those who aspire to
*satori* (enlightenment) are often required by their spiritual masters to perform
repetitive and seemingly utterly meaningless tasks, such as sweeping a spotlessly
clean floor over and over again. The fact that members of the Sea Org, who take
vows of service for a billion years, may be required to perform physical labor and
menial and even humbling tasks, particularly as part of a period of rehabilitation or
discipline, comes as no surprise to any scholar of religion.

54.    The Headleys also claim that they were not permitted to sleep
sufficiently. Even assuming the truth of these rather vague statements, those in the
monastic life, like the Cistercians and Trappists, often keep late night vigils,
sleeping as little as three or four hours a night. During these vigils, the monks do
ritual chanting and silent meditation. I lived this way for six years as a friar. During
my novitiate year, I rose during the night at 12:30 a.m., chanted psalms for one hour,
meditated for another hour, returned to bed, and rose for prayer again at 7:30 a.m.
for more chanting and morning Mass. It is standard practice for Trappists to rise at
3:15 a.m. communal prayer and meditation. Many monks and nuns undertake even
painful disciplines such as flagellation of the body on Fridays in commemoration of
the flagellation of Jesus before his crucifixion. Eastern yogis even go to the extent
of piercing the body with nails to demonstrate the mastery of the spirit over matter.
Besides these spiritual disciplines, the practices of the Church of Scientology pale in
comparison.

55.    A key element of the Headleys' complaints is that allegedly they were
subject to restraint of access to the outside world and placed under general
surveillance. Members of different religious orders are often "locked in" at night
and put under "surveillance" without being "imprisoned". Monasteries and
nunneries in the United States and throughout the world are locked at night.

- 25 -

1  Cloistered sections in nunneries of the Discalced Carmelites and Poor Clares are
2  even sealed off by secondary gates and barriers. When novices undergo training and
3  when errant monks and nuns are placed under restriction, they are closely
4  supervised, kept under constant surveillance and even restricted to certain parts of
5  the monastery itself. I experienced firsthand restriction and surveillance. The aim
6  of restriction is to cut off the religious person from the distractions of the world so
7  that they may attain spiritual light or reform errant ways.

8      56.    The Headleys also claim they were restrained from leaving the Sea Org
9  by the threat of being declared "suppressive persons". A church declaration that
10 someone is a "suppressive" is the Scientology way of formally stating that someone
11 is excommunicated and no longer enjoys the rights, privileges and protection of the
12 Church. As noted above in paras. 14, 28, and 52, Scientology is not alone in
13 seeking to excommunicate members who are unwilling to undergo the
14 examinations, and ecclesiastical trials and procedures, and disciplines to regain full
15 standing as a Church member. The Roman Catholic Church has a similar set of
16 procedures for schismatic, heretical or otherwise aberrant members which are
17 codified in the Code of Canon Law. Many Pietist Brethren churches such as the
18 Amish and the Old Order Mennonites practice a form of ecclesiastical
19 excommunication called "banning" or "shunning". Excommunicates are completely
20 cut off from the faith community and members are not allowed even to have
21 business dealings with the shunned party. Furthermore, a spouse is prohibited from
22 cohabiting with a banned partner.

23     57.    The Headleys also complain that they were required to live a sparse
24 lifestyle and to work at subsistence wages. I did not see any such conditions when I
25 was at the Gilman Hot Springs base, but even if there were sparse lifestyles, this
26 would be completely normal in most religious orders around the world. Indeed, in
27 Scientology, Sea Org members, because of their greater commitment to the aims and
28 goals of the religion, have historically been expected to live a more abstemious life

- 26 -

6772863v1

than ordinary members. Some Christian religious orders, generally known as "monks" like the Benedictines and Cistercians, take vows of personal poverty, while the monastery may own buildings for prayer, study and worship and lands for tilling. Other religious orders, generally known as "friars" such as the Franciscans and Dominicans, take vows of absolute poverty, that is, they are not allowed to own anything as individuals or as a group in imitation of Jesus who possessed nothing. Friars have only the use of property; the real owner is the papacy. A Trappist monk lives in a bare cell, sleeps on a straw mattress with bare boards underneath, and possesses two habits and a set of work clothes. When I was a friar I performed many useful tasks, including teaching philosophy, working as a librarian, running a print shop, and doing outside buying for the friary. For this labor I received absolutely no wages other than room and board and the habit on my back. I had no money to go to movies, to shop outside for personal things, or to eat out on occasion. When I left the friary after six years I was given the sum of $500.00, a plane ticket and a suit. Compared to the practices of many other religious orders, the lifestyle and monetary arrangements in the Church of Scientology are, if anything, generous.

58.     The Headleys also claim that they were limited in their access to their families, although they acknowledge frequent family visits. First, it needs to be noted that the Headleys freely joined the Sea Org in the first place and were never asked to sever relations with family, friends or one another as a condition of membership. Even if that were the case, the fact of conflict between converts and their natal families and even first spouses is as old as religion itself. It was Jesus himself who said: "For I have come to set a man against his father and a daughter against her mother" (Matthew 10: 35); and "Whoever loves father and mother more than me is not worthy of me; and whoever loves son or daughter more than me is not worthy of me" (Matthew 10:37). The cost of discipleship can be very high. Both St. Francis of Assisi and St. Thomas Aquinas, two of the most significant

- 27 -

6772863v1

figures and saints in Catholicism, were kidnapped by their families, who tried to force them out of their way of life in their respective mendicant ("beggar") orders. Separation from family is a normal practice in monastic life both for men and for women. Trappists, Carmelites, and Cistericians sometimes sever all ties with the outside world, including phone calls, mail, and visits. Hermits on Mt. Athos in Greece live in complete solitude and often do not even associate with fellow monks and hermits. When I was a Franciscan and doing my novitiate year, I could not speak with anyone outside the friary walls without explicit permission, I could receive one letter a month from my parents only, my mail was subject to perusal by the novice master and I was not allowed to attend the funeral of my grandfather. In First Corinthians 7: 15, the Apostle Paul recommends that a converted woman be allowed to divorce and remarry in the faith if her first husband remains hostile to the faith. As noted above in para. 28, the Rule of St. Benedict threatens excommunication to any brother who associates with another excommunicated monk without the approval of the abbot lest such contact contaminate the brother's spiritual life. The Old Order Mennonites and Amish require a spouse to shun the other if the latter has been put under the ban. Siddartha Gautama (ca. 563-483 B.C.E.), known to us as the Buddha, felt compelled to abandon father and mother, wife and children, and throne and dominion in order to pursue the path of enlightenment as an ascetic. The story of nearly every great conversion in religious history contains a theme of separation from a prior lifestyle and ties to worldly things, including family, that may retard or thwart spiritual progress. In comparison, the Headleys contacts with the outside world were moderate to liberal.

## IV. CONCLUSION

59.    The discussion above should make one thing clear: the communal life and activities of the Sea Organization within the Church of Scientology fully conform to the communal life and activities of traditional religious orders, East and West, in the past and in the present. As in Buddhism and Christianity, the religious

- 28 -

6772863v1

order of the Sea Organization serves to exemplarily preserve and promulgate the
teachings and technology discovered by L. Ron Hubbard. The goal of the Sea
Organization is the spiritual survival not only of its own members and members of
the Church of Scientology but also humankind and the universe itself. In that, the
Sea Organization is like the religious orders of the major religions of the world.

60. If a personal observation may be permitted, I would like to comment
that when I have visited the Sea Organization berthings, communal life, and
activities in Los Angeles and at Gilman Hot Springs, I repeatedly was reminded of
my own days in a Franciscan monastery. I studied, prayed and meditated with the
same intensity as I observed Scientologists studying, working and doing auditing. I
lived in similar quarters and worked in similar settings, I worked in the monastery
book bindery, binding new and rebinding old editions of the Bible and theological
treatises. I produced holy cards and publications to advertise the work of the
monastery. There was one difference: Scientology and the Sea Organization avail
themselves of the latest forms of technology in carrying out their religious mission.
We forget that when the monasteries first arose they did the same thing. In availing
of this advanced technology the Church of Scientology is simply following the
pattern laid down by L. Ron Hubbard himself.

Sworn to under the penalties of perjury under the laws of California and
Missouri, this 6<u>th</u> day of May, 2010:

Frank K. Flinn

- 29 -

# EXHIBIT 128

**Exhibit A.**

# Bhikkhu Pāṭimokkha
# The Bhikkhus' Code of Discipline

translated from the Pali by
Thanissaro Bhikkhu
© 2007–2009

Pāṭimokkha Rules:

- Intro
- Bhikkhus'
- Bhikkhunis'

# Contents

- Pārājika — Rules entailing expulsion from the Sangha (Defeat)
- Saṅghādisesa — Rules entailing an initial and subsequent meeting of the Sangha
- Aniyata — Indefinite rules
- Nissaggiya Pācittiya — Rules entailing forfeiture and confession
  - Part One: The Robe-cloth Chapter
  - Part Two: The Silk Chapter
  - Part Three: The Bowl Chapter
- Pācittiya — Rules entailing confession
  - Part One: The Lie Chapter
  - Part Two: The Living Plant Chapter
  - Part Three: The Exhortation Chapter
  - Part Four: The Food Chapter
  - Part Five: The Naked Ascetic Chapter
  - Part Six: The Alcoholic Drink Chapter
  - Part Seven: The Animal Chapter
  - Part Eight: The In-accordance-with-the-Rule Chapter
  - Part Nine: The Treasure Chapter
- Pāṭidesanīya — Rules entailing acknowledgement
- Sekhiya — Rules of training
  - Part One: The 26 Dealing with Proper Behavior
  - Part Two: The 30 Dealing with Food
  - Part Three: The 16 Dealing with Teaching Dhamma
  - Part Four: The 3 Miscellaneous Rules
- Adhikarana-Samatha — Rules for settling disputes

# Pārājika: Rules entailing expulsion from the Sangha (Defeat)

**1.** Should any bhikkhu — participating in the training and livelihood of the bhikkhus, without having renounced the training, without having declared his weakness — engage in sexual intercourse, even with a female animal, he is defeated and no longer in affiliation.

**2.** Should any bhikkhu, in what is reckoned a theft, take what is not given from an inhabited area or from the wilderness — just as when, in the taking of what is not given, kings arresting the criminal would flog, imprison, or banish him, saying, "You are a robber, you are a fool, you are benighted, you are a thief" — a bhikkhu in the same way taking what is not given also is defeated and no longer in affiliation.

**3.** Should any bhikkhu intentionally deprive a human being of life, or search for an assassin for him, or praise the advantages of death, or incite him to die (saying,): "My good man, what use is this evil, miserable life to you? Death would be better for you than life," or with such an idea in mind, such a purpose in mind, should in various ways praise the advantages of death or incite him to die, he also is defeated and no longer in affiliation.

**4.** Should any bhikkhu, without direct knowledge, claim a superior human state, a truly noble knowledge and vision, as present in himself, saying, "Thus do I know; thus do I see," such that regardless of whether or not he is cross-examined on a later occasion, he — being remorseful and desirous of purification — might say, "Friends, not knowing, I said I know; not seeing, I said I see — vainly, falsely, idly," unless it was from over-estimation, he also is defeated and no longer in affiliation.

# Saṅghādisesa: Rules entailing an initial and subsequent meeting of the Sangha

**1.** Intentional emission of semen, except while dreaming, entails initial and subsequent meetings of the Community.

**2.** Should any bhikkhu, overcome by lust, with altered mind, engage in bodily contact with a woman, or in holding her hand, holding a lock of her hair, or caressing any of her limbs, it entails initial and subsequent meetings of the Community.

**3.** Should any bhikkhu, overcome by lust, with altered mind, address lewd words to a woman in the manner of young men to a young woman alluding to sexual intercourse, it entails initial and subsequent meetings of the Community.

**4.** Should any bhikkhu, overcome by lust, with altered mind, speak in the presence of a woman in praise of ministering to his own sensuality thus: "This, sister, is the foremost ministration, that of ministering to a virtuous, fine-natured follower of the celibate life such as myself with this act" — alluding to sexual intercourse — it entails initial and subsequent meetings of the Community.

**5.** Should any bhikkhu engage in conveying a man's intentions to a woman or a woman's intentions to a man, proposing marriage or paramourage — even if only for a momentary liaison — it entails initial and subsequent meetings of the Community.

**6.** When a bhikkhu is having a hut built from (gains acquired by) his own begging — having no sponsor and destined for himself — he is to have it built to the standard measurement. Here the standard is this: twelve spans, using the sugata span, in length (measuring outside); seven in width, (measuring) inside. Bhikkhus are to be assembled to designate the site. The site the bhikkhus designate should be without disturbances and with adequate space. If the bhikkhu should have a hut built from his own begging on a site with disturbances and without adequate space, or if he should not assemble the bhikkhus to designate the site, or if he should have the standard exceeded, it entails initial and subsequent meetings of the Community.

**7.** When a bhikkhu is having a large dwelling built — having a sponsor and destined for himself — he is to assemble bhikkhus to designate the site. The site the bhikkhus designate should be without disturbances and with adequate space. If the bhikkhu should have a large dwelling built on a site with disturbances and without adequate space, or if he should not assemble the bhikkhus to designate the site, it entails initial and subsequent meetings of the Community.

**8.** Should any bhikkhu — corrupt, aversive, disgruntled — charge a bhikkhu with an unfounded case entailing defeat, (thinking), "Perhaps I may bring about his fall from this celibate life," then regardless of whether or not he is cross-examined on a later occasion, if the issue is unfounded and the bhikkhu confesses his aversion, it entails initial and subsequent meetings of the Community.

**9.** Should any bhikkhu — corrupt, aversive, disgruntled — using as a mere ploy an aspect of an issue that pertains otherwise, charge a bhikkhu with a case entailing defeat, (thinking), "Perhaps I may bring about his fall from this celibate life," then regardless of whether or not he is cross-examined on a later occasion, if the issue pertains otherwise, an aspect used as a mere ploy, and the bhikkhu confesses his aversion, it entails initial and subsequent meetings of the Community.

**10.** Should any bhikkhu agitate for a schism in a united Community, or should he persist in taking up an issue conducive to schism, the bhikkhus are to admonish him thus: "Do not, venerable sir, agitate for a schism in a united Community or persist in taking up an issue conducive to schism. Let the venerable one be reconciled with the Community, for a united Community, on courteous terms, without dispute, with a common recitation, dwells in peace."

And should that bhikkhu, thus admonished by the bhikkhus, persist as before, the bhikkhus are to rebuke him up to three times so as to desist. If while being rebuked up to three times he desists, that is good. If he does not desist, it entails initial and subsequent meetings of the Community.

**11.** Should bhikkhus — one, two, or three — who are followers and partisans of that bhikkhu, say, "Do not, venerable sirs, admonish that bhikkhu in any way. He is an exponent of the Dhamma. He is an exponent of the Vinaya. He acts with our consent and approval. He knows, he speaks for us, and that is pleasing to us," the bhikkhus are to admonish them thus: "Do not say that, venerable sirs. That bhikkhu is not an exponent of the Dhamma and he is not an exponent of the Vinaya. Do not, venerable sirs, approve of a schism in the Community. Let the venerable ones' (minds) be reconciled with the Community, for a united Community, on courteous terms, without dispute, with a common recitation, dwells in peace."

And should those bhikkhus, thus admonished by the bhikkhus, persist as before, the bhikkhus are to rebuke them up to three times so as to desist. If while being rebuked up to three times they desist, that is good. If they do not desist, it entails initial and subsequent meetings of the Community.

**12.** In case a bhikkhu is by nature difficult to admonish — who, when being legitimately admonished by the bhikkhus with reference to the training rules included in the (Pāṭimokkha) recitation, makes himself unadmonishable, (saying,) "Do not, venerable ones, say anything to me, good or bad; and I won't say anything to the venerable ones, good or bad. Refrain, venerable ones, from admonishing me" — the bhikkhus are to admonish him thus: "Let the venerable one not make himself unadmonishable. Let the venerable one make himself admonishable. Let the venerable one admonish the bhikkhus in accordance with what is right, and the bhikkhus will admonish the venerable one in accordance with what is right; for it is thus that the Blessed One's following is nurtured: through mutual admonition, through mutual rehabilitation."

And should that bhikkhu, thus admonished by the bhikkhus, persist as before, the bhikkhus are to rebuke him up to three times so as to desist. If while being rebuked up to three times he desists, that is good. If he does not desist, it entails initial and subsequent meetings of the Community.

**13.** In case a bhikkhu living in dependence on a certain village or town is a corrupter of families, a man of depraved conduct — whose depraved conduct is both seen and heard about, and the families he has corrupted are both seen and heard about — the bhikkhus are to admonish him thus: "You, venerable sir, are a corrupter of families, a man of depraved conduct. Your depraved conduct is both seen and heard about, and the families you have corrupted are both seen and heard about. Leave this monastery, venerable sir. Enough of your staying here."

And should that bhikkhu, thus admonished by the bhikkhus, say about the bhikkhus, "The bhikkhus are biased through favoritism, biased through aversion, biased through

delusion, biased through fear, in that for this sort of offense they banish some and do not banish others," the bhikkhus are to admonish him thus: "Do not say that, venerable sir. The bhikkhus are not biased through favoritism, are not biased through aversion, are not biased through delusion, are not biased through fear. You, venerable sir, are a corrupter of families, a man of depraved conduct. Your depraved conduct is both seen and heard about, and the families you have corrupted are both seen and heard about. Leave this monastery, venerable sir. Enough of your staying here."

And should that bhikkhu, thus admonished by the bhikkhus, persist as before, the bhikkhus are to rebuke him up to three times so as to desist. If while being rebuked up to three times he desists, that is good. If he does not desist, it entails initial and subsequent meetings of the Community.

# Aniyata: Indefinite rules

**1.** Should any bhikkhu sit in private, alone with a woman on a seat secluded enough to lend itself (to sexual intercourse), so that a female lay follower whose word can be trusted, having seen (them), might describe it as constituting any of three cases — entailing defeat, communal meetings, or confession — then the bhikkhu, acknowledging having sat (there), may be dealt with in line with any of the three cases — entailing defeat, communal meetings, or confession — or he may be dealt with for whichever case the female lay follower whose word can be trusted described. This case is indefinite.

**2.** In case a seat is not sufficiently secluded to lend itself (to sexual intercourse) but sufficiently so to address lewd words to a woman, should any bhikkhu sit in private, alone with a woman on such a seat, so that a female lay follower whose word can be trusted, having seen (them), might describe it as constituting either of two cases — entailing communal meetings or confession — then the bhikkhu, acknowledging having sat (there), may be dealt with in line with either of the two cases — entailing communal meetings or confession — or he is to be dealt with in line with whichever case the female lay follower whose word can be trusted described. This case too is indefinite.

# Nissaggiya Pācittiya: Rules entailing forfeiture and confession

## Part One: The Robe-cloth Chapter

**1.** When a bhikkhu has finished his robe and the frame is dismantled (his kathina privileges are ended), he is to keep extra robe-cloth ten days at most. Beyond that, it is to be forfeited and confessed.

**2.** When a bhikkhu has finished his robe and the frame is dismantled (his kathina privileges are ended): If he dwells apart from (any of) his three robes even for one night — unless authorized by the bhikkhus — it is to be forfeited and confessed.

**3.** When a bhikkhu has finished his robe and the frame is dismantled (his kathina privileges are ended): Should out-of-season robe-cloth accrue to him, he may accept it if he so desires. Having accepted it, he is to make it up immediately (into a cloth requisite). If it should not be enough, he may lay it aside for a month at most when he has an expectation for filling the lack. If he should keep it beyond that, even when he has an expectation (for further cloth), it is to be forfeited and confessed.

**4.** Should any bhikkhu have a used robe washed, dyed, or beaten by a bhikkhunī unrelated to him, it is to be forfeited and confessed.

**5.** Should any bhikkhu accept robe-cloth from the hand of a bhikkhunī unrelated to him — except in exchange — it is to be forfeited and confessed.

**6.** Should any bhikkhu ask for robe-cloth from a man or woman householder unrelated to him, except at the proper occasion, it is to be forfeited and confessed. Here the proper occasion is this: The bhikkhu's robe has been snatched away or destroyed. This is the proper occasion here.

**7.** If that unrelated man or woman householder presents the bhikkhu with many robes (pieces of robe-cloth), he is to accept at most (enough for) an upper and a lower robe. If he accepts more than that, it is to be forfeited and confessed.

**8.** In case a man or woman householder unrelated (to the bhikkhu) prepares a robe fund for the sake of a bhikkhu, thinking, "Having purchased a robe with this robe fund, I will clothe the bhikkhu named so-and-so with a robe": If the bhikkhu, not previously invited, approaching (the householder) should make a stipulation with regard to the robe, saying, "It would be good indeed, sir, if you clothed me (with a robe), having purchased a robe of such-and-such a sort with this robe fund" — out of a desire for something fine — it is to be forfeited and confessed.

**9.** In case two householders — men or women — unrelated (to the bhikkhu) prepare separate robe funds for the sake of a bhikkhu, thinking, "Having purchased separate robes with these separate robe funds of ours, we will clothe the bhikkhu named so-and-so with robes": If the bhikkhu, not previously invited, approaching (them) should make a stipulation with regard to the robe, saying, "It would be good indeed, sirs, if you clothed me (with a robe), having purchased a robe of such-and-such a sort with these separate robe funds, the two (funds) together for one (robe)" — out of a desire for something fine — it is to be forfeited and confessed.

**10.** In case a king, a royal official, a brahman, or a householder sends a robe fund for the sake of a bhikkhu via a messenger, (saying,) "Having purchased a robe with this robe fund, clothe the bhikkhu named so-and-so with a robe": If the messenger, approaching

the bhikkhu, should say, "This is a robe fund being delivered for the sake of the venerable one. May the venerable one accept this robe fund," then the bhikkhu is to tell the messenger: "We do not accept robe funds, my friend. We accept robes (robe-cloth) as are proper according to season."

If the messenger should say to the bhikkhu, "Does the venerable one have a steward?" then, bhikkhus, if the bhikkhu desires a robe, he may indicate a steward — either a monastery attendant or a lay follower — (saying,) "That, my friend, is the bhikkhus' steward."

If the messenger, having instructed the steward and going to the bhikkhu, should say, "I have instructed the steward the venerable one indicated. May the venerable one go (to him) and he will clothe you with a robe in season," then the bhikkhu, desiring a robe and approaching the steward, may prompt and remind him two or three times, "I have need of a robe." Should (the steward) produce the robe after being prompted and reminded two or three times, that is good.

If he should not produce the robe, (the bhikkhu) should stand in silence four times, five times, six times at most for that purpose. Should (the steward) produce the robe after (the bhikkhu) has stood in silence for the purpose four, five, six times at most, that is good.

If he should not produce the robe (at that point), should he then produce the robe after (the bhikkhu) has endeavored further than that, it is to be forfeited and confessed.

If he should not produce (the robe), then the bhikkhu himself should go to the place from which the robe fund was brought, or a messenger should be sent (to say), "The robe fund that you, venerable sirs, sent for the sake of the bhikkhu has given no benefit to the bhikkhu at all. May the you be united with what is yours. May what is yours not be lost." This is the proper course here.

# Part Two: The Silk Chapter

**11.** Should any bhikkhu have a felt (blanket/rug) made of a mixture containing silk, it is to be forfeited and confessed.

**12.** Should any bhikkhu have a felt (blanket/rug) made of pure black wool, it is to be forfeited and confessed.

**13.** When a bhikkhu is having a new felt (blanket/rug) made, two parts of pure black wool are to be incorporated, a third (part) of white, and a fourth of brown. If a bhikkhu should have a new felt (blanket/rug) made without incorporating two parts of pure black wool, a third of white, and a fourth of brown, it is to be forfeited and confessed.

**14.** When a bhikkhu has had a new felt (blanket/rug) made, he is to keep it for (at least) six years. If after less than six years he should have another new felt (blanket/rug) made,

regardless of whether or not he has disposed of the first, then — unless he has been authorized by the bhikkhus — it is to be forfeited and confessed.

**15.** When a bhikkhu is having a felt sitting rug made, a piece of old felt a sugata span [25 cm.] on each side is to be incorporated for the sake of discoloring it. If, without incorporating a piece of old felt a sugata span on each side, a bhikkhu should have a new felt sitting rug made, it is to be forfeited and confessed.

**16.** Should wool accrue to a bhikkhu as he is going on a journey, he may accept it if he so desires. Having accepted it, he may carry it by hand — there being no one else to carry it — three leagues [48 km.=30 miles] at most. If he should carry it farther than that, even if there is no one else to carry it, it is to be forfeited and confessed.

**17.** Should any bhikkhu have wool washed, dyed, or carded by a bhikkhunī unrelated to him, it is to be forfeited and confessed.

**18.** Should any bhikkhu accept gold and silver, or have it accepted, or consent to its being deposited (near him), it is to be forfeited and confessed.

**19.** Should any bhikkhu engage in various types of monetary exchange, it (the income) is to be forfeited and confessed.

**20.** Should any bhikkhu engage in various types of trade, it (the article obtained) is to be forfeited and confessed.

# Part Three: The Bowl Chapter

**21.** An extra alms bowl may be kept ten days at most. Beyond that, it is to be forfeited and confessed.

**22.** Should any bhikkhu with an alms bowl having fewer than five mends ask for another new bowl, it is to be forfeited and confessed. The bowl is to be forfeited by the bhikkhu to the company of bhikkhus. That company of bhikkhus' final bowl should be presented to the bhikkhu, (saying,) "This, bhikkhu, is your bowl. It is to be kept until broken." This is the proper course here.

**23.** There are these tonics to be taken by sick bhikkhus: ghee, fresh butter, oil, honey, sugar/molasses. Having been received, they are to be used from storage seven days at most. Beyond that, they are to be forfeited and confessed.

**24.** When a month is left to the hot season, a bhikkhu may seek a rains-bathing cloth. When a half-month is left to the hot season, (the cloth) having been made, may be worn. If when more than a month is left to the hot season he should seek a rains-bathing cloth, (or) when more than a half-month is left to the hot season, (the cloth) having been made should be worn, it is to be forfeited and confessed.

**25.** Should any bhikkhu — having himself given robe-cloth to (another) bhikkhu and then being angered and displeased — snatch it back or have it snatched back, it is to be forfeited and confessed.

**26.** Should any bhikkhu, having requested thread, have robe-cloth woven by weavers, it is to be forfeited and confessed.

**27.** In case a man or woman householder unrelated (to the bhikkhu) has robe-cloth woven by weavers for the sake of a bhikkhu, and if the bhikkhu, not previously invited (by the householder), having approached the weavers, should make stipulations with regard to the cloth, saying, "This cloth, friends, is being woven for my sake. Make it long, make it broad, make it tightly woven, well woven, well spread, well scraped, well smoothed, and perhaps I may reward you with a little something"; and should the bhikkhu, having said that, reward them with a little something, even as much as almsfood, it (the cloth) is to be forfeited and confessed.

**28.** Ten days prior to the third-month Kattika full moon, should robe-cloth offered in urgency accrue to a bhikkhu, he is to accept it if he regards it as offered in urgency. Once he has accepted it, he may keep it throughout the robe season. Beyond that, it is to be forfeited and confessed.

**29.** There are wilderness lodgings that are considered dubious and risky. A bhikkhu living in such lodgings after having observed the Kattika full moon may keep any one of his three robes in a village if he so desires. Should he have any reason to live apart from the robe, he may do so for six nights at most. If he should live apart from it beyond that — unless authorized by the bhikkhus — it is to be forfeited and confessed.

**30.** Should any bhikkhu knowingly divert to himself gains that had been allocated for a Community, they are to be forfeited and confessed.

# Pācittiya: Rules entailing confession

## Part One: The Lie Chapter

**1.** A deliberate lie is to be confessed.

**2.** An insult is to be confessed.

**3.** Malicious tale-bearing among bhikkhus is to be confessed.

**4.** Should any bhikkhu have an unordained person recite Dhamma line by line (with him), it is to be confessed.

**5.** Should any bhikkhu lie down together (in the same dwelling) with an unordained person for more than two or three consecutive nights, it is to be confessed.

**6.** Should any bhikkhu lie down together (in the same dwelling) with a woman, it is to be confessed.

**7.** Should any bhikkhu teach more than five or six sentences of Dhamma to a woman, unless a knowledgeable man is present, it is to be confessed.

**8.** Should any bhikkhu report (his own) superior human state to an unordained person, when it is factual, it is to be confessed.

**9.** Should any bhikkhu report (another) bhikkhu's serious offense to an unordained person — unless authorized by the bhikkhus — it is to be confessed.

**10.** Should any bhikkhu dig soil or have it dug, it is to be confessed.

# Part Two: The Living Plant Chapter

**11.** The damaging of a living plant is to be confessed.

**12.** Evasive speech and causing frustration are to be confessed.

**13.** Criticizing or complaining (about a Community official) is to be confessed.

**14.** Should any bhikkhu set a bed, bench, mattress, or stool belonging to the Community out in the open — or have it set out — and then on departing neither put it away nor have it put away, or should he go without taking leave, it is to be confessed.

**15.** Should any bhikkhu set out bedding in a dwelling belonging to the Community — or have it set out — and then on departing neither put it away nor have it put away, or should he go without taking leave, it is to be confessed.

**16.** Should any bhikkhu knowingly lie down in a dwelling belonging to the Community so as to intrude on a bhikkhu who arrived there first, (thinking), "Whoever finds it confining will go away" — doing it for just that reason and no other — it is to be confessed.

**17.** Should any bhikkhu, angered and displeased, evict a bhikkhu from a dwelling belonging to the Community — or have him evicted — it is to be confessed.

**18.** Should any bhikkhu sit or lie down on a bed or bench with detachable legs on an (unplanked) loft in a dwelling belonging to the Community, it is to be confessed.

**19.** When a bhikkhu is having a large dwelling built, he may supervise two or three layers of facing to plaster the area around the window frame and reinforce the area around the door frame the width of the door opening, while standing where there are no crops to speak of. Should he supervise more than that, even if standing where there are no crops to speak of, it is to be confessed.

**20.** Should any bhikkhu knowingly pour water containing living beings — or have it poured — on grass or on clay, it is to be confessed.

# Part Three: The Exhortation Chapter

**21.** Should any bhikkhu, unauthorized, exhort the bhikkhunīs, it is to be confessed.

**22.** Should any bhikkhu, even if authorized, exhort the bhikkhunīs after sunset, it is to be confessed.

**23.** Should any bhikkhu, having gone to the bhikkhunīs' quarters, exhort the bhikkhunīs — except at the proper occasion — it is to be confessed. Here the proper occasion is this: A bhikkhunī is ill. This is the proper occasion here.

**24.** Should any bhikkhu say that the bhikkhus exhort the bhikkhunīs for the sake of worldly gain, it is to be confessed.

**25.** Should any bhikkhu give robe-cloth to a bhikkhunī unrelated to him, except in exchange, it is to be confessed.

**26.** Should any bhikkhu sew a robe or have it sewn for a bhikkhunī unrelated to him, it is to be confessed.

**27.** Should any bhikkhu, by arrangement, travel together with a bhikkhunī even for the interval between one village and the next, except at the proper occasion, it is to be confessed. Here the proper occasion is this: The road is to be traveled by caravan and is considered dubious and risky. This is the proper occasion here.

**28.** Should any bhikkhu, by arrangement, get in the same boat with a bhikkhunī going upstream or downstream — except to cross over to the other bank — it is to be confessed.

**29.** Should any bhikkhu knowingly eat almsfood donated through the prompting of a bhikkhunī, except for food that householders had already intended for him prior (to her prompting), it is to be confessed.

**30.** Should any bhikkhu sit in private, alone with a bhikkhunī, it is to be confessed.

# Part Four: The Food Chapter

**31.** A bhikkhu who is not ill may eat one meal at a public alms center. If he should eat more than that, it is to be confessed.

**32.** A group meal, except at the proper occasions, is to be confessed. Here the proper occasions are these: a time of illness, a time of giving cloth, a time of making robes, a

time of going on a journey, a time of embarking on a boat, a great occasion, a time when the meal is supplied by contemplatives. These are the proper occasions here.

**33.** An out-of-turn meal, except at the proper occasions, is to be confessed. Here the proper occasions are these: a time of illness, a time of giving cloth, a time of making robes. These are the proper occasions here.

**34.** In case a bhikkhu arriving at a family residence is presented with cakes or cooked grain-meal, he may accept two or three bowlfuls if he so desires. If he should accept more than that, it is to be confessed. Having accepted the two-or-three bowlfuls and having taken them from there, he is to share them among the bhikkhus. This is the proper course here.

**35.** Should any bhikkhu, having eaten and turned down an offer (of further food), chew or consume staple or non-staple food that is not leftover, it is to be confessed.

**36.** Should any bhikkhu, knowingly and wishing to find fault, present staple or non-staple food he has brought to a bhikkhu who has eaten and turned down an offer (of further food), saying, "Here, bhikkhu, chew or consume this" — when it has been eaten, it is to be confessed.

**37.** Should any bhikkhu chew or consume staple or non-staple food at the wrong time, it is to be confessed.

**38.** Should any bhikkhu chew or consume stored-up staple or non-staple food, it is to be confessed.

**39.** There are these finer staple foods: ghee, fresh butter, oil, honey, sugar/molasses, fish, meat, milk, and curds. Should any bhikkhu who is not ill, having requested finer staple foods such as these for his own sake, then consume them, it is to be confessed.

**40.** Should any bhikkhu take into his mouth an edible that has not been given — except for water and tooth-cleaning sticks — it is to be confessed.

# Part Five: The Naked Ascetic Chapter

**41.** Should any bhikkhu give staple or non-staple food with his own hand to a naked ascetic, a male wanderer, or a female wanderer, it is to be confessed.

**42.** Should any bhikkhu say to a bhikkhu, "Come, my friend, let's enter the village or town for alms," and then — whether or not he has had (food) given to him — dismiss him, saying, "Go away, my friend. I don't like sitting or talking with you. I prefer sitting or talking alone" — doing it for that reason and no other — it is to be confessed.

**43.** Should any bhikkhu sit intruding on a family "with its meal," it is to be confessed.

**44.** Should any bhikkhu sit in private on a secluded seat with a woman, it is to be confessed.

**45.** Should any bhikkhu sit in private, alone with a woman, it is to be confessed.

**46.** Should any bhikkhu, being invited for a meal and without taking leave of an available bhikkhu, go calling on families before or after the meal, except at the proper occasions, it is to be confessed. Here the proper occasions are these: a time of giving cloth, a time of making robes. These are the proper occasions here.

**47.** A bhikkhu who is not ill may accept (make use of) a four-month invitation to ask for requisites. If he should accept (make use of) it beyond that — unless the invitation is renewed or is permanent — it is to be confessed.

**48.** Should any bhikkhu go to see an army on active duty, unless there is a suitable reason, it is to be confessed.

**49.** There being some reason or another for a bhikkhu to go to an army, he may stay two or three (consecutive) nights with the army. If he should stay beyond that, it is to be confessed.

**50.** If a bhikkhu staying two or three nights with an army should go to a battlefield, a roll call, the troops in battle formation, or to see a review of the (battle) units, it is to be confessed.

# Part Six: The Alcoholic Drink Chapter

**51.** The drinking of alcohol or fermented liquor is to be confessed.

**52.** Tickling with the fingers is to be confessed.

**53.** The act of playing in the water is to be confessed.

**54.** Disrespect is to be confessed.

**55.** Should any bhikkhu try to frighten another bhikkhu, it is to be confessed.

**56.** Should any bhikkhu who is not ill, seeking to warm himself, kindle a fire or have one kindled — unless there is a suitable reason — it is to be confessed.

**57.** Should any bhikkhu bathe at intervals of less than half a month, except at the proper occasions, it is to be confessed. Here the proper occasions are these: the last month and a half of the hot season, the first month of the rains, these two and a half months being a time of heat, a time of fever; (also) a time of illness; a time of work; a time of going on a journey; a time of wind or rain. These are the proper occasions here.

**58.** When a bhikkhu receives a new robe, any one of three means of discoloring it is to be applied: green, brown, or black. If a bhikkhu should make use of a new robe without applying any of the three means of discoloring it, it is to be confessed.

**59.** Should any bhikkhu, having himself placed robe-cloth under shared ownership (vikappana) with a bhikkhu, a bhikkhunī, a female trainee, a male novice, or a female novice, then make use of the cloth without the shared ownership's being rescinded, it is to be confessed.

**60.** Should any bhikkhu hide (another) bhikkhu's bowl, robe, sitting cloth, needle box, or belt — or have it hidden — even as a joke, it is to be confessed.

# Part Seven: The Animal Chapter

**61.** Should any bhikkhu intentionally deprive an animal of life, it is to be confessed.

**62.** Should any bhikkhu knowingly make use of water containing living, it is to be confessed.

**63.** Should any bhikkhu knowingly agitate for the reviving of an issue that has been rightfully dealt with, it is to be confessed.

**64.** Should any bhikkhu knowingly conceal (another) bhikkhu's serious offense, it is to be confessed.

**65.** Should any bhikkhu knowingly give full Acceptance (ordination) to an individual less than twenty years old, the individual is not accepted and the bhikkhus are blameworthy; and as for him (the preceptor), it is to be confessed.

**66.** Should any bhikkhu knowingly and by arrangement travel together with a caravan of thieves, even for the interval between one village and the next, it is to be confessed.

**67.** Should any bhikkhu, by arrangement, travel together with a woman, even for the interval between one village and the next, it is to be confessed.

**68.** Should any bhikkhu say the following: "As I understand the Dhamma taught by the Blessed One, those acts the Blessed One says are obstructive, when engaged in are not genuine obstructions," the bhikkhus are to admonish him thus: "Do not say that, venerable sir. Do not misrepresent the Blessed One, for it is not good to misrepresent the Blessed One. The Blessed One would not say anything like that. In many ways, friend, the Blessed One has described obstructive acts, and when engaged in they are genuine obstructions."

And should that bhikkhu, thus admonished by the bhikkhus, persist as before, the bhikkhus are to rebuke him up to three times so as to desist. If while being rebuked up to three times he desists, that is good. If he does not desist, it is to be confessed.

**69.** Should any bhikkhu knowingly commune, affiliate, or lie down in the same dwelling with a bhikkhu professing such a view who has not acted in compliance with the rule, who has not abandoned that view, it is to be confessed.

**70.** And if a novice should say the following: "As I understand the Dhamma taught by the Blessed One, those acts the Blessed One says are obstructive, when engaged in are not genuine obstructions," the bhikkhus are to admonish him thus: "Do not say that, friend novice. Do not misrepresent the Blessed One, for it is not good to misrepresent the Blessed One. The Blessed One would not say anything like that. In many ways, friend, the Blessed One has described obstructive acts, and when engaged in they are genuine obstructions."

And should that novice, thus admonished by the bhikkhus, persist as before, the bhikkhus are to admonish him thus: "From this day forth, friend novice, you are not to claim the Blessed One as your teacher, nor are you even to have the opportunity the other novices get — that of sharing dwellings two or three nights with the bhikkhus. Away with you! Get lost!"

Should any bhikkhu knowingly befriend, receive services from, commune with, or lie down in the same dwelling with a novice thus expelled, it is to be confessed.

# Part Eight: The In-accordance-with-the-Rule Chapter

**71.** Should any bhikkhu, admonished by the bhikkhus in accordance with a rule, say, "Friends, I will not train myself under this training rule until I have put questions about it to another bhikkhu, competent and learned in the discipline," it is to be confessed. Bhikkhus, a bhikkhu in training should understand, should ask, should ponder. This is the proper course here.

**72.** Should any bhikkhu, when the Pāṭimokkha is being recited, say, "Why are these lesser and minor training rules recited when they lead only to anxiety, bother, and confusion?" the criticism of the training rules is to be confessed.

**73.** Should any bhikkhu, when the Pāṭimokkha is being recited every half-month, say, "Just now have I learned that this case, too, is handed down in the Pāṭimokkha, is included in the Pāṭimokkha, and comes up for recitation every half-month"; and if the bhikkhus should know, "That bhikkhu has already sat through two or three recitations of the Pāṭimokkha, if not more," the bhikkhu is not exempted for being ignorant. Whatever the offense he has committed, he is to be dealt with in accordance with the rule; and in addition, his deceit is to be exposed: "It is no gain for you, friend, it is ill-done, that when the Pāṭimokkha is being recited, you do not pay proper attention and take it to heart." As for the deception, it is to be confessed.

**74.** Should any bhikkhu, angered and displeased, give a blow to (another) bhikkhu, it is to be confessed.

**75.** Should any bhikkhu, angered and displeased, raise the palm of his hand against (another) bhikkhu, it is to be confessed.

**76.** Should any bhikkhu charge a bhikkhu with an unfounded saºghadisesa (offense), it is to be confessed.

**77.** Should any bhikkhu intentionally provoke anxiety in (another) bhikkhu, (thinking,) "This way, even for just a moment, he will have no peace" — doing it for just that reason and no other — it is to be confessed.

**78.** Should any bhikkhu stand eavesdropping on bhikkhus when they are arguing, quarreling, and disputing, thinking, "I will overhear what they say" — doing it for just that reason and no other — it is to be confessed.

**79.** Should any bhikkhu, having given consent (by proxy) to a transaction carried out in accordance with the rule, later complain (about the act), it is to be confessed.

**80.** Should any bhikkhu, when deliberation is being carried on in the Community, get up from his seat and leave without having given consent, it is to be confessed.

**81.** Should any bhikkhu, (acting as part of) a united Community, give robe-cloth (to an individual bhikkhu) and later complain, "The bhikkhus allocate the Community's gains according to friendship," it is to be confessed.

**82.** Should any bhikkhu knowingly divert to an individual gains that had been allocated for a Community, it is to be confessed.

# Part Nine: The Treasure Chapter

**83.** Should any bhikkhu, unannounced beforehand, cross the threshold of a consecrated noble king's (sleeping chamber) from which the king has not left, from which the valuable (the queen) has not withdrawn, it is to be confessed.

**84.** Should any bhikkhu pick up or have (someone) pick up a valuable or what is considered a valuable, except in a monastery or in a dwelling, it is to be confessed. But when a bhikkhu has picked up or had (someone) pick up a valuable or what is considered a valuable (left) in a monastery or in a dwelling, he is to keep it, (thinking,) "Whoever it belongs to will (come and) fetch it." This is the proper course here.

**85.** Should any bhikkhu, without taking leave of an available bhikkhu, enter a village at the wrong time — unless there is a suitable emergency — it is to be confessed.

**86.** Should any bhikkhu have a needle box made of bone, ivory, or horn, it is to be broken and confessed.

**87.** When a bhikkhu is having a new bed or bench made, it is to have legs (at most) eight fingerbreadths long — using sugata fingerbreadths — not counting the lower edge of the frame. In excess of that it is to be cut down and confessed.

**88.** Should any bhikkhu have a bed or bench upholstered, it (the upholstery) is to be torn off and confessed.

**89.** When a bhikkhu is having a sitting cloth made, it is to be made to the standard measurement. Here the standard is this: two spans — using the sugata span — in length, one and a half spans in width, the border a span. In excess of that, it is to be cut down and confessed.

**90.** When a bhikkhu is having a skin-eruption covering cloth made, it is to be made to the standard measurement. Here the standard is this: four spans — using the sugata span — in length, two spans in width. In excess of that, it is to be cut down and confessed.

**91.** When a bhikkhu is having a rains-bathing cloth made, it is to be made to the standard measurement. Here the standard is this: six spans — using the sugata span — in length, two and a half spans in width. In excess of that, it is to be cut down and confessed.

**92.** Should any bhikkhu have a robe made the measurement of the sugata robe or larger, it is to be cut down and confessed. Here, the measurement of the Sugata's sugata robe is this: nine spans — using the sugata span — in length, six spans in width. This is the measurement of the Sugata's sugata robe.

# Pāṭidesanīya: Rules entailing acknowledgement

**1.** Should any bhikkhu chew or consume staple or non-staple food, having received it with his own hand from the hand of an unrelated bhikkhunī in an inhabited area, he is to acknowledge it: "Friends, I have committed a blameworthy, unsuitable act that ought to be acknowledged. I acknowledge it."

**2.** In case bhikkhus, being invited, are eating in family residences, and if a bhikkhunī is standing there as though giving directions, (saying,) "Give curry here, give rice here," then the bhikkhus are to dismiss her: "Go away, sister, while the bhikkhus are eating." If not one of the bhikkhus should speak to dismiss her, "Go away, sister, while the bhikkhus are eating," the bhikkhus are to acknowledge it: "Friends, we have committed a blameworthy, unsuitable act that ought to be acknowledged. We acknowledge it."

**3.** There are families designated as in training. Should any bhikkhu, not being ill, uninvited beforehand, chew or consume staple or non-staple food, having received it himself at the residences of families designated as in training, he is to acknowledge it:

"Friends, I have committed a blameworthy, unsuitable act that ought to be acknowledged. I acknowledge it."

**4.** There are wilderness lodgings that are considered dubious and risky. Should any bhikkhu, not being ill, living in such lodgings, chew or consume (a gift of) staple or non-staple food that was unannounced beforehand, having received it with his own hand in the lodging, he is to acknowledge it: "Friends, I have committed a blameworthy, unsuitable act that ought to be acknowledged. I acknowledge it."

# Sekhiya: Rules of training

## Part One: The 26 Dealing with Proper Behavior

**1. [2.]** I will wear the lower robe [upper robe] wrapped around (me): a training to be observed.

**3. [4.]** I will go [sit] well-covered in inhabited areas: a training to be observed.

**5. [6.]** I will go [sit] well-restrained in inhabited areas: a training to be observed.

**7. [8.]** I will go [sit] with eyes lowered in inhabited areas: a training to be observed.

**9. [10.]** I will not go [sit] with robes hitched up in inhabited areas: a training to be observed.

**11. [12.]** I will not go [sit] laughing loudly in inhabited areas: a training to be observed.

**13. [14.]** I will go [sit] (speaking) with a lowered voice in inhabited areas: a training to be observed.

**15. [16.]** I will not go [sit] swinging my body in inhabited areas: a training to be observed.

**17. [18.]** I will not go [sit] swinging my arms in inhabited areas: a training to be observed.

**19. [20.]** I will not go [sit] swinging my head in inhabited areas: a training to be observed.

**21. [22.]** I will not go [sit] with arms akimbo in inhabited areas: a training to be observed.

**23. [24.]** I will not go [sit] with my head covered in inhabited areas: a training to be observed.

**25.** I will not go tiptoeing or walking just on the heels in inhabited areas: a training to be observed.

26. I will not sit clasping the knees in inhabited areas: a training to be observed.

# Part Two: The 30 Dealing with Food

27. I will receive almsfood appreciatively: a training to be observed.

28. I will receive almsfood with attention focused on the bowl: a training to be observed.

29. I will receive almsfood with bean curry in proper proportion: a training to be observed.

30. I will receive almsfood level with the edge (of the bowl): a training to be observed.

31. I will eat almsfood appreciatively: a training to be observed.

32. I will eat almsfood with attention focused on the bowl: a training to be observed.

33. I will eat almsfood methodically: a training to be observed.

34. I will eat almsfood with bean curry in proper proportion: a training to be observed.

35. I will not eat almsfood taking mouthfuls from a heap: a training to be observed.

36. I will not hide bean curry and foods with rice out of a desire to get more: a training to be observed.

37. Not being ill, I will not eat rice or bean curry that I have requested for my own sake: a training to be observed.

38. I will not look at another's bowl intent on finding fault: a training to be observed.

39. I will not take an extra-large mouthful: a training to be observed.

40. I will make a rounded mouthful: a training to be observed.

41. I will not open the mouth when the mouthful has yet to be brought to it: a training to be observed.

42. I will not insert the whole hand into the mouth while eating: a training to be observed.

43. I will not speak with the mouth full of food: a training to be observed.

44. I will not eat from lifted balls of food: a training to be observed.

45. I will not eat nibbling at mouthfuls of food: a training to be observed.

**46.** I will not eat stuffing out the cheeks: a training to be observed.

**47.** I will not eat shaking (food off) the hand: a training to be observed.

**48.** I will not eat scattering lumps of rice about: a training to be observed.

**49.** I will not eat sticking out the tongue: a training to be observed.

**50.** I will not eat smacking the lips: a training to be observed.

**51.** I will not eat making a slurping noise: a training to be observed.

**52.** I will not eat licking the hands: a training to be observed.

**53.** I will not eat licking the bowl: a training to be observed.

**54.** I will not eat licking the lips: a training to be observed.

**55.** I will not accept a water vessel with a hand soiled by food: a training to be observed.

**56.** I will not, in an inhabited area, throw away bowl-rinsing water that has grains of rice in it: a training to be observed.

# Part Three: The 16 Dealing with Teaching Dhamma

**57.** I will not teach Dhamma to a person with an umbrella in his hand who is not ill: a training to be observed.

**58.** I will not teach Dhamma to a person with a staff in his hand who is not ill: a training to be observed.

**59.** I will not teach Dhamma to a person with a knife in his hand who is not ill: a training to be observed.

**60.** I will not teach Dhamma to a person with a weapon in his hand who is not ill: a training to be observed.

**61. [62.]** I will not teach Dhamma to a person wearing non-leather [leather] footwear who is not ill: a training to be observed.

**63.** I will not teach Dhamma to a person in a vehicle who is not ill: a training to be observed.

**64.** I will not teach Dhamma to a person lying down who is not ill: a training to be observed.

**65.** I will not teach Dhamma to a person who sits clasping his knees and who is not ill: a training to be observed.

**66.** I will not teach Dhamma to a person wearing headgear who is not ill: a training to be observed.

**67.** I will not teach Dhamma to a person whose head is covered (with a robe or scarf) and who is not ill: a training to be observed.

**68.** Sitting on the ground, I will not teach Dhamma to a person sitting on a seat who is not ill: a training to be observed.

**69.** Sitting on a low seat, I will not teach Dhamma to a person sitting on a high seat who is not ill: a training to be observed.

**70.** Standing, I will not teach Dhamma to a person sitting who is not ill: a training to be observed.

**71.** Walking behind, I will not teach Dhamma to a person walking ahead who is not ill: a training to be observed.

**72.** Walking beside a path, I will not teach Dhamma to a person walking on the path who is not ill: a training to be observed.

## Part Four: The 3 Miscellaneous Rules

**73.** Not being ill, I will not defecate or urinate while standing: a training to be observed.

**74.** Not being ill, I will not defecate, urinate, or spit on living crops: a training to be observed.

**75.** Not being ill, I will not defecate, urinate, or spit in water: a training to be observed.

# Adhikaraṇa-Samatha: Rules for settling disputes

**1.** *A verdict "in the presence of" should be given.* This means that the formal act settling the issue must be carried out in the presence of the Community, in the presence of the individuals, and in the presence of the Dhamma and Vinaya.

**2.** *A verdict of mindfulness may be given.* This is the verdict of innocence given in an accusation, based on the fact that the accused remembers fully that he did not commit the offense in question.

**3.** *A verdict of past insanity may be given.* This is another verdict of innocence given in an accusation, based on the fact that the accused was out of his mind when he committed the offense in question and so is absolved of any responsibility for it.

**4.** *Acting in accordance with what is admitted.* This refers to the ordinary confession of offenses, where no formal interrogation is involved. The confession is valid only if in accord with the facts, e.g., a bhikkhu actually commits a pācittiya offense and then confesses it as such, and not as a stronger or lesser offense. If he were to confess it as a dukkata or a saṅghādisesa, that would be invalid.

**5.** *Acting in accordance with the majority.* This refers to cases in which bhikkhus are unable to settle a dispute unanimously, even after all the proper procedures are followed, and — in the words of the Canon — are "wounding one another with weapons of the tongue." In cases such as these, decisions can be made by majority vote.

**6.** *Acting for his (the accused's) further punishment.* This refers to cases where a bhikkhu admits to having committed the offense in question only after being formally interrogated about it. He is then to be reproved for his actions, made to remember the offense, and to confess it. After that the Community imposes the further punishment of a Community transaction that requires him to forfeit a long list of his normal rights as a bhikkhu for a period of time until they are satisfied that he has taken the lesson to heart.

**7.** *Covering over as with grass.* This refers to situations in which both sides of a dispute realize that, in the course of their dispute, they have done much that is unworthy of a contemplative. If they were to deal with one another for their offenses, the only result would be greater divisiveness. Thus if both sides agree, all the bhikkhus gather in one place. (According to the Commentary, this means that all bhikkhus in the *sima* must attend. No one should send his consent, and even sick bhikkhus must go.) A motion is made to the entire group that this procedure will be followed. One member of each side then makes a formal motion to the members of his faction that he will make a confession for them. When both sides are ready, the representative of each side addresses the entire group and makes the blanket confession, using the form of a motion and one announcement (*natti-dutiya-kamma*).

**Provenance:**
©2007 Thanissaro Bhikkhu.
Transcribed from a file provided by the author.
This Access to Insight edition is ©2007–2009 John T. Bullitt.
**Terms of use:** You may copy, reformat, reprint, republish, and redistribute this work in any medium whatsoever, provided that: (1) you only make such copies, etc. available *free of charge*; (2) you clearly indicate that any derivatives of this work (including translations) are derived from this source document; and (3) you include the full text of this license in any copies or derivatives of this work. Otherwise, all rights reserved. For additional information about this license, see the FAQ.

**How to cite this document** (one suggested style): "Bhikkhu Pāṭimokkha: The Bhikkhus' Code of Discipline", translated from the Pali by Thanissaro Bhikkhu. *Access to Insight*, October 12, 2009, http://www.accesstoinsight.org/tipitaka/vin/sv/bhikkhu-pati.html.

# EXHIBIT 129



Fig. 1

Young Tibetan monks from Sera Monastery, Bylakuppe,

India, printing copies of their scriptures off hand-carved

wooden plates.  The monks of the original Sera Monastery

near Lhasa, Tibet, fled with the Dalai Lama in 1959 and

reconstituted their monastery in India.

Lhasa

monks fled from Tibet with the Dalai Lama in 1959

Monastery moved

Exhibit 129, Page 53

# EXHIBIT 130

# Rule of St. Benedict

**Translated by Leonard J. Doyle, OSB**

© Copyright 2001 by The Order of Saint Benedict, Inc.
Published by Liturgical Press, Collegeville, Minnesota.
Reprinted with permission.

**Prologue**

L I S T E N  carefully, my child,
to your master's precepts,
and incline the ear of your heart (Prov. 4:20).
Receive willingly and carry out effectively
your loving father's advice,
that by the labor of obedience
you may return to Him
from whom you had departed by the sloth of disobedience.

To you, therefore, my words are now addressed,
whoever you may be,
who are renouncing your own will
to do battle under the Lord Christ, the true King,
and are taking up the strong, bright weapons of obedience.

And first of all,
whatever good work you begin to do,
beg of Him with most earnest prayer to perfect it,
that He who has now deigned to count us among His children
may not at any time be grieved by our evil deeds.
For we must always so serve Him
with the good things He has given us,
that He will never as an angry Father disinherit His children,
nor ever as a dread Lord, provoked by our evil actions,
deliver us to everlasting punishment
as wicked servants who would not follow Him to glory.

Let us arise, then, at last,
for the Scripture stirs us up, saying,

"Now is the hour for us to rise from sleep" (Rom. 13:11).
Let us open our eyes to the deifying light,
let us hear with attentive ears
the warning which the divine voice cries daily to us,
"Today if you hear His voice,
harden not your hearts" (Ps. 94[95]:8).
And again,
"Whoever has ears to hear,
hear what the Spirit says to the churches" (Matt. 11-15; Apoc. 2:7).
And what does He say?
"Come, My children, listen to Me;
I will teach you the fear of the Lord" (Ps. 33[34]:12).
"Run while you have the light of life,
lest the darkness of death overtake you" (John 12:35).

And the Lord, seeking his laborer
in the multitude to whom He thus cries out,
says again,
"Who is the one who will have life,
and desires to see good days" (Ps. 33[34]:13)?
And if, hearing Him, you answer,
"I am the one,"
God says to you,
"If you will have true and everlasting life,
keep your tongue from evil
and your lips that they speak no guile.
Turn away from evil and do good;
seek after peace and pursue it" (Ps. 33[34]:14-15).
And when you have done these things,
My eyes shall be upon you
and My ears open to your prayers;
and before you call upon Me,
I will say to you,
'Behold, here I am'" (Ps. 33[34]:16; Is. 65:24; 58:9).

What can be sweeter to us, dear ones,
than this voice of the Lord inviting us?
Behold, in His loving kindness
the Lord shows us the way of life.

Having our loins girded, therefore,
with faith and the performance of good works (Eph. 6:14),
let us walk in His paths
by the guidance of the Gospel,
that we may deserve to see Him
who has called us to His kingdom (1 Thess. 2:12).

For if we wish to dwell in the tent of that kingdom,
we must run to it by good deeds
or we shall never reach it.

But let us ask the Lord, with the Prophet,
"Lord, who shall dwell in Your tent,
or who shall rest upon Your holy mountain" (Ps. 14[15]:1)?

After this question, brothers and sisters,
let us listen to the Lord
as He answers and shows us the way to that tent, saying,
"The one Who walks without stain and practices justice;
who speaks truth from his heart;
who has not used his tongue for deceit;
who has done no evil to his neighbor;
who has given no place to slander against his neighbor."

This is the one who,
under any temptation from the malicious devil,
has brought him to naught (Ps. 14[15]:4)
by casting him and his temptation from the sight of his heart;
and who has laid hold of his thoughts
while they were still young
and dashed them against Christ (Ps. 14[15]:4; 136[137]:9).

It is they who,
fearing the Lord (Ps. 14[15]:4),
do not pride themselves on their good observance;
but,
convinced that the good which is in them
cannot come from themselves and must be from the Lord,
glorify the Lord's work in them (Ps. 14[15]:4),
using the words of the Prophet,
"Not to us, O Lord, not to us,
but to Your name give the glory" (Ps. 113[115:1]:9).
Thus also the Apostle Paul
attributed nothing of the success of his preaching to himself,
but said,
"By the grace of God I am what I am" (1 Cor. 15:10).
And again he says,
"He who glories, let him glory in the Lord" (2 Cor. 10:17).

Hence the Lord says in the Gospel,
"Whoever listens to these words of Mine and acts upon them,
I will liken to a wise person
who built a house on rock.

The floods came,
the winds blew and beat against that house,
and it did not fall,
because it had been founded on rock" (Matt. 7:24-25).

Having given us these assurances,
the Lord is waiting every day
for us to respond by our deeds to His holy admonitions.
And the days of this life are lengthened
and a truce granted us for this very reason,
that we may amend our evil ways.
As the Apostle says,
"Do you not know that God's patience is inviting you to repent" (Rom. 2:4)?
For the merciful Lord tells us,
"I desire not the death of the sinner,
but that the sinner should be converted and live" (Ezech. 33:11).

So, brothers and sisters, we have asked the Lord
who is to dwell in His tent,
and we have heard His commands
to anyone who would dwell there;
it remains for us to fulfill those duties.

Therefore we must prepare our hearts and our bodies
to do battle under the holy obedience of His commands;
and let us ask God
that He be pleased to give us the help of His grace
for anything which our nature finds hardly possible.
And if we want to escape the pains of hell
and attain life everlasting,
then, while there is still time,
while we are still in the body
and are able to fulfill all these things
by the light of this life,
we must hasten to do now
what will profit us for eternity.

And so we are going to establish
a school for the service of the Lord.
In founding it we hope to introduce nothing harsh or burdensome.
But if a certain strictness results from the dictates of equity
for the amendment of vices or the preservation of charity,
do not be at once dismayed and fly from the way of salvation,
whose entrance cannot but be narrow (Matt. 7:14).
For as we advance in the religious life and in faith,
our hearts expand

and we run the way of God's commandments
with unspeakable sweetness of love.
Thus, never departing from His school,
but persevering in the monastery according to His teaching
until death,
we may by patience share in the sufferings of Christ (1 Peter 4:13)
and deserve to have a share also in His kingdom.


## Chapter 1: On the Kinds of Monks

It is well known that there are four kinds of monks.
The first kind are the Cenobites:
those who live in monasteries
and serve under a rule and an Abbot.

The second kind are the Anchorites or Hermits:
those who,
no longer in the first fervor of their reformation,
but after long probation in a monastery,
having learned by the help of many brethren
how to fight against the devil,
go out well armed from the ranks of the community
to the solitary combat of the desert.
They are able now,
with no help save from God,
to fight single-handed against the vices of the flesh
and their own evil thoughts.

The third kind of monks, a detestable kind, are the Sarabaites.
These, not having been tested,
as gold in the furnace (Wis. 3:6),
by any rule or by the lessons of experience,
are as soft as lead.
In their works they still keep faith with the world,
so that their tonsure marks them as liars before God.
They live in twos or threes, or even singly,
without a shepherd,
in their own sheepfolds and not in the Lord's.
Their law is the desire for self-gratification:
whatever enters their mind or appeals to them,
that they call holy;
what they dislike, they regard as unlawful.

The fourth kind of monks are those called Gyrovagues.
These spend their whole lives tramping from province to province,
staying as guests in different monasteries
for three or four days at a time.
Always on the move, with no stability,
they indulge their own wills
and succumb to the allurements of gluttony,
and are in every way worse than the Sarabaites.
Of the miserable conduct of all such
it is better to be silent than to speak.

Passing these over, therefore,
let us proceed, with God's help,
to lay down a rule for the strongest kind of monks, the Cenobites.


## Chapter 2: What Kind of Person the Abbess Ought to Be

An Abbess who is worthy to be over a monastery
should always remember what she is called,
and live up to the name of Superior.
For she is believed to hold the place of Christ in the monastery,
being called by a name of His,
which is taken from the words of the Apostle:
"You have received a Spirit of adoption ...,
by virtue of which we cry, 'Abba -- Father'" (Rom. 8:15)!

Therefore the Abbess ought not to teach or ordain or command
anything which is against the Lord's precepts;
on the contrary,
her commands and her teaching
should be a leaven of divine justice
kneaded into the minds of her disciples.

Let the Abbess always bear in mind
that at the dread Judgment of God
there will be an examination of these two matters:
her teaching and the obedience of her disciples.
And let the Abbess be sure
that any lack of profit
the master of the house may find in the sheep
will be laid to the blame of the shepherd.
On the other hand,
if the shepherd has bestowed all her pastoral diligence
on a restless, unruly flock

and tried every remedy for their unhealthy behavior,
then she will be acquitted at the Lord's Judgment
and may say to the Lord with the Prophet:
"I have not concealed Your justice within my heart;
Your truth and Your salvation I have declared" (Ps. 39[40]:11).
"But they have despised and rejected me" (Is. 1:2; Ezech. 20:27).
And then finally let death itself, irresistible,
punish those disobedient sheep under her charge.

Therefore, when anyone receives the name of Abbess,
she ought to govern her disciples with a twofold teaching.
That is to say,
she should show them all that is good and holy
by her deeds even more than by her words,
expounding the Lord's commandments in words
to the intelligent among her disciples,
but demonstrating the divine precepts by her actions
for those of harder hearts and ruder minds.
And whatever she has taught her disciples
to be contrary to God's law,
let her indicate by her example that it is not to be done,
lest, while preaching to others, she herself be found reprobate (1 Cor. 9:27),
and lest God one day say to her in her sin,
"Why do you declare My statutes
and profess My covenant with your lips,
whereas you hate discipline
and have cast My words behind you" (Ps. 49[50]:16-17)?
And again,
"You were looking at the speck in your brother's eye,
and did not see the beam in your own" (Matt. 7:3).

Let her make no distinction of persons in the monastery.
Let her not love one more than another,
unless it be one whom she finds better
in good works or in obedience.
Let her not advance one of noble birth
ahead of one who was formerly a slave,
unless there be some other reasonable ground for it.
But if the Abbess for just reason think fit to do so,
let her advance one of any rank whatever.
Otherwise let them keep their due places;
because, whether slaves or free, we are all one in Christ (Gal. 3:28)
and bear in equal burden of service
in the army of the same Lord.
For with God there is no respect of persons (Rom. 2:11).
Only for one reason are we preferred in His sight:

if we be found better than others in good works and humility.
Therefore let the Abbess show equal love to all
and impose the same discipline on all
according to their deserts.

In her teaching
the Abbess should always follow the Apostle's formula:
"Reprove, entreat, rebuke" (2 Tim. 4:2);
threatening at one time and coaxing at another
as the occasion may require,
showing now the stern countenance of a mistress,
now the loving affection of a mother.
That is to say,
it is the undisciplined and restless
whom she must reprove rather sharply;
it is the obedient, meek and patient
whom she must entreat to advance in virtue;
while as for the negligent and disdainful,
these we charge her to rebuke and correct.

And let her not shut her eyes to the faults of offenders;
but, since she has the authority,
let her cut out those faults by the roots
as soon as they begin to appear,
remembering the fate of Heli, the priest of Silo (1 Kings 2-4).
The well-disposed and those of good understanding
let her correct with verbal admonition the first and second time.
But bold, hard, proud and disobedient characters
she should curb at the very beginning of their ill-doing
by stripes and other bodily punishments,
knowing that it is written,
"the fool is not corrected with words" (Prov. 18:2; 29:19),
and again,
"Beat your son with the rod,
and you will deliver his soul from death" (Prov. 23:13-14).

The Abbess should always remember what she is
and what she is called,
and should know that to whom more is committed,
from her more is required (Luke 12:48).
Let her understand also
what a difficult and arduous task she has undertaken:
ruling souls and adapting herself to a variety of characters.
One she must coax, another scold, another persuade,
according to each one's character and understanding.
Thus she must adjust and adapt herself to all

in such a way that she may not only suffer no loss
in the flock committed to her care,
but may even rejoice in the increase of a good flock.

Above all let her not neglect or undervalue
the welfare of the souls committed to her,
in a greater concern for fleeting, earthly, perishable things;
but let her always bear in mind
that she has undertaken the government of souls
and that she will have to give an account of them.

And if she be tempted to allege a lack of earthly means,
let her remember what is written:
"First seek the kingdom of God and His justice,
and all these things shall be given you besides" (Ps. 33[34]:10).
And again:
"Nothing is wanting to those who fear Him."

Let her know, then,
that she who has undertaken the government of souls
must prepare herself to render an account of them.
Whatever number of sisters she knows she has under her care,
she may be sure beyond doubt that on Judgment Day
she will have to give the Lord an account of all these souls,
as well as of her own soul.

Thus the constant apprehension
about her coming examination as shepherd (Ezech. 34)
concerning the sheep entrusted to her,
and her anxiety over the account that must be given for others,
make her careful of her own record.
And while by her admonitions she is helping others to amend,
she herself is cleansed of her faults.


## Chapter 3: On Calling the Brethren for Counsel

Whenever any important business has to be done
in the monastery,
let the Abbot call together the whole community
and state the matter to be acted upon.
Then, having heard the brethren's advice,
let him turn the matter over in his own mind
and do what he shall judge to be most expedient.

The reason we have said that all should be called for counsel
is that the Lord often reveals to the younger what is best.

Let the brethren give their advice
with all the deference required by humility,
and not presume stubbornly to defend their opinions;
but let the decision rather depend on the Abbot's judgment,
and all submit to whatever he shall decide for their welfare.

However, just as it is proper
for the disciples to obey their master,
so also it is his function
to dispose all things with prudence and justice.

In all things, therefore, let all follow the Rule as guide,
and let no one be so rash as to deviate from it.
Let no one in the monastery follow his own heart's fancy;
and let no one presume to contend with his Abbot
in an insolent way or even outside of the monastery.
But if anyone should presume to do so,
let him undergo the discipline of the Rule.
At the same time,
the Abbot himself should do all things in the fear of God
and in observance of the Rule,
knowing that beyond a doubt
he will have to render an account of all his decisions
to God, the most just Judge.

But if the business to be done in the interests of the monastery
be of lesser importance,
let him take counsel with the seniors only.
It is written,
"Do everything with counsel,
and you will not repent when you have done it" (Eccles. 32:24).


## Chapter 4: What Are the Instruments of Good Works

1. In the first place, to love the Lord God with the whole heart, the whole soul, the whole strength.
2. Then, one's neighbor as oneself.
3. Then not to murder.
4. Not to commit adultery.
5. Not to steal.
6. Not to covet.

7. Not to bear false witness.
8. To honor all (1 Peter 2:17).
9. And not to do to another what one would not have done to oneself.
10. To deny oneself in order to follow Christ.
11. To chastise the body.
12. Not to become attached to pleasures.
13. To love fasting.
14. To relieve the poor.
15. To clothe the naked.
16. To visit the sick.
17. To bury the dead.
18. To help in trouble.
19. To console the sorrowing.
20. To become a stranger to the world's ways.

21. To prefer nothing to the love of Christ.22. Not to give way to anger.
23. Not to nurse a grudge.
24. Not to entertain deceit in one's heart.
25. Not to give a false peace.
26. Not to forsake charity.
27. Not to swear, for fear of perjuring oneself.
28. To utter truth from heart and mouth.
29. Not to return evil for evil.
30. To do no wrong to anyone, and to bear patiently wrongs done to oneself.
31. To love one's enemies.
32. Not to curse those who curse us, but rather to bless them.
33. To bear persecution for justice's sake.
34. Not to be proud.
35. Not addicted to wine.
36. Not a great eater.
37. Not drowsy.
38. Not lazy.
39. Not a grumbler.
40. Not a detractor.
41. To put one's hope in God.
42. To attribute to God, and not to self, whatever good one sees in oneself.
43. But to recognize always that the evil is one's own doing, and to impute it to oneself.

44. To fear the Day of Judgment.
45. To be in dread of hell.
46. To desire eternal life with all the passion of the spirit.
47. To keep death daily before one's eyes.
48. To keep constant guard over the actions of one's life.
49. To know for certain that God sees one everywhere.
50. When evil thoughts come into one's heart, to dash them against Christ immediately.
51. And to manifest them to one's spiritual mother.

52. To guard one's tongue against evil and depraved speech.

53. Not to love much talking.

54. Not to speak useless words or words that move to laughter.

55. Not to love much or boisterous laughter.

56. To listen willingly to holy reading.

57. To devote oneself frequently to prayer.

58. Daily in one's prayers, with tears and sighs, to confess one's past sins to God, and to amend them for the future.

59. Not to fulfill the desires of the flesh; to hate one's own will.

60. To obey in all things the commands of the Abbess, even though she herself (which God forbid) should act otherwise, mindful of the Lord's precept, "Do what they say, but not what they do."

61. Not to wish to be called holy before one is holy; but first to be holy, that one may be truly so called.

62. To fulfill God's commandments daily in one's deeds.

63. To love chastity.

64. To hate no one.

65. Not to be jealous, not to harbor envy.

66. Not to love contention.

67. To beware of haughtiness.

68. And to respect the seniors.

69. To love the juniors.

70. To pray for one's enemies in the love of Christ.

71. To make peace with one's adversary before the sun sets.

72. And never to despair of God's mercy.

These, then, are the tools of the spiritual craft.
If we employ them unceasingly day and night,
and return them on the Day of Judgment,
our compensation from the Lord
will be that wage He has promised:
"Eye has not seen, nor ear heard,
what God has prepared for those who love Him" (1 Cor. 2:9).

Now the workshop
in which we shall diligently execute all these tasks
is the enclosure of the monastery
and stability in the community.


**Chapter 5: On Obedience**

The first degree of humility is obedience without delay.
This is the virtue of those

who hold nothing dearer to them than Christ;
who, because of the holy service they have professed,
and the fear of hell,
and the glory of life everlasting,
as soon as anything has been ordered by the Superior,
receive it as a divine command
and cannot suffer any delay in executing it.
Of these the Lord says,
"As soon as he heard, he obeyed Me" (Ps. 17[18]:45).
And again to teachers He says,
"He who hears you, hears Me" (Luke 10:16).

Such as these, therefore,
immediately leaving their own affairs
and forsaking their own will,
dropping the work they were engaged on
and leaving it unfinished,
with the ready step of obedience
follow up with their deeds the voice of him who commands.
And so as it were at the same moment
the master's command is given
and the disciple's work is completed,
the two things being speedily accomplished together
in the swiftness of the fear of God
by those who are moved
with the desire of attaining life everlasting.
That desire is their motive for choosing the narrow way,
of which the Lord says,
"Narrow is the way that leads to life" (Matt. 7:14),
so that,
not living according to their own choice
nor obeying their own desires and pleasures
but walking by another's judgment and command,
they dwell in monasteries and desire to have an Abbot over them.
Assuredly such as these are living up to that maxim of the Lord
in which He says,
"I have come not to do My own will,
but the will of Him who sent Me" (John 6:38).
But this very obedience
will be acceptable to God and pleasing to all
only if what is commanded is done
without hesitation, delay, lukewarmness, grumbling, or objection.
For the obedience given to Superiors is given to God,
since He Himself has said,
"He who hears you, hears Me" (Luke 10:16).
And the disciples should offer their obedience with a good will,

for "God loves a cheerful giver" (2 Cor. 9:7).
For if the disciple obeys with an ill will
and murmurs,
not necessarily with his lips but simply in his heart,
then even though he fulfill the command
yet his work will not be acceptable to God,
who sees that his heart is murmuring.
And, far from gaining a reward for such work as this,
he will incur the punishment due to murmurers,
unless he amend and make satisfaction.

### Chapter 6: On the Spirit of Silence

Let us do what the Prophet says:
"I said, 'I will guard my ways,
that I may not sin with my tongue.
I have set a guard to my mouth.'
I was mute and was humbled,
and kept silence even from good things" (Ps. 38[39]:2-3).
Here the Prophet shows
that if the spirit of silence ought to lead us at times
to refrain even from good speech,
so much the more ought the punishment for sin
make us avoid evil words.

Therefore, since the spirit of silence is so important,
permission to speak should rarely be granted
even to perfect disciples,
even though it be for good, holy edifying conversation;
for it is written,
"In much speaking you will not escape sin" (Prov. 10:19),
and in another place,
"Death and life are in the power of the tongue" (Prov. 18:21).

For speaking and teaching belong to the mistress;
the disciple's part is to be silent and to listen.
And for that reason
if anything has to be asked of the Superior,
it should be asked
with all the humility and submission inspired by reverence.

But as for coarse jests and idle words
or words that move to laughter,
these we condemn everywhere with a perpetual ban,
and for such conversation

we do not permit a disciple to open her mouth.

**Chapter 7: On Humility**

Holy Scripture, brethren, cries out to us, saying,
"Everyone who exalts himself shall be humbled,
and he who humbles himself shall be exalted" (Luke 14:11).
In saying this it shows us
that all exaltation is a kind of pride,
against which the Prophet proves himself to be on guard
when he says,
"Lord, my heart is not exalted,
nor are mine eyes lifted up;
neither have I walked in great matters,
nor in wonders above me" (Ps. 130[131]:1)
But how has he acted?
"Rather have I been of humble mind
than exalting myself;
as a weaned child on its mother's breast,
so You solace my soul" (Ps. 130[131]:2).

Hence, brethren,
if we wish to reach the very highest point of humility
and to arrive speedily at that heavenly exaltation
to which ascent is made through the humility of this present life,
we must
by our ascending actions
erect the ladder Jacob saw in his dream,
on which Angels appeared to him descending and ascending.
By that descent and ascent
we must surely understand nothing else than this,
that we descend by self-exaltation and ascend by humility.
And the ladder thus set up is our life in the world,
which the Lord raises up to heaven if our heart is humbled.
For we call our body and soul the sides of the ladder,
and into these sides our divine vocation has inserted
the different steps of humility and discipline we must climb.

The first degree of humility, then,
is that a person keep the fear of God before his eyes
and beware of ever forgetting it.
Let him be ever mindful of all that God has commanded;
let his thoughts constantly recur
to the hell-fire which will burn for their sins
those who despise God,

and to the life everlasting which is prepared
for those who fear Him.
Let him keep himself at every moment from sins and vices,
whether of the mind, the tongue, the hands, the feet,
or the self-will,
and check also the desires of the flesh.
Let a man consider
that God is always looking at him from heaven,
that his actions are everywhere visible to the divine eyes
and are constantly being reported to God by the Angels.
This is what the Prophet shows us
when he represents God as ever present within our thoughts,
in the words "Searcher of minds and hearts is God" (Ps. 7:10)
and again in the words "The Lord knows the thoughts of men" (Ps. 93[94]:11).
Again he says,
"You have read my thoughts from afar" (Ps. 13[14]9:3)
and "The thoughts of people will confess to You" (Ps. 75[76]:11).

In order that he may be careful
about his wrongful thoughts, therefore,
let the faithful brother say constantly in his heart,
"Then shall I be spotless before Him,
if I have kept myself from my iniquity" (Ps. 17[18]:24).
As for self-will,
we are forbidden to do our own will
by the Scripture, which says to us,
"Turn away from your own will" (Eccles. 18:30),
and likewise by the prayer in which we ask God
that His will be done in us.
And rightly are we taught not to do our own will
when we take heed to the warning of Scripture:
"There are ways which seem right,
but the ends of them plunge into the depths of hell" (Prov. 16:25);
and also when we tremble at what is said of the careless:
"They are corrupt and have become abominable in their will."

And as for the desires of the flesh,
let us believe with the Prophet that God is ever present to us,
when he says to the Lord,
"Every desire of mine is before You" (Ps. 37[38]:10).
We must be on our guard, therefore, against evil desires,
for death lies close by the gate of pleasure.
Hence the Scripture gives this command:
"Go not after your concupiscences" (Eccles. 18:30).

So therefore,
since the eyes of the Lord observe the good and the evil (Prov. 15:3)
and the Lord is always looking down from heaven
on the children of earth
"to see if there be anyone who understands and seeks God" (Ps. 13[14]:2),
and since our deeds are daily,
day and night,
reported to the Lord by the Angels assigned to us,
we must constantly beware, brethren,
as the Prophet says in the Psalm,
lest at any time God see us falling into evil ways
and becoming unprofitable (Ps. 13[14]:3);
and lest, having spared us for the present
because in His kindness He awaits our reformation,
He say to us in the future,
"These things you did, and I held My peace" (Ps. 49[50]:21).
The second degree of humility
is that a person love not his own will
nor take pleasure in satisfying his desires,
but model his actions on the saying of the Lord,
"I have come not to do My own will,
but the will of Him who sent Me" (John 6:38).
It is written also,
"Self-will has its punishment,
but constraint wins a crown."
The third degree of humility is that a person
for love of God
submit himself to his Superior in all obedience,
imitating the Lord, of whom the Apostle says,
"He became obedient even unto death."

The fourth degree of humility
is that he hold fast to patience with a silent mind
when in this obedience he meets with difficulties
and contradictions
and even any kind of injustice,
enduring all without growing weary or running away.
For the Scripture says,
"The one who perseveres to the end,
is the one who shall be saved" (Matt. 10:22);
and again
"Let your heart take courage, and wait for the Lord" (Ps. 26[27]:14)!

And to show how those who are faithful
ought to endure all things, however contrary, for the Lord,
the Scripture says in the person of the suffering,

"For Your sake we are put to death all the day long;
we are considered as sheep marked for slaughter" (Ps. 43[44]:22; Rom. 8:36).
Then, secure in their hope of a divine recompense,
they go on with joy to declare,
"But in all these trials we conquer,
through Him who has granted us His love" (Rom. 8:37).
Again, in another place the Scripture says,
"You have tested us, O God;
You have tried us a silver is tried, by fire;
You have brought us into a snare;
You have laid afflictions on our back" (Matt. 5:39-41).
And to show that we ought to be under a Superior,
it goes on to say,
"You have set men over our heads" (Ps. 65[66]:12).

Moreover, by their patience
those faithful ones fulfill the Lord's command
in adversities and injuries:
when struck on one cheek, they offer the other;
when deprived of their tunic, they surrender also their cloak;
when forced to go a mile, they go two;
with the Apostle Paul they bear with false brethren (2 Cor. 11:26)
and bless those who curse them (1 Cor. 4:12).

The fifth degree of humility
is that he hide from his Abbot none of the evil thoughts
that enter his heart
or the sins committed in secret,
but that he humbly confess them.
The Scripture urges us to this when it says,
"Reveal your way to the Lord and hope in Him" (Ps. 36[37]:5)
and again,
"Confess to the Lord, for He is good,
for His mercy endures forever" (Ps. 105[106]:1).
And the Prophet likewise says,
"My offense I have made known to You,
and my iniquities I have not covered up.
I said: 'I will declare against myself my iniquities to the Lord;'
and 'You forgave the wickedness of my heart'" (Ps. 31[32]:5).

The sixth degree of humility
is that a monk be content
with the poorest and worst of everything,
and that in every occupation assigned him
he consider himself a bad and worthless workman,
saying with the Prophet,

"I am brought to nothing and I am without understanding;
I have become as a beast of burden before You,
and I am always with You" (Ps. 72[73]:22-23).

The seventh degree of humility
is that he consider himself lower and of less account
than anyone else,
and this not only in verbal protestation
but also with the most heartfelt inner conviction,
humbling himself and saying with the Prophet,
"But I am a worm and no man,
the scorn of men and the outcast of the people" (Ps. 21[22]:7).
"After being exalted, I have been humbled
and covered with confusion" (Pa. 87:16).
And again,
"It is good for me that You have humbled me,
that I may learn Your commandments" (Ps. 118[119]:71,73).

The eighth degree of humility
is that a monk do nothing except what is commended
by the common Rule of the monastery
and the example of the elders.

The ninth degree of humility
is that a monk restrain his tongue and keep silence,
not speaking until he is questioned.
For the Scripture shows
that "in much speaking there is no escape from sin" (Prov. 10:19)
and that "the talkative man is not stable on the earth" (Ps. 13[14]9:12).

The tenth degree of humility
is that he be not ready and quick to laugh,
for it is written,
"The fool lifts up his voice in laughter" (Eccles. 21:23).

The eleventh degree of humility
is that when a monk speaks
he do so gently and without laughter,
humbly and seriously,
in few and sensible words,
and that he be not noisy in his speech.
It is written,
"A wise man is known by the fewness of his words" (Sextus, *Enchidirion*, 134 or 145).

The twelfth degree of humility
is that a monk not only have humility in his heart

but also by his very appearance make it always manifest
to those who see him.
That is to say that whether he is at the Work of God,
in the oratory, in the monastery, in the garden, on the road,
in the fields or anywhere else,
and whether sitting, walking or standing,
he should always have his head bowed
and his eyes toward the ground.
Feeling the guilt of his sins at every moment,
he should consider himself already present at the dread Judgment
and constantly say in his heart
what the publican in the Gospel said
with his eyes fixed on the earth:
"Lord, I am a sinner and not worthy to lift up my eyes to heaven" (Luke 18:13; Matt.
8:8);
and again with the Prophet:
"I am bowed down and humbled everywhere" (Ps. 37[38]:7,9; 118[119]:107).

Having climbed all these steps of humility, therefore,
the monk will presently come to that perfect love of God
which casts out fear.
And all those precepts
which formerly he had not observed without fear,
he will now begin to keep by reason of that love,
without any effort,
as though naturally and by habit.
No longer will his motive be the fear of hell,
but rather the love of Christ,
good habit
and delight in the virtues
which the Lord will deign to show forth by the Holy Spirit
in His servant now cleansed from vice and sin.


## Chapter 8: On the Divine Office During the Night

In the winter time,
that is from the Calends of November until Easter,
the sisters shall rise
at what is calculated to be the eighth hour of the night,
so that they may sleep somewhat longer than half the night
and rise with their rest completed.
And the time that remains after the Night Office
should be spent in study

by those sisters who need a better knowledge of the Psalter
or the lessons.

From Easter to the aforesaid Calends of November,
the hour of rising should be so arranged that the Morning Office,
which is to be said at daybreak,
will follow the Night Office after a very short interval,
during which they may go out for the necessities of nature.


## Chapter 9: How Many Psalms Are to Be Said at the Night Office

In winter time as defined above,
there is first this verse to be said three times:
"O Lord, open my lips,
and my mouth shall declare Your praise."
To it is added Psalm 3 and the "Glory be to the Father,"
and after that Psalm 94 to be chanted with an antiphon
or even chanted simply.
Let the Ambrosian hymn [Te Deum] follow next,
and then six Psalms with antiphons.
When these are finished and the verse said,
let the Abbot give a blessing;
then, all being seated on the benches,
let three lessons be read from the book on the lectern
by the brethren in their turns,
and after each lesson let a responsory be chanted.
Two of the responsories are to be said
without a "Glory be to the Father"
but after the third lesson
let the chanter say the "Glory be to the Father,"
and as soon as he begins it let all rise from their seats
out of honor and reverence to the Holy Trinity.

The books to be read at the Night Office
shall be those of divine authorship,
of both the Old and the New Testament,
and also the explanations of them which have been made
by well known and orthodox Catholic Fathers.

After these three lessons with their responsories
let the remaining six Psalms follow,
to be chanted with "Alleluia."
After these shall follow the lesson from the Apostle,
to be recited by heart,

the verse
and the petition of the litany, that is "Lord, have mercy on us."
And so let the Night Office come to an end.

**Chapter 10: How the Night Office Is to Be Said in Summer Time**

From Easter until the Calends of November
let the same number of Psalms be kept as prescribed above;
but no lessons are to be read from the book,
on account of the shortness of the nights.
Instead of those three lessons
let one lesson from the Old Testament be said by heart
and followed by a short responsory.
But all the rest should be done as has been said;
that is to say that never fewer than twelve Psalms
should be said at the Night Office,
not counting Psalm 3 and Psalm 94.

**Chapter 11: How the Night Office Is to Be Said on Sundays**

On Sunday
the hour of rising for the Night Office should be earlier.
In that Office let the measure already prescribed be kept,
namely the singing of six Psalms and a verse.
Then let all be seated on the benches in their proper order
while the lessons and their responsories are read from the book,
as we said above.
These shall be four in number,
with the chanter saying the "Glory be to the Father"
in the fourth responsory only,
and all rising reverently as soon as he begins it.

After these lessons
let six more Psalms with antiphons follow in order, as before,
and a verse;
and then let four more lessons be read with their responsories
in the same way as the former.

After these let there be three canticles
from the book of the Prophets,
as the Abbot shall appoint,
and let these canticles be chanted with "Alleluia."
Then when the verse has been said
and the Abbot has given the blessing,

let four more lessons be read,
from the New Testament,
in the manner prescribed above.

After the fourth responsory
let the Abbot begin the hymn "We praise You, O God."
When this is finished
the Abbot shall read the lesson from the book of the Gospels,
while all stand in reverence and awe.
At the end let all answer "Amen,"
and let the Abbot proceed at once
to the hymn "To You be praise."
After the blessing has been given,
let them begin the Morning Office.

This order for the Night Office on Sunday
shall be observed the year around,
both summer and winter;
unless it should happen (which God forbid)
that the brethren be late in rising,
in which case the lessons or the responsories
will have to be shortened somewhat.
Let every precaution be taken, however,
against such an occurrence;
but if it does happen,
then the one through whose neglect it has come about
should make due satisfaction to God in the oratory.

**Chapter 12: How the Morning Office Is to Be Said**

The Morning Office on Sunday shall begin with Psalm 66
recited straight through without an antiphon.
After that let Psalm 50 be said with "Alleluia,"
then Psalms 117 and 62,
the Canticle of Blessing (Benedicite) and the Psalms of praise (Ps. 14[15]8-150);
then a lesson from the Apocalypse to be recited by heart,
the responsory, the Ambrosian hymn [Te Deum], the verse,
the canticle from the Gospel book,
the litany and so the end.

**Chapter 13: How the Morning Office Is to Be Said on Weekdays**

On weekdays
the Morning Office shall be celebrated as follows.
Let Psalm 66 be said without an antiphon
and somewhat slowly,
as on Sunday,
in order that all may be in time for Psalm 50,
which is to be said with an antiphon.
After that let two other Psalms be said according to custom,
namely:
on Monday Psalms 5 and 35,
on Tuesday Psalms 42 and 56,
on Wednesday Psalms 63 and 64,
on Thursday Psalms 87 and 89,
on Friday Psalms 75 and 91,
and on Saturday Psalm 142 and the canticle from Deuteronomy,
which is to be divided into two sections
each terminated by a "Glory be to the Father."
But on the other days let there be a canticle from the Prophets,
each on its own day as chanted by the Roman Church.
Next follow the Psalms of praise [148-50],
then a lesson of the Apostle to be recited from memory,
the responsory, the Ambrosian hymn [Te Deum], the verse,
the canticle from the Gospel book,
the litany, and so the end.

The Morning and Evening Offices
should never be allowed to pass
without the Superior saying the Lord's Prayer
in its place at the end
so that all may hear it,
on account of the thorns of scandal which are apt to spring up.
Thus those who hear it,
being warned by the covenant which they make in that prayer
when they say, "Forgive us as we forgive,"
may cleanse themselves of faults against that covenant.

But at the other Offices
let the last part only of that prayer be said aloud,
so that all may answer, "But deliver us from evil."


**Chapter 14: How the Night Office Is to Be Said on the Feasts of the Saints**

On the feasts of Saints and on all festivals
let the Office be performed

as we have prescribed for Sundays,
except that the Psalms, the antiphons and the lessons
belonging to that particular day are to be said.
Their number, however, shall remain as we have specified above.


**Chapter 15: At What Times "Alleluia" Is to Be Said**

From holy Easter until Pentecost without interruption
let "Alleluia" be said
both in the Psalms and in the responsories.
From Pentecost to the beginning of Lent
let it be said every night
with the last six Psalms of the Night Office only.
On every Sunday, however, outside of Lent,
the canticles, the Morning Office, Prime, Terce, Sext and None
shall be said with "Alleluia,"
but Vespers with antiphons.

The responsories are never to be said with "Alleluia"
except from Easter to Pentecost.


**Chapter 16: How the Work of God Is to Be Performed During the Day**

"Seven times in the day," says the Prophet,
"I have rendered praise to You" (Ps. 118[119]:164).
Now that sacred number of seven will be fulfilled by us
if we perform the Offices of our service
at the time of the Morning Office,
of Prime, of Terce, of Sext, of None,
of Vespers and of Compline,
since it was of these day Hours that he said,
"Seven times in the day I have rendered praise to You" (Ps. 118[119]:164).
For as to the Night Office the same Prophet says,
"In the middle of the night I arose to glorify You" (Ps. 118[119]:62).

Let us therefore bring our tribute of praise to our Creator
"for the judgments of His justice"
at these times:
the Morning Office, Prime, Terce, Sext, None,
Vespers and Compline;
and in the night let us arise to glorify Him (Ps. 118[119]:164,62).

## Chapter 17: How Many Psalms Are to Be Said at These Hours

We have already arranged the order of the psalmody
for the Night and Morning Offices;
let us now provide for the remaining Hours.

At Prime let three Psalms be said,
separately and not under one "Glory be to the Father."
The hymn of that Hour
is to follow the verse "Incline unto my aid, O God,"
before the Psalms begin.
Upon completion of the three Psalms
let one lesson be recited,
then a verse,
the "Lord, have mercy on us" and the concluding prayers.

The Offices of Terce, Sext and None
are to be celebrated in the same order,
that is:
the "Incline unto my aid, O God," the hymn proper to each Hour,
three Psalms, lesson and verse,
"Lord, have mercy on us" and concluding prayers.

If the community is a large one,
let the Psalms be sung with antiphons;
but if small,
let them be sung straight through.

Let the Psalms of the Vesper Office be limited to four,
with antiphons.
After these Psalms the lesson is to be recited,
then the responsory, the Ambrosian hymn, the verse,
the canticle from the Gospel book,
the litany, the Lord's Prayer and the concluding prayers.

Let Compline be limited to the saying of three Psalms,
which are to be said straight through without antiphon,
and after them the hymn of that Hour,
one lesson, a verse, the "Lord, have mercy on us,"
the blessing and the concluding prayers.

## Chapter 9: How Many Psalms Are to Be Said at the Night Office

In winter time as defined above,
there is first this verse to be said three times:
"O Lord, open my lips,
and my mouth shall declare Your praise."
To it is added Psalm 3 and the "Glory be to the Father,"
and after that Psalm 94 to be chanted with an antiphon
or even chanted simply.
Let the Ambrosian hymn [Te Deum] follow next,
and then six Psalms with antiphons.
When these are finished and the verse said,
let the Abbot give a blessing;
then, all being seated on the benches,
let three lessons be read from the book on the lectern
by the brethren in their turns,
and after each lesson let a responsory be chanted.
Two of the responsories are to be said
without a "Glory be to the Father"
but after the third lesson
let the chanter say the "Glory be to the Father,"
and as soon as he begins it let all rise from their seats
out of honor and reverence to the Holy Trinity.

The books to be read at the Night Office
shall be those of divine authorship,
of both the Old and the New Testament,
and also the explanations of them which have been made
by well known and orthodox Catholic Fathers.

After these three lessons with their responsories
let the remaining six Psalms follow,
to be chanted with "Alleluia."
After these follow the lesson from the Apostle,
to be recited by heart,
the verse
and the petition of the litany, that is "Lord, have mercy on us."
And so let the Night Office come to an end.

### Chapter 10: How the Night Office Is to Be Said in Summer Time

From Easter until the Calends of November
let the same number of Psalms be kept as prescribed above;
but no lessons are to be read from the book,
on account of the shortness of the nights.
Instead of those three lessons

let one lesson from the Old Testament be said by heart
and followed by a short responsory.
But all the rest should be done as has been said;
that is to say that never fewer than twelve Psalms
should be said at the Night Office,
not counting Psalm 3 and Psalm 94.


## Chapter 11: How the Night Office Is to Be Said on Sundays

On Sunday
the hour of rising for the Night Office should be earlier.
In that Office let the measure already prescribed be kept,
namely the singing of six Psalms and a verse.
Then let all be seated on the benches in their proper order
while the lessons and their responsories are read from the book,
as we said above.
These shall be four in number,
with the chanter saying the "Glory be to the Father"
in the fourth responsory only,
and all rising reverently as soon as he begins it.

After these lessons
let six more Psalms with antiphons follow in order, as before,
and a verse;
and then let four more lessons be read with their responsories
in the same way as the former.

After these let there be three canticles
from the book of the Prophets,
as the Abbot shall appoint,
and let these canticles be chanted with "Alleluia."
Then when the verse has been said
and the Abbot has given the blessing,
let four more lessons be read,
from the New Testament,
in the manner prescribed above.

After the fourth responsory
let the Abbot begin the hymn "We praise You, O God."
When this is finished
the Abbot shall read the lesson from the book of the Gospels,
while all stand in reverence and awe.
At the end let all answer "Amen,"
and let the Abbot proceed at once

to the hymn "To You be praise."
After the blessing has been given,
let them begin the Morning Office.

This order for the Night Office on Sunday
shall be observed the year around,
both summer and winter;
unless it should happen (which God forbid)
that the brethren be late in rising,
in which case the lessons or the responsories
will have to be shortened somewhat.
Let every precaution be taken, however,
against such an occurrence;
but if it does happen,
then the one through whose neglect it has come about
should make due satisfaction to God in the oratory.

### Chapter 12: How the Morning Office Is to Be Said

The Morning Office on Sunday shall begin with Psalm 66
recited straight through without an antiphon.
After that let Psalm 50 be said with "Alleluia,"
then Psalms 117 and 62,
the Canticle of Blessing (Benedicite) and the Psalms of praise (Ps. 14[15]8-150);
then a lesson from the Apocalypse to be recited by heart,
the responsory, the Ambrosian hymn [Te Deum], the verse,
the canticle from the Gospel book,
the litany and so the end.

### Chapter 13: How the Morning Office Is to Be Said on Weekdays

On weekdays
the Morning Office shall be celebrated as follows.
Let Psalm 66 be said without an antiphon
and somewhat slowly,
as on Sunday,
in order that all may be in time for Psalm 50,
which is to be said with an antiphon.
After that let two other Psalms be said according to custom,
namely:
on Monday Psalms 5 and 35,
on Tuesday Psalms 42 and 56,

on Wednesday Psalms 63 and 64,
on Thursday Psalms 87 and 89,
on Friday Psalms 75 and 91,
and on Saturday Psalm 142 and the canticle from Deuteronomy,
which is to be divided into two sections
each terminated by a "Glory be to the Father."
But on the other days let there be a canticle from the Prophets,
each on its own day as chanted by the Roman Church.
Next follow the Psalms of praise [148-50],
then a lesson of the Apostle to be recited from memory,
the responsory, the Ambrosian hymn [Te Deum], the verse,
the canticle from the Gospel book,
the litany, and so the end.

The Morning and Evening Offices
should never be allowed to pass
without the Superior saying the Lord's Prayer
in its place at the end
so that all may hear it,
on account of the thorns of scandal which are apt to spring up.
Thus those who hear it,
being warned by the covenant which they make in that prayer
when they say, "Forgive us as we forgive,"
may cleanse themselves of faults against that covenant.

But at the other Offices
let the last part only of that prayer be said aloud,
so that all may answer, "But deliver us from evil."


**Chapter 14: How the Night Office Is to Be Said on the Feasts of the Saints**

On the feasts of Saints and on all festivals
let the Office be performed
as we have prescribed for Sundays,
except that the Psalms, the antiphons and the lessons
belonging to that particular day are to be said.
Their number, however, shall remain as we have specified above.


**Chapter 15: At What Times "Alleluia" Is to Be Said**

From holy Easter until Pentecost without interruption
let "Alleluia" be said

both in the Psalms and in the responsories.
From Pentecost to the beginning of Lent
let it be said every night
with the last six Psalms of the Night Office only.
On every Sunday, however, outside of Lent,
the canticles, the Morning Office, Prime, Terce, Sext and None
shall be said with "Alleluia,"
but Vespers with antiphons.

The responsories are never to be said with "Alleluia"
except from Easter to Pentecost.


## Chapter 16: How the Work of God Is to Be Performed During the Day

"Seven times in the day," says the Prophet,
"I have rendered praise to You" (Ps. 118[119]:164).
Now that sacred number of seven will be fulfilled by us
if we perform the Offices of our service
at the time of the Morning Office,
of Prime, of Terce, of Sext, of None,
of Vespers and of Compline,
since it was of these day Hours that he said,
"Seven times in the day I have rendered praise to You" (Ps. 118[119]:164).
For as to the Night Office the same Prophet says,
"In the middle of the night I arose to glorify You" (Ps. 118[119]:62).

Let us therefore bring our tribute of praise to our Creator
"for the judgments of His justice"
at these times:
the Morning Office, Prime, Terce, Sext, None,
Vespers and Compline;
and in the night let us arise to glorify Him (Ps. 118[119]:164,62).


## Chapter 17: How Many Psalms Are to Be Said at These Hours

We have already arranged the order of the psalmody
for the Night and Morning Offices;
let us now provide for the remaining Hours.

At Prime let three Psalms be said,
separately and not under one "Glory be to the Father."
The hymn of that Hour

is to follow the verse "Incline unto my aid, O God,"
before the Psalms begin.
Upon completion of the three Psalms
let one lesson be recited,
then a verse,
the "Lord, have mercy on us" and the concluding prayers.

The Offices of Terce, Sext and None
are to be celebrated in the same order,
that is:
the "Incline unto my aid, O God," the hymn proper to each Hour,
three Psalms, lesson and verse,
"Lord, have mercy on us" and concluding prayers.

If the community is a large one,
let the Psalms be sung with antiphons;
but if small,
let them be sung straight through.

Let the Psalms of the Vesper Office be limited to four,
with antiphons.
After these Psalms the lesson is to be recited,
then the responsory, the Ambrosian hymn, the verse,
the canticle from the Gospel book,
the litany, the Lord's Prayer and the concluding prayers.

Let Compline be limited to the saying of three Psalms,
which are to be said straight through without antiphon,
and after them the hymn of that Hour,
one lesson, a verse, the "Lord, have mercy on us,"
the blessing and the concluding prayers.


### Chapter 18: In What Order the Psalms Are to Be Said

Let this verse be said:
"Incline unto my aid, O God;
O Lord, make haste to help me,"
and the "Glory be to the Father"
then the hymn proper to each Hour.

Then at Prime on Sunday
four sections of Psalm 118 are to be said;
and at each of the remaining Hours,

that is Terce, Sext and None,
three sections of the same Psalm 118.

At Prime on Monday let three Psalms be said,
namely Psalms 1, 2 and 6.
And so each day at Prime until Sunday
let three Psalms be said in numerical order, to Psalm 19,
but with Psalms 9 and 17 each divided into two parts.
Thus it comes about that the Night Office on Sunday
always begins with Psalm 20.

At Terce, Sext and None on Monday
let the nine remaining sections of Psalm 118 be said,
three at each of these Hours.

Psalm 118 having been completed, therefore,
on two days, Sunday and Monday,
let the nine Psalms from Psalm 119 to Psalm 127
be said at Terce, Sext and None,
three at each Hour,
beginning with Tuesday.
And let these same Psalms be repeated every day until Sunday
at the same Hours,
while the arrangement of hymns, lessons and verses
is kept the same on all days;
and thus Prime on Sunday will always begin with Psalm 118.

Vespers are to be sung with four Psalms every day.
These shall begin with Psalm 109 and go on to Psalm 147,
omitting those which are set apart for other Hours;
that is to say that
with the exception of Psalms 117 to 127 and Psalms 133 and 142,
all the rest of these are to be said at Vespers.
And since there are three Psalms too few,
let the longer ones of the above number be divided,
namely Psalms 138, 143 and 144.
But let Psalm 116 because of its brevity be joined to Psalm 115.

The order of the Vesper Psalms being thus settled,
let the rest of the Hour--
lesson, responsory, hymn, verse and canticle--
be carried out as we prescribed above.

At Compline the same Psalms are to be repeated every day,
namely Psalms 4, 90 and 133.

The order of psalmody for the day Hours being thus arranged,
let all the remaining Psalms be equally distributed
among the seven Night Offices
by dividing the longer Psalms among them
and assigning twelve Psalms to each night.

We strongly recommend, however,
that if this distribution of the Psalms is displeasing to anyone,
she should arrange them otherwise,
in whatever way she considers better,
but taking care in any case
that the Psalter with its full number of 150 Psalms
be chanted every week
and begun again every Sunday at the Night Office.
For those monastics show themselves too lazy
in the service to which they are vowed,
who chant less than the Psalter with the customary canticles
in the course of a week,
whereas we read that our holy Fathers
strenuously fulfilled that task in a single day.
May we, lukewarm that we are, perform it at least in a whole week!


## Chapter 19: On the Manner of Saying the Divine Office

We believe that the divine presence is everywhere
and that "the eyes of the Lord
are looking on the good and the evil in every place" (Prov. 15:3).
But we should believe this especially without any doubt
when we are assisting at the Work of God.
To that end let us be mindful always of the Prophet's words,
"Serve the Lord in fear" (Ps. 2:11)
and again "Sing praises wisely" (Ps. 46[47]:8)
and "In the sight of the Angels I will sing praise to You" (Ps. 13[14]7:1).
Let us therefore consider how we ought to conduct ourselves
in sight of the Godhead and of His Angels,
and let us take part in the psalmody in such a way
that our mind may be in harmony with our voice.


## Chapter 20: On Reverence in Prayer

When we wish to suggest our wants to persons of high station,
we do not presume to do so

except with humility and reverence.
How much the more, then,
are complete humility and pure devotion necessary
in supplication of the Lord who is God of the universe!
And let us be assured
that it is not in saying a great deal that we shall be heard (Matt 6:7),
but in purity of heart and in tears of compunction.
Our prayer, therefore, ought to be short and pure,
unless it happens to be prolonged
by an inspiration of divine grace.
In community, however, let prayer be very short,
and when the Superior gives the signal let all rise together.

## Chapter 21: On the Deans of the Monastery

If the community is a large one,
let there be chosen out of it
brethren of good repute and holy life,
and let them be appointed deans.
These shall take charge of their deaneries in all things,
observing the commandments of God
and the instructions of their Abbot.

Let men of such character be chosen deans
that the Abbot may with confidence
share his burdens among them.
Let them be chosen not by rank
but according to their worthiness of life
and the wisdom of their doctrine.

If any of these deans should become inflated with pride
and found deserving of censure,
let him be corrected once, and again, and a third time.
If he will not amend,
then let him be deposed
and another be put in his place who is worthy of it.

And we order the same to be done in the case of the Prior.

## Chapter 22: How the Sisters Are to Sleep

Let each one sleep in a separate bed.
Let them receive bedding suitable to their manner of life,
according to the Abbess's directions.
If possible let all sleep in one place;
but if the number does not allow this,
let them take their rest by tens or twenties
with the seniors who have charge of them.

A candle shall be kept burning in the room until morning.

Let them sleep clothed and girded with belts or cords--
but not with their knives at their sides,
lest they cut themselves in their sleep--
and thus be always ready to rise without delay
when the signal is given
and hasten to be before one another at the Work of God,
yet with all gravity and decorum.

The younger shall not have beds next to one another,
but among those of the older ones.

When they rise for the Work of God
let them gently encourage one another,
that the drowsy may have no excuse.

## Chapter 23: On Excommunication for Faults

If a brother is found to be obstinate,
or disobedient, or proud, or murmuring,
or habitually transgressing the Holy Rule in any point
and contemptuous of the orders of his seniors,
the latter shall admonish him secretly a first and a second time,
as Our Lord commands (Matt. 18:15).
If he fails to amend,
let him be given a public rebuke in front of the whole community.
But if even then he does not reform,
let him be placed under excommunication,
provided that he understands the seriousness of that penalty;
if he is perverse, however,
let him undergo corporal punishment.

## Chapter 24: What the Measure of Excommunication Should Be

The measure of excommunication or of chastisement
should correspond to the degree of fault,
which degree is estimated by the judgment of the Abbess.

If a sister is found guilty of lighter faults,
let her be excluded from the common table.
Now the program for one deprived of the company of the table
shall be as follows:
In the oratory she shall intone neither Psalm nor antiphon
nor shall she recite a lesson
until she has made satisfaction;
in the refectory she shall take her food alone
after the community meal,
so that if they eat at the sixth hour, for instance,
that sister shall eat at the ninth,
while if they eat at the ninth hour
she shall eat in the evening,
until by a suitable satisfaction she obtains pardon.

## Chapter 25: On Weightier Faults

Let the brother who is guilty of a weightier fault
be excluded both from the table and from the oratory.
Let none of the brethren join him
either for company or for conversation.
Let him be alone at the work assigned him,
abiding in penitential sorrow
and pondering that terrible sentence of the Apostle
where he says that a man of that kind is handed over
for the destruction of the flesh,
that the spirit may be saved in the day of the Lord (1 Cor. 5:5).
Let him take his meals alone
in the measure and at the hour
which the Abbot shall consider suitable for him.
He shall not be blessed by those who pass by,
nor shall the food that is given him be blessed.

## Chapter 26: On Those Who Without an Order Associate with the Excommunicated

If any sister presumes
without an order from the Abbess
to associate in any way with an excommunicated sister,

or to speak with her,
or to send her a message,
let her incur a similar punishment of excommunication.


## Chapter 27: How Solicitous the Abbot Should Be for the Excommunicated

Let the Abbot be most solicitous
in his concern for delinquent brethren,
for "it is not the healthy but the sick who need a physician" (Matt 9:12)
And therefore he ought to use every means
that a wise physician would use.
Let him send *senpectae*,
that is, brethren of mature years and wisdom,
who may as it were secretly console the wavering brother
and induce him to make humble satisfaction;
comforting him
that he may not "be overwhelmed by excessive grief" (2 Cor. 2:7),
but that, as the Apostle says,
charity may be strengthened in him (2 Cor. 2:8).
And let everyone pray for him.

For the Abbot must have the utmost solicitude
and exercise all prudence and diligence
lest he lose any of the sheep entrusted to him.
Let him know
that what he has undertaken is the care of weak souls
and not a tyranny over strong ones;
and let him fear the Prophet's warning
through which God says,
"What you saw to be fat you took to yourselves,
and what was feeble you cast away" (Ezec. 34:3,4).
Let him rather imitate the loving example of the Good Shepherd
who left the ninety-nine sheep in the mountains
and went to look for the one sheep that had gone astray,
on whose weakness He had such compassion
that He deigned to place it on His own sacred shoulders
and thus carry it back to the flock (Luke 15:4-5).


## Chapter 28: On Those Who Will Not Amend after Repeated Corrections

If a sister who has been frequently corrected for some fault,
and even excommunicated,

does not amend,
let a harsher correction be applied,
that is, let the punishment of the rod be administered.

But if she still does not reform
or perhaps (which God forbid)
even rises up in pride and wants to defend her conduct,
then let the Abbess do what a wise physician would do.
Having used applications,
the ointments of exhortation,
the medicines of the Holy Scriptures,
finally the cautery of excommunication
and of the strokes of the rod,
if she sees that her efforts are of no avail,
let her apply a still greater remedy,
her own prayers and those of all the others,
that the Lord, who can do all things
may restore health to the sister who is sick.

But if she is not healed even in this way,
then let the Abbess use the knife of amputation,
according to the Apostle's words,
"Expel the evil one from your midst" (1 Cor. 5:13),
and again,
"If the faithless one departs, let her depart" (1 Cor. 7:15)
lest one diseased sheep contaminate the whole flock.


**Chapter 29: Whether Brethren Who Leave the Monastery Should Be Received Again**

If a brother
who through his own fault leaves the monastery
should wish to return,
let him first promise full reparation for his having gone away;
and then let him be received in the lowest place,
as a test of his humility.
And if he should leave again,
let him be taken back again,
and so a third time;
but he should understand that after this
all way of return is denied him.

**Chapter 30: How Boys Are to Be Corrected**

Every age and degree of understanding
should have its proper measure of discipline.
With regard to boys and adolescents, therefore,
or those who cannot understand the seriousness
of the penalty of excommunication,
whenever such as these are delinquent
let them be subjected to severe fasts
or brought to terms by harsh beatings,
that they may be cured.


**Chapter 31: What Kind of Man the Cellarer of the Monastery Should Be**

As cellarer of the monastery
let there be chosen from the community
one who is wise, of mature character, sober,
not a great eater, not haughty, not excitable,
not offensive, not slow, not wasteful,
but a God-fearing man
who may be like a father to the whole community.

Let him have charge of everything.
He shall do nothing without the Abbot's orders,
but keep to his instructions.
Let him not vex the brethren.
If any brother
happens to make some unreasonable demand of him,
instead of vexing the brother with a contemptuous refusal
he should humbly give the reason
for denying the improper request.

Let him keep qua rd over his own soul,
mindful always of the Apostle's saying
that "he who has ministered well
will acquire for himself a good standing" (1 Tim. 3:13).

Let him take the greatest care
of the sick, of children, of guests and of the poor,
knowing without doubt
that he will have to render an account for all these
on the Day of Judgment.

Let him regard all the utensils of the monastery
and its whole property
as if they were the sacred vessels of the altar.
Let him not think that he may neglect anything.
He should be neither a miser
nor a prodigal and squanderer of the monastery's substance,
but should do all things with measure
and in accordance with the Abbot's instructions.

Above all things let him have humility;
and if he has nothing else to give
let him give a good word in answer
for it is written,
"A good word is above the best gift" (Eccles. 18:17).

Let him have under his care
all that the Abbot has assigned to him,
but not presume to deal with what he has forbidden him.

Let him give the brethren their appointed allowance of food
without any arrogance or delay,
that they may not be scandalized,
mindful of the Word of God as to what he deserves
"who shall scandalize one of the little ones" (Matt 18:6).

If the community is a large one,
let helpers be given him,
that by their assistance
he may fulfill with a quiet mind the office committed to him.
The proper times should be observed
in giving the things that have to be given
and asking for the things that have to be asked for,
that no one may be troubled or vexed in the house of God.

## Chapter 32: On the Tools and Property of the Monastery

For the care of the monastery's property
in tools, clothing and other articles
let the Abbess appoint sisters
on whose manner of life and character she can rely;
and let her, as she shall judge to be expedient,
consign the various articles to them,
to be looked after and to be collected again.
The Abbess shall keep a list of these articles,

so that
as the sisters succeed one another in their assignments
she may know what she gives and what she receives back.

If anyone treats the monastery's property
in a slovenly or careless way,
let her be corrected.
If she fails to amend,
let her undergo the discipline of the Rule.

## Chapter 33: Whether Monks Ought to Have Anything of Their Own

This vice especially
is to be cut out of the monastery by the roots.
Let no one presume to give or receive anything
without the Abbot's leave,
or to have anything as his own--
anything whatever,
whether book or tablets or pen or whatever it may be--
since they are not permitted to have even their bodies or wills
at their own disposal;
but for all their necessities
let them look to the Father of the monastery.
And let it be unlawful to have anything
which the Abbot has not given or allowed.
Let all things be common to all,
as it is written (Acts 4:32),
and let no one say or assume that anything is his own.

But if anyone is caught indulging in this most wicked vice,
let him be admonished once and a second time.
If he fails to amend,
let him undergo punishment.

## Chapter 34 : Whether All Should Receive in Equal Measure What Is Necessary

Let us follow the Scripture,
"Distribution was made to each
according as anyone had need" (Acts 4:35).
By this we do not mean that there should be respecting of persons
(which God forbid),
but consideration for infirmities.

She who needs less should thank God and not be discontented;
but she who needs more
should be humbled by the thought of her infirmity
rather than feeling important
on account of the kindness shown her.
Thus all the members will be at peace.

Above all, let not the evil of murmuring appear
for any reason whatsoever
in the least word or sign.
If anyone is caught at it,
let her be placed under very severe discipline.

## Chapter 35: On the Weekly Servers in the Kitchen

Let the brethren serve one another,
and let no one be excused from the kitchen service
except by reason of sickness
or occupation in some important work.
For this service brings increase of reward and of charity.
But let helpers be provided for the weak ones,
that they may not be distressed by this work;
and indeed let everyone have help,
as required by the size of the community
or the circumstances of the locality.
If the community is a large one,
the cellarer shall be excused from the kitchen service;
and so also those whose occupations are of greater utility,
as we said above.
Let the rest serve one another in charity.

The one who is ending his week of service
shall do the cleaning on Saturday.
He shall wash the towels
with which the brethren wipe their hands and feet;
and this server who is ending his week,
aided by the one who is about to begin,
shall wash the feet of all the brethren.
He shall return the utensils of his office to the cellarer
clean and in good condition,
and the cellarer in turn shall consign them to the incoming server,
in order that he may know
what he gives out and what he receives back.

An hour before the meal
let the weekly servers each receive a drink and some bread

over and above the appointed allowance,
in order that at the meal time they may serve their brethren
without murmuring and without excessive fatigue.
On solemn days, however, let them wait until after Mass.

Immediately after the Morning Office on Sunday,
the incoming and outgoing servers
shall prostrate themselves before all the brethren in the oratory
and ask their prayers.
Let the server who is ending his week say this verse:
"Blessed are You, O Lord God,
who have helped me and consoled me."
When this has been said three times
and the outgoing server has received his blessing,
then let the incoming server follow and say,
"Incline unto my aid, O God;
O Lord, make haste to help me."
Let this also be repeated three times by all,
and having received his blessing
let him enter his service.

## Chapter 36: On the Sick

Before all things and above all things,
care must be taken of the sick,
so that they will be served as if they were Christ in person;
for He Himself said, "I was sick, and you visited Me" (Matt 25:36),
and, "What you did for one of these least ones, you did for Me" (Matt. 25:40).
But let the sick on their part consider
that they are being served for the honor of God,
and let them not annoy their sisters who are serving them
by their unnecessary demands.
Yet they should be patiently borne with,
because from such as these is gained a more abundant reward.
Therefore the Abbess shall take the greatest care
that they suffer no neglect.

For these sick let there be assigned a special room
and an attendant who is God-fearing, diligent and solicitous.
Let the use of baths be afforded the sick
as often as may be expedient;
but to the healthy, and especially to the young,
let them be granted more rarely.
Moreover,

let the use of meat be granted to the sick who are very weak,
for the restoration of their strength;
but when they are convalescent,
let all abstain from meat as usual.

The Abbess shall take the greatest care
that the sick be not neglected by the cellarers or the attendants;
for she also is responsible for what is done wrongly by her disciples.

## Chapter 37: On the Old and Children

Although human nature itself is drawn to special kindness
towards these times of life,
that is towards the old and children,
still the authority of the Rule should also provide for them.

Let their weakness be always taken into account,
and let them by no means be held to the rigor of the Rule
with regard to food.
On the contrary,
let a kind consideration be shown to them,
and let them eat before the regular hours.

## Chapter 38: On the Weekly Reader

The meals of the sisters should not be without reading.
Nor should the reader be
anyone who happens to take up the book;
but there should be a reader for the whole week,
entering that office on Sunday.
Let this incoming reader,
after Mass and Communion,
ask all to pray for her
that God may keep her from the spirit of pride
And let her intone the following verse,
which shall be said three times by all in the oratory:
"O Lord, open my lips,
and my mouth shall declare Your praise."
Then, having received a blessing,
let her enter on the reading.

And let absolute silence be kept at table,
so that no whispering may be heard
nor any voice except the reader's.
As to the things they need while they eat and drink,
let the sisters pass them to one another
so that no one need ask for anything.
If anything is needed, however,
let it be asked for by means of some audible sign
rather than by speech.
Nor shall anyone at table presume to ask questions
about the reading or anything else,
lest that give occasion for talking;
except that the Superior may perhaps wish
to say something briefly for the purpose of edification.

The sister who is reader for the week
shall take a little ablution before she begins to read,
on account of the Holy Communion
and lest perhaps the fast be hard for her to bear.
She shall take her meal afterwards
with the kitchen and table servers of the week.

The sisters are not to read or chant in order,
but only those who edify their hearers.

## Chapter 39: On the Measure of Food

We think it sufficient for the daily dinner,
whether at the sixth or the ninth hour,
that every table have two cooked dishes
on account of individual infirmities,
so that he who for some reason cannot eat of the one
may make his meal of the other
Therefore let two cooked dishes suffice for all the brethren;
and if any fruit or fresh vegetables are available,
let a third dish be added.

Let a good pound weight of bread suffice for the day,
whether there be only one meal or both dinner and supper.
If they are to have supper,
the cellarer shall reserve a third of that pound,
to be given them at supper.

But if it happens that the work was heavier,
it shall lie within the Abbot's discretion and power,
should it be expedient,

to add something to the fare.
Above all things, however,
over-indulgence must be avoided
and a monk must never be overtaken by indigestion;
for there is nothing so opposed to the Christian character
as over-indulgence
according to Our Lord's words,
"See to it that your hearts be not burdened
with over-indulgence" (Luke 21:34).

Young boys
shall not receive the same amount of food as their elders,
but less;
and frugality shall be observed in all circumstances.

Except the sick who are very weak,
let all abstain entirely
from eating the flesh of four-footed animals.


## Chapter 40: On the Measure of Drink

"Everyone has her own gift from God,
one in this way and another in that" (1 Cor. 7:7).
It is therefore with some misgiving
that we regulate the measure of others' sustenance.
Nevertheless, keeping in view the needs of the weak,
we believe that a *hemina* of wine a day is sufficient for each.
But those to whom God gives the strength to abstain
should know that they will receive a special reward.

If the circumstances of the place,
or the work
or the heat of summer
require a greater measure,
the superior shall use her judgment in the matter,
taking care always
that there be no occasion for surfeit or drunkenness.
We read
it is true,
that wine is by no means a drink for monastics;
but since the monastics of our day cannot be persuaded of this
let us at least agree to drink sparingly and not to satiety,
because "wine makes even the wise fall away" (Eccles. 19:2).

But where the circumstances of the place are such
that not even the measure prescribed above can be supplied,
but much less or none at all,
let those who live there bless God and not murmur.
Above all things do we give this admonition,
that they abstain from murmuring.

### Chapter 41: At What Hours the Meals Should Be Taken

From holy Easter until Pentecost
let the brothers take dinner at the sixth hour
and supper in the evening.

From Pentecost throughout the summer,
unless the monks have work in the fields
let them fast on Wednesdays and Fridays until the ninth hour;
on the other days let them dine at the sixth hour.
This dinner at the sixth hour shall be the daily schedule
if they have work in the fields
or the heat of summer is extreme;
the Abbot's foresight shall decide on this.

Thus it is that he should adapt and arrange everything
in such a way that souls may be saved
and that the brethren may do their work
without just cause for murmuring.

From the Ides of September until the beginning of Lent
let them always take their dinner at the ninth hour.

In Lent until Easter let them dine in the evening.
But this evening hour shall be so determined
that they will not need the light of a lamp while eating,
Indeed at all seasons
let the hour, whether for supper or for dinner, be so arranged
that everything will be done by daylight.

### Chapter 42: That No One Speak After Compline

Monastics ought to be zealous for silence at all times,
but especially during the hours of the night.
For every season, therefore,
whether there be fasting or two meals,
let the program be as follows:

If it be a season when there are two meals,
then as soon as they have risen from supper
they shall all sit together,
and one of them shall read the _Conferences_
or the _Lives of the Fathers_
or something else that may edify the hearers;
not the Heptateuch or the Books of Kings, however,
because it will not be expedient for weak minds
to hear those parts of Scripture at that hour;
but they shall be read at other times.

If it be a day of fast,
then having allowed a short interval after Vespers
they shall proceed at once to the reading of the _Conferences_,
as prescribed above;
four or five pages being read, or as much as time permits,
so that during the delay provided by this reading
all may come together,
including those who may have been occupied
in some work assigned them.

When all, therefore, are gathered together,
let them say Compline;
and when they come out from Compline,
no one shall be allowed to say anything from that time on.
And if anyone should be found evading this rule of silence,
let her undergo severe punishment.
An exception shall be made
if the need of speaking to guests should arise
or if the Abbess should give someone an order.
But even this should be done with the utmost gravity
and the most becoming restraint.


### Chapter 43: On Those Who Come Late to the Work of God or to Table

At the hour for the Divine Office,
as soon as the signal is heard,
let them abandon whatever they may have in hand

and hasten with the greatest speed,
yet with seriousness, so that there is no excuse for levity.
Let nothing, therefore, be put before the Work of God.

If at the Night Office
anyone arrives after the "Glory be to the Father" of Psalm 94--
which Psalm for this reason we wish to be said
very slowly and protractedly--
let him not stand in his usual place in the choir;
but let him stand last of all,
or in a place set aside by the Abbot for such negligent ones
in order that they may be seen by him and by all.
He shall remain there until the Work of God has been completed,
and then do penance by a public satisfaction.
the reason why we have judged it fitting
for them so stand in the last place or in a place apart
is that,
being seen by all,
they may amend for very shame.
For if they remain outside of the oratory,
there will perhaps be someone who will go back to bed and sleep
or at least seat himself outside and indulge in idle talk,
and thus an occasion will be provided for the evil one.
But let them go inside,
that they many not lose the whole Office,
and may amend for the future.

At the day Hours
anyone who does not arrive at the Work of God
until after the verse
and the "Glory be to the Father" for the first Psalm following it
shall stand in the last place,
according to our ruling above.
Nor shall he presume to join the choir in their chanting
until he has made satisfaction,
unless the Abbot should pardon him and give him permission;
but even then the offender must make satisfaction for his fault.

Anyone who does not come to table before the verse,
so that all together may say the verse and the oration
and all sit down to table at the same time--
anyone who
through his own carelessness or bad habit
does not come on time
shall be corrected for this up to the second time.
If then he does not amend,

he shall not be allowed to share in the common table,
but shall be separated from the company of all
and made to eat alone,
and his portion of wine shall be taken away from him,
until he has made satisfaction and has amended.
And let him suffer a like penalty who is not present
at the verse said after the meal.
But if anyone is offered something by the Superior
and refuses to take it,
then when the time comes
that he desires what he formerly refused
or something else,
let him receive nothing whatever
until he has made proper satisfaction.


## Chapter 37: On the Old and Children

Although human nature itself is drawn to special kindness
towards these times of life,
that is towards the old and children,
still the authority of the Rule should also provide for them.

Let their weakness be always taken into account,
and let them by no means be held to the rigor of the Rule
with regard to food.
On the contrary,
let a kind consideration be shown to them,
and let them eat before the regular hours.

## Chapter 38: On the Weekly Reader

The meals of the sisters should not be without reading.
Nor should the reader be
anyone who happens to take up the book;
but there should be a reader for the whole week,
entering that office on Sunday.
Let this incoming reader,
after Mass and Communion,
ask all to pray for her
that God may keep her from the spirit of pride
And let her intone the following verse,
which shall be said three times by all in the oratory:
"O Lord, open my lips,
and my mouth shall declare Your praise."

Then, having received a blessing,
let her enter on the reading.

And let absolute silence be kept at table,
so that no whispering may be heard
nor any voice except the reader's.
As to the things they need while they eat and drink,
let the sisters pass them to one another
so that no one need ask for anything.
If anything is needed, however,
let it be asked for by means of some audible sign
rather than by speech.
Nor shall anyone at table presume to ask questions
about the reading or anything else,
lest that give occasion for talking;
except that the Superior may perhaps wish
to say something briefly for the purpose of edification.

The sister who is reader for the week
shall take a little ablution before she begins to read,
on account of the Holy Communion
and lest perhaps the fast be hard for her to bear.
She shall take her meal afterwards
with the kitchen and table servers of the week.

The sisters are not to read or chant in order,
but only those who edify their hearers.


## Chapter 39: On the Measure of Food

We think it sufficient for the daily dinner,
whether at the sixth or the ninth hour,
that every table have two cooked dishes
on account of individual infirmities,
so that he who for some reason cannot eat of the one
may make his meal of the other
Therefore let two cooked dishes suffice for all the brethren;
and if any fruit or fresh vegetables are available,
let a third dish be added.

Let a good pound weight of bread suffice for the day,
whether there be only one meal or both dinner and supper.
If they are to have supper,

the cellarer shall reserve a third of that pound,
to be given them at supper.

But if it happens that the work was heavier,
it shall lie within the Abbot's discretion and power,
should it be expedient,
to add something to the fare.
Above all things, however,
over-indulgence must be avoided
and a monk must never be overtaken by indigestion;
for there is nothing so opposed to the Christian character
as over-indulgence
according to Our Lord's words,
"See to it that your hearts be not burdened
with over-indulgence" (Luke 21:34).

Young boys
shall not receive the same amount of food as their elders,
but less;
and frugality shall be observed in all circumstances.

Except the sick who are very weak,
let all abstain entirely
from eating the flesh of four-footed animals.


### Chapter 40: On the Measure of Drink

"Everyone has her own gift from God,
one in this way and another in that" (1 Cor. 7:7).
It is therefore with some misgiving
that we regulate the measure of others' sustenance.
Nevertheless, keeping in view the needs of the weak,
we believe that a *hemina* of wine a day is sufficient for each.
But those to whom God gives the strength to abstain
should know that they will receive a special reward.

If the circumstances of the place,
or the work
or the heat of summer
require a greater measure,
the superior shall use her judgment in the matter,
taking care always
that there be no occasion for surfeit or drunkenness.
We read

it is true,
that wine is by no means a drink for monastics;
but since the monastics of our day cannot be persuaded of this
let us at least agree to drink sparingly and not to satiety,
because "wine makes even the wise fall away" (Eccles. 19:2).

But where the circumstances of the place are such
that not even the measure prescribed above can be supplied,
but much less or none at all,
let those who live there bless God and not murmur.
Above all things do we give this admonition,
that they abstain from murmuring.

### Chapter 41: At What Hours the Meals Should Be Taken

From holy Easter until Pentecost
let the brothers take dinner at the sixth hour
and supper in the evening.

From Pentecost throughout the summer,
unless the monks have work in the fields
let them fast on Wednesdays and Fridays until the ninth hour;
on the other days let them dine at the sixth hour.
This dinner at the sixth hour shall be the daily schedule
if they have work in the fields
or the heat of summer is extreme;
the Abbot's foresight shall decide on this.

Thus it is that he should adapt and arrange everything
in such a way that souls may be saved
and that the brethren may do their work
without just cause for murmuring.

From the Ides of September until the beginning of Lent
let them always take their dinner at the ninth hour.

In Lent until Easter let them dine in the evening.
But this evening hour shall be so determined
that they will not need the light of a lamp while eating,
Indeed at all seasons
let the hour, whether for supper or for dinner, be so arranged
that everything will be done by daylight.

**Chapter 42: That No One Speak After Compline**

Monastics ought to be zealous for silence at all times,
but especially during the hours of the night.
For every season, therefore,
whether there be fasting or two meals,
let the program be as follows:

If it be a season when there are two meals,
then as soon as they have risen from supper
they shall all sit together,
and one of them shall read the *Conferences*
or the *Lives of the Fathers*
or something else that may edify the hearers;
not the Heptateuch or the Books of Kings, however,
because it will not be expedient for weak minds
to hear those parts of Scripture at that hour;
but they shall be read at other times.

If it be a day of fast,
then having allowed a short interval after Vespers
they shall proceed at once to the reading of the *Conferences*,
as prescribed above;
four or five pages being read, or as much as time permits,
so that during the delay provided by this reading
all may come together,
including those who may have been occupied
in some work assigned them.

When all, therefore, are gathered together,
let them say Compline;
and when they come out from Compline,
no one shall be allowed to say anything from that time on.
And if anyone should be found evading this rule of silence,
let her undergo severe punishment.
An exception shall be made
if the need of speaking to guests should arise
or if the Abbess should give someone an order.
But even this should be done with the utmost gravity
and the most becoming restraint.

**Chapter 43: On Those Who Come Late to the Work of God or to Table**

At the hour for the Divine Office,
as soon as the signal is heard,
let them abandon whatever they may have in hand
and hasten with the greatest speed,
yet with seriousness, so that there is no excuse for levity.
Let nothing, therefore, be put before the Work of God.

If at the Night Office
anyone arrives after the "Glory be to the Father" of Psalm 94--
which Psalm for this reason we wish to be said
very slowly and protractedly--
let him not stand in his usual place in the choir;
but let him stand last of all,
or in a place set aside by the Abbot for such negligent ones
in order that they may be seen by him and by all.
He shall remain there until the Work of God has been completed,
and then do penance by a public satisfaction.
the reason why we have judged it fitting
for them so to stand in the last place or in a place apart
is that,
being seen by all,
they may amend for very shame.
For if they remain outside of the oratory,
there will perhaps be someone who will go back to bed and sleep
or at least seat himself outside and indulge in idle talk,
and thus an occasion will be provided for the evil one.
But let them go inside,
that they many not lose the whole Office,
and may amend for the future.

At the day Hours
anyone who does not arrive at the Work of God
until after the verse
and the "Glory be to the Father" for the first Psalm following it
shall stand in the last place,
according to our ruling above.
Nor shall he presume to join the choir in their chanting
until he has made satisfaction,
unless the Abbot should pardon him and give him permission;
but even then the offender must make satisfaction for his fault.

Anyone who does not come to table before the verse,
so that all together may say the verse and the oration
and all sit down to table at the same time--
anyone who
through his own carelessness or bad habit

does not come on time
shall be corrected for this up to the second time.
If then he does not amend,
he shall not be allowed to share in the common table,
but shall be separated from the company of all
and made to eat alone,
and his portion of wine shall be taken away from him,
until he has made satisfaction and has amended.
And let him suffer a like penalty who is not present
at the verse said after the meal.
But if anyone is offered something by the Superior
and refuses to take it,
then when the time comes
that he desires what he formerly refused
or something else,
let him receive nothing whatever
until he has made proper satisfaction.


### Chapter 44: How the Excommunicated Are to Make Satisfaction

One who for serious faults is excommunicated
from oratory and table
shall make satisfaction as follows.
At the hour when the celebration of the Work of God is concluded
in the oratory,
let her lie prostrate before the door of the oratory,
saying nothing, but only lying prone with her face to the ground
at the feet of all as they come out of the oratory.
And let her continue to do this
until the Abbess judges that satisfaction has been made.
Then, when she has come at the Abbess's bidding,
let her cast herself first at the Abbess's feet
and then at the feet of all,
that they may pray for her.

And next, if the Abbess so orders,
let her be received into the choir,
to the place which the Abbess appoints,
but with the provision that she shall not presume
to intone Psalm or lesson or anything else in the oratory
without a further order from the Abbess.

Moreover, at every Hour,
when the Work of God is ended,

let her cast herself on the ground in the place where she stands.
And let her continue to satisfy in this way
until the Abbess again orders her finally to cease
from this satisfaction.

But those who for slight faults are excommunicated
only from table
shall make satisfaction in the oratory,
and continue in it till an order from the Abbess,
until she blesses them and says, "It is enough."

## Chapter 45: On Those Who Make Mistakes in the Oratory

When anyone has made a mistake
while reciting a Psalm, a responsory,
an antiphon or a lesson,
if he does not humble himself there before all
by making a satisfaction,
let him undergo a greater punishment
because he would not correct by humility
what he did wrong through carelessness.

But boys for such faults shall be whipped.

## Chapter 46: On Those Who Fail in Any Other Matters

When anyone is engaged in any sort of work,
whether in the kitchen, in the cellar, in a shop,
in the bakery, in the garden, while working at some craft,
or in any other place,
and she commits some fault,
or breaks something, or loses something,
or transgresses in any other way whatsoever,
if she does not come immediately
before the Abbess and the community
of her own accord
to make satisfaction and confess her fault,
then when it becomes known through another,
let her be subjected to a more severe correction.

But if the sin-sickness of the soul is a hidden one,
let her reveal it only to the Abbess or to a spiritual mother,

who knows how to cure her own and others' wounds
without exposing them and making them public.

## Chapter 47: On Giving the Signal for the Time of the Work of God

The indicating of the hour for the Work of God
by day and by night
shall devolve upon the Abbot
either to give the signal himself
or to assign this duty to such a careful brother
that everything will take place at the proper hours.

Let the Psalms and the antiphons be intoned
by those who are appointed for it,
in their order after the Abbot.
And no one shall presume to sing or read
unless he can fulfill that office
in such a way as to edify the hearers.
Let this function be performed
with humility, gravity and reverence,
and by him whom the Abbot has appointed.

## Chapter 48: On the Daily Manual Labor

Idleness is the enemy of the soul.
Therefore the sisters should be occupied
at certain times in manual labor,
and again at fixed hours in sacred reading.
To that end
we think that the times for each may be prescribed as follows.

From Easter until the Calends of October,
when they come out from Prime in the morning
let them labor at whatever is necessary
until about the fourth hour,
and from the fourth hour until about the sixth
let them apply themselves to reading.
After the sixth hour,
having left the table,
let them rest on their beds in perfect silence;
or if anyone may perhaps want to read,
let her read to herself

in such a way as not to disturb anyone else.
Let None be said rather early,
at the middle of the eighth hour,
and let them again do what work has to be done until Vespers.

And if the circumstances of the place or their poverty
should require that they themselves
do the work of gathering the harvest,
let them not be discontented;
for then are they truly monastics
when they live by the labor of their hands,
as did our Fathers and the Apostles.
Let all things be done with moderation, however,
for the sake of the faint-hearted.

From the Calends of October until the beginning of Lent,
let them apply themselves to reading
up to the end of the second hour.

At the second hour let Terce be said,
and then let all labor at the work assigned them until None.
At the first signal for the Hour of None
let everyone break off from her work,
and hold herself ready for the sounding of the second signal.
After the meal
let them apply themselves to their reading or to the Psalms.

On the days of Lent,
from morning until the end of the third hour
let them apply themselves to their reading,
and from then until the end of the tenth hour
let them do the work assigned them.
And in these days of Lent
they shall each receive a book from the library,
which they shall read straight through from the beginning.
These books are to be given out at the beginning of Lent.

But certainly one or two of the seniors should be deputed
to go about the monastery
at the hours when the sisters are occupied in reading
and see that there be no lazy sister
who spends her time in idleness or gossip
and does not apply herself to the reading,
so that she is not only unprofitable to herself
but also distracts others.
If such a one be found (which God forbid),

let her be corrected once and a second time;
if she does not amend,
let her undergo the punishment of the Rule
in such a way that the rest may take warning.

Moreover, one sister shall not associate with another
at inappropriate times.

On Sundays, let all occupy themselves in reading,
except those who have been appointed to various duties.
But if anyone should be so negligent and shiftless
that she will not or cannot study or read,
let her be given some work to do
so that she will not be idle.

Weak or sickly sisters should be assigned a task or craft
of such a nature as to keep them from idleness
and at the same time not to overburden them or drive them away
with excessive toil.
Their weakness must be taken into consideration by the Abbess.


## Chapter 49: On the Observance of Lent

Although the life of a monk
ought to have about it at all times
the character of a Lenten observance,
yet since few have the virtue for that,
we therefore urge that during the actual days of Lent
the brethren keep their lives most pure
and at the same time wash away during these holy days
all the negligences of other times.
And this will be worthily done
if we restrain ourselves from all vices
and give ourselves up to prayer with tears,
to reading, to compunction of heart and to abstinence.

During these days, therefore,
let us increase somewhat the usual burden of our service,
as by private prayers and by abstinence in food and drink.
Thus everyone of his own will may offer God
"with joy of the Holy Spirit" (1 Thess. 1:6)
something above the measure required of him.
From his body, that is
he may withhold some food, drink, sleep, talking and jesting;

and with the joy of spiritual desire
he may look forward to holy Easter.

Let each one, however, suggest to his Abbot
what it is that he wants to offer,
and let it be done with his blessing and approval.
For anything done without the permission of the spiritual father
will be imputed to presumption and vainglory
and will merit no reward.
Therefore let everything be done with the Abbot's approval.

## Chapter 50: On Sisters Who are Working Far From the Oratory or Are on a Journey

Those sisters who are working at a great distance
and cannot get to the oratory at the proper time --
the Abbess judging that such is the case --
shall perform the Work of God
in the place where they are working,
bending their knees in reverence before God.

Likewise those who have been sent on a journey
shall not let the appointed Hours pass by,
but shall say the Office by themselves as well as they can
and not neglect to render the task of their service.

## Chapter 51: On Brethren Who Go Not Very Far Away

A Brother who is sent out on some business
and is expected to return to the monastery that same day
shall not presume to eat while he is out,
even if he is urgently requested to do so
by any person whomsoever,
unless he has permission from his Abbot.
And if he acts otherwise, let him be excommunicated.

## Chapter 52: On the Oratory of the Monastery

Let the oratory be what it is called, a place of prayer;
and let nothing else be done there or kept there.

When the Work of God is ended,
let all go out in perfect silence,
and let reverence for God be observed,
so that any sister who may wish to pray privately
will not be hindered by another's misconduct.
And at other times also,
if anyone should want to pray by herself,
let her go in simply and pray,
not in a loud voice but with tears and fervor of heart.
She who does not say her prayers in this way, therefore,
shall not be permitted to remain in the oratory
when the Work of God is ended,
lest another be hindered, as we have said.

## Chapter 53: On the Reception of Guests

Let all guests who arrive be received like Christ,
for He is going to say,
"I came as a guest, and you received Me" (Matt. 25:35).
And to all let due honor be shown,
especially to the domestics of the faith and to pilgrims.

As soon as a guest is announced, therefore,
let the Superior or the brethren meet him
with all charitable service.
And first of all let them pray together,
and then exchange the kiss of peace.
For the kiss of peace should not be offered
until after the prayers have been said,
on account of the devil's deceptions.

In the salutation of all guests, whether arriving or departing,
let all humility be shown.
Let the head be bowed
or the whole body prostrated on the ground
in adoration of Christ, who indeed is received in their persons.

After the guests have been received and taken to prayer,
let the Superior or someone appointed by him sit with them.
Let the divine law be read before the guest for his edification,
and then let all kindness be shown him.
The Superior shall break his fast for the sake of a guest,
unless it happens to be a principal fast day
which may not be violated.

The brethren, however, shall observe the customary fasts.
Let the Abbot give the guests water for their hands;
and let both Abbot and community wash the feet of all guests.
After the washing of the feet let them say this verse:
"We have received Your mercy, O God,
in the midst of Your temple" (Ps.47[48]:10).

In the reception of the poor and of pilgrims
the greatest care and solicitude should be shown,
because it is especially in them that Christ is received;
for as far as the rich are concerned,
the very fear which they inspire
wins respect for them.

Let there be a separate kitchen for the Abbot and guests,
that the brethren may not be disturbed when guests,
who are never lacking in a monastery,
arrive at irregular hours.
Let two brethren capable of filling the office well
be appointed for a year to have charge of this kitchen.
Let them be given such help as they need,
that they may serve without murmuring.
And on the other hand,
when they have less to occupy them,
let them go out to whatever work is assigned them.

And not only in their case
but in all the offices of the monastery
let this arrangement be observed,
that when help is needed it be supplied,
and again when the workers are unoccupied
they do whatever they are bidden.

The guest house also shall be assigned to a brother
whose soul is possessed by the fear of God.
Let there be a sufficient number of beds made up in it;
and let the house of God be managed by prudent men
and in a prudent manner.

On no account shall anyone who is not so ordered
associate or converse with guests.
But if he should meet them or see them,
let him greet them humbly, as we have said,
ask their blessing and pass on,
saying that he is not allowed to converse with a guest.

## Chapter 54: Whether a Monastic Should Receive Letters or Anything Else

On no account shall a monastic be allowed
to receive letters, blessed tokens or any little gift whatsoever
from parents or anyone else,
or from her sisters,
or to give the same,
without the Abbess's permission.
But if anything is sent her even by her parents,
let her not presume to take it
before it has been shown to the Abbess.
And it shall be in the Abbess's power to decide
to whom it shall be given,
if she allows it to be received;
and the sister to whom it was sent should not be grieved,
lest occasion be given to the devil.

Should anyone presume to act otherwise,
let her undergo the discipline of the Rule.

## Chapter 55: On the Clothes and Shoes of the Brethren

Let clothing be given to the brethren
according to the nature of the place in which they dwell
and its climate;
for in cold regions more will be needed,
and in warm regions less.
This is to be taken into consideration, therefore, by the Abbot.

We believe, however, that in ordinary places
the following dress is sufficient for each monk:
a tunic,
a cowl (thick and woolly for winter, thin or worn for summer),
a scapular for work,
stockings and shoes to cover the feet.

The monks should not complain
about the color or the coarseness of any of these things,
but be content with what can be found
in the district where they live and
can be purchased cheaply.

The Abbot shall see to the size of the garments,
that they be not too short for those who wear them,
but of the proper fit.

Let those who receive new clothes
always give back the old ones at once,
to be put away in the wardrobe for the poor.
For it is sufficient if a monk has two tunics and two cowls,
to allow for night wear and for the washing of these garments;
more than that is superfluity and should be taken away.
Let them return their stockings also and anything else that is old
when they receive new ones.

Those who are sent on a journey
shall receive drawers from the wardrobe,
which they shall wash and restore on their return.
And let their cowls and tunics be somewhat better
than what they usually wear.
These they shall receive from the wardrobe
when they set out on a journey,
and restore when they return.

For bedding let this suffice:
a mattress, a blanket, a coverlet and a pillow.

The beds, moreover, are to be examined frequently by the Abbot,
to see if any private property be found in them.
If anyone should be found to have something
that he did not receive from the Abbot,
let him undergo the most severe discipline.

And in order that this vice of private ownership
may be cut out by the roots,
the Abbot should provide all the necessary articles:
cowl, tunic, stockings, shoes, belt,
knife, stylus, needle, handkerchief, writing tablets;
that all pretext of need may be taken away.
Yet the Abbot should always keep in mind
the sentence from the Acts of the Apostles
that "distribution was made to each according as anyone had need" (Acts 4:35).
In this manner, therefore,
let the Abbot consider weaknesses of the needy
and not the ill-will of the envious.
But in all his decisions
let him think about the retribution of God.

**Chapter 56: On the Abbess's Table**

Let the Abbess's table always be with the guests
and the pilgrims. But when there are no guests,
let it be in her power to invite whom she will of the sisters.
Yet one or two seniors must always be left with the others
for the sake of discipline.

**Chapter 57: On the Artisans of the Monastery**

If there are artisans in the monastery,
let them practice their crafts with all humility,
provided the Abbot has given permission.
But if any one of them becomes conceited
over his skill in his craft,
because he seems to be conferring a benefit on the monastery,
let him be taken from his craft
and no longer exercise it unless,
after he has humbled himself,
the Abbot again gives him permission.

If any of the work of the craftsmen is to be sold,
those responsible for the sale
must not dare to practice any fraud.
Let them always remember Ananias and Saphira,
who incurred bodily death (Acts 5:1-11),
lest they and all who perpetrate fraud
in monastery affairs
suffer spiritual death.
And in the prices let not the sin of avarice creep in,
but let the goods always be sold a little cheaper
than they can be sold by people in the world,
"that in all things God may be glorified" (1 Peter 4:11).

**Chapter 50: On Sisters Who are Working Far From the Oratory or Are on a Journey**

Apr. 1 - Aug. 1 - Dec. 1

Those sisters who are working at a great distance
and cannot get to the oratory at the proper time --
the Abbess judging that such is the case --
shall perform the Work of God
in the place where they are working,
bending their knees in reverence before God.

Likewise those who have been sent on a journey
shall not let the appointed Hours pass by,
but shall say the Office by themselves as well as they can
and not neglect to render the task of their service.

### Chapter 51: On Brethren Who Go Not Very Far Away

A Brother who is sent out on some business
and is expected to return to the monastery that same day
shall not presume to eat while he is out,
even if he is urgently requested to do so
by any person whomsoever,
unless he has permission from his Abbot.
And if he acts otherwise, let him be excommunicated.

### Chapter 52: On the Oratory of the Monastery

Let the oratory be what it is called, a place of prayer;
and let nothing else be done there or kept there.
When the Work of God is ended,
let all go out in perfect silence,
and let reverence for God be observed,
so that any sister who may wish to pray privately
will not be hindered by another's misconduct.
And at other times also,
if anyone should want to pray by herself,
let her go in simply and pray,
not in a loud voice but with tears and fervor of heart.
She who does not say her prayers in this way, therefore,
shall not be permitted to remain in the oratory
when the Work of God is ended,
lest another be hindered, as we have said.

## Chapter 53: On the Reception of Guests

Let all guests who arrive be received like Christ,
for He is going to say,
"I came as a guest, and you received Me" (Matt. 25:35).
And to all let due honor be shown,
especially to the domestics of the faith and to pilgrims.

As soon as a guest is announced, therefore,
let the Superior or the brethren meet him
with all charitable service.
And first of all let them pray together,
and then exchange the kiss of peace.
For the kiss of peace should not be offered
until after the prayers have been said,
on account of the devil's deceptions.

In the salutation of all guests, whether arriving or departing,
let all humility be shown.
Let the head be bowed
or the whole body prostrated on the ground
in adoration of Christ, who indeed is received in their persons.

After the guests have been received and taken to prayer,
let the Superior or someone appointed by him sit with them.
Let the divine law be read before the guest for his edification,
and then let all kindness be shown him.
The Superior shall break his fast for the sake of a guest,
unless it happens to be a principal fast day
which may not be violated.
The brethren, however, shall observe the customary fasts.
Let the Abbot give the guests water for their hands;
and let both Abbot and community wash the feet of all guests.
After the washing of the feet let them say this verse:
"We have received Your mercy, O God,
in the midst of Your temple" (Ps.47[48]:10).

In the reception of the poor and of pilgrims
the greatest care and solicitude should be shown,
because it is especially in them that Christ is received;
for as far as the rich are concerned,
the very fear which they inspire
wins respect for them.

Let there be a separate kitchen for the Abbot and guests,
that the brethren may not be disturbed when guests,

who are never lacking in a monastery,
arrive at irregular hours.
Let two brethren capable of filling the office well
be appointed for a year to have charge of this kitchen.
Let them be given such help as they need,
that they may serve without murmuring.
And on the other hand,
when they have less to occupy them,
let them go out to whatever work is assigned them.

And not only in their case
but in all the offices of the monastery
let this arrangement be observed,
that when help is needed it be supplied,
and again when the workers are unoccupied
they do whatever they are bidden.

The guest house also shall be assigned to a brother
whose soul is possessed by the fear of God.
Let there be a sufficient number of beds made up in it;
and let the house of God be managed by prudent men
and in a prudent manner.

On no account shall anyone who is not so ordered
associate or converse with guests.
But if he should meet them or see them,
let him greet them humbly, as we have said,
ask their blessing and pass on,
saying that he is not allowed to converse with a guest.


**Chapter 54: Whether a Monastic Should Receive Letters or Anything Else**

On no account shall a monastic be allowed
to receive letters, blessed tokens or any little gift whatsoever
from parents or anyone else,
or from her sisters,
or to give the same,
without the Abbess's permission.
But if anything is sent her even by her parents,
let her not presume to take it
before it has been shown to the Abbess.
And it shall be in the Abbess's power to decide
to whom it shall be given,
if she allows it to be received;

and the sister to whom it was sent should not be grieved,
lest occasion be given to the devil.

Should anyone presume to act otherwise,
let her undergo the discipline of the Rule.

### Chapter 55: On the Clothes and Shoes of the Brethren

Let clothing be given to the brethren
according to the nature of the place in which they dwell
and its climate;
for in cold regions more will be needed,
and in warm regions less.
This is to be taken into consideration, therefore, by the Abbot.

We believe, however, that in ordinary places
the following dress is sufficient for each monk:
a tunic,
a cowl (thick and woolly for winter, thin or worn for summer),
a scapular for work,
stockings and shoes to cover the feet.

The monks should not complain
about the color or the coarseness of any of these things,
but be content with what can be found
in the district where they live and
can be purchased cheaply.

The Abbot shall see to the size of the garments,
that they be not too short for those who wear them,
but of the proper fit.

Let those who receive new clothes
always give back the old ones at once,
to be put away in the wardrobe for the poor.
For it is sufficient if a monk has two tunics and two cowls,
to allow for night wear and for the washing of these garments;
more than that is superfluity and should be taken away.
Let them return their stockings also and anything else that is old
when they receive new ones.

Those who are sent on a journey
shall receive drawers from the wardrobe,
which they shall wash and restore on their return.

And let their cowls and tunics be somewhat better
than what they usually wear.
These they shall receive from the wardrobe
when they set out on a journey,
and restore when they return.

For bedding let this suffice:
a mattress, a blanket, a coverlet and a pillow.

The beds, moreover, are to be examined frequently by the Abbot,
to see if any private property be found in them.
If anyone should be found to have something
that he did not receive from the Abbot,
let him undergo the most severe discipline.

And in order that this vice of private ownership
may be cut out by the roots,
the Abbot should provide all the necessary articles:
cowl, tunic, stockings, shoes, belt,
knife, stylus, needle, handkerchief, writing tablets;
that all pretext of need may be taken away.
Yet the Abbot should always keep in mind
the sentence from the Acts of the Apostles
that "distribution was made to each according as anyone had need" (Acts 4:35).
In this manner, therefore,
let the Abbot consider weaknesses of the needy
and not the ill-will of the envious.
But in all his decisions
let him think about the retribution of God.

## Chapter 56: On the Abbess's Table

Let the Abbess's table always be with the guests
and the pilgrims. But when there are no guests,
let it be in her power to invite whom she will of the sisters.
Yet one or two seniors must always be left with the others
for the sake of discipline.

## Chapter 57: On the Artisans of the Monastery

If there are artisans in the monastery,
let them practice their crafts with all humility,

provided the Abbot has given permission.
But if any one of them becomes conceited
over his skill in his craft,
because he seems to be conferring a benefit on the monastery,
let him be taken from his craft
and no longer exercise it unless,
after he has humbled himself,
the Abbot again gives him permission.

If any of the work of the craftsmen is to be sold,
those responsible for the sale
must not dare to practice any fraud.
Let them always remember Ananias and Saphira,
who incurred bodily death (Acts 5:1-11),
lest they and all who perpetrate fraud
in monastery affairs
suffer spiritual death.
And in the prices let not the sin of avarice creep in,
but let the goods always be sold a little cheaper
than they can be sold by people in the world,
"that in all things God may be glorified" (1 Peter 4:11).

## Chapter 58: On the Manner of Receiving Sisters

When anyone is newly come for the reformation of her life,
let her not be granted an easy entrance;
but, as the Apostle says,
"Test the spirits to see whether they are from God."
If the newcomer, therefore, perseveres in her knocking,
and if it is seen after four or five days
that she bears patiently the harsh treatment offered her
and the difficulty of admission,
and that she persists in her petition,
then let entrance be granted her,
and let her stay in the guest house for a few days.

After that let her live in the novitiate,
where the novices study, eat and sleep.
A senior shall be assigned to them who is skilled in winning souls,
to watch over them with the utmost care.
Let her examine whether the novice is truly seeking God,
and whether she is zealous
for the Work of God, for obedience and for trials.

Let the novice be told all the hard and rugged ways
by which the journey to God is made.

If she promises stability and perseverance,
then at the end of two months
let this rule be read through to her,
and let her be addressed thus:
"Here is the law under which you wish to fight.
If you can observe it, enter;
if you cannot, you are free to depart."
If she still stands firm,
let her be taken to the above-mentioned novitiate
and again tested in all patience.
And after the lapse of six months let the Rule be read to her,
that she may know on what she is entering.
And if she still remains firm,
after four months let the same Rule be read to her again.

Then, having deliberated with herself,
if she promises to keep it in its entirety
and to observe everything that is commanded,
let her be received into the community.
But let her understand that,
according to the law of the Rule,
from that day forward she may not leave the monastery
nor withdraw her neck from under the yoke of the Rule
which she was free to refuse or to accept
during that prolonged deliberation.

When she is to be received
she promises before all in the oratory
stability,
fidelity to monastic life
and obedience.
This promise she shall make before God and His Saints,
so that if she should ever act otherwise,
she may know that she will be condemned by Him whom she mocks.
Of this promise of hers let her draw up a document
in the name of the Saints whose relics are there
and of the Abbess who is present.
Let her write this document with her own hand;
or if she is illiterate, let another write it at her request,
and let the novice put her mark to it.
Then let her place it with her own hand upon the altar;
and when she has placed it there,
let the novice at once intone this verse:

"Receive me, O Lord, according to Your word, and I shall live:
and let me not be confounded in my hope" (Ps. 118[119]:116).
Let the whole community answer this verse three times
and add the "Glory be to the Father."
Then let the novice prostrate herself at each one's feet,
that they may pray for her.
And from that day forward
let her be counted as one of the community.

If she has any property,
let her either give it beforehand to the poor
or by solemn donation bestow it on the monastery,
reserving nothing at all for herself,
as indeed she knows that from that day forward
she will no longer have power even over her own body.
At once, therefore, in the oratory,
let her be divested of her own clothes which she is wearing
and dressed in the clothes of the monastery.
But let the clothes of which she was divested
be put aside in the wardrobe and kept there.
Then if she should ever listen to the persuasions of the devil
and decide to leave the monastery (which God forbid),
she may be divested of the monastic clothes and cast out.
Her document, however,
which the Abbess has taken from the altar,
shall not be returned to her, but shall be kept in the monastery.


## Chapter 59: On the Sons of Nobles and of the Poor Who Are Offered

If anyone of the nobility
offers his son to God in the monastery
and the boy is very young,
let his parents draw up the document which we mentioned above;
and at the oblation
let them wrap the document itself and the boy's hand in the altar cloth.
That is how they offer him.

As regards their property,
they shall promise in the same petition under oath
that they will never of themselves, or through an intermediary,
or in any way whatever,
give him anything
or provide him with the opportunity of owning anything.
Or else,

if they are unwilling to do this,
and if they want to offer something as an alms to the monastery
for their advantage,
let them make a donation
of the property they wish to give to the monastery,
reserving the income to themselves if they wish.
And in this way let everything be barred,
so that the boy may have no expectations
whereby (which God forbid) he might be deceived and ruined,
as we have learned by experience.

Let those who are less well-to-do make a similar offering.
But those who have nothing at all
shall simply draw up the document
and offer their son before witnesses at the oblation.

## Chapter 60: On Priests Who May Wish to Live in the Monastery

If any ordained priest
should ask to be received into the monastery,
permission shall not be granted too readily.
But if he is quite persistent in his request,
let him know
that he will have to observe the whole discipline of the Rule
and that nothing will be relaxed in his favor,
that it may be as it is written:
"Friend, for what have you come (Matt. 26:50)?"

It shall be granted him, however, to stand next after the Abbot
and to give blessings and to celebrate Mass,
but only by order of the Abbot.
Without such order let him not make any exceptions for himself,
knowing that he is subject to the discipline of the Rule;
but rather let him give an example of humility to all.

If there happens to be question of an appointment
or of some business in the monastery,
let him expect the rank due him
according to the date of his entrance into the monastery,
and not the place granted him
out of reverence for the priesthood.

If any clerics, moved by the same desire,
should wish to join the monastery,

let them be placed in a middle rank.
But they too are to be admitted only if they promise
observance of the Rule and stability.


## Chapter 61: How Pilgrim Monks Are To Be Received

If a pilgrim monastic coming from a distant region
wants to live as a guest of the monastery,
let her be received for as long a time as she desires,
provided she is content
with the customs of the place as she finds them
and does not disturb the monastery by superfluous demands,
but is simply content with what she finds.
If, however, she censures or points out anything reasonably
and with the humility of charity,
let the Abbess consider prudently
whether perhaps it was for that very purpose
that the Lord sent her.

If afterwards she should want to bind herself to stability,
her wish should not be denied her,
especially since there has been opportunity
during her stay as a guest
to discover her character.


But if as a guest she was found exacting or prone to vice,
not only should she be denied membership in the community,
but she should even be politely requested to leave,
lest others be corrupted by her evil life.

If, however, she has not proved to be the kind
who deserves to be put out,
she should not only on her own application be received
as a member of the community,
but she should even be persuaded to stay,
that the others may be instructed by her example,
and because in every place it is the same Lord who is served,
the same King for whom the battle is fought.

Moreover, if the Abbess perceives that she is worthy,
she may put her in a somewhat higher rank.
[And not only with regard to a nun

but also with regard to those in priestly or clerical orders
previously mentioned,]*
the Abbess may establish them in a higher rank
than would be theirs by date of entrance
if she perceives that their life is deserving.

Let the Abbess take care, however,
never to receive a nun from another known monastery
as a member of her community
without the consent of her Abbess or a letter of recommendation;
for it is written,
"Do not to another what you would not want done to yourself" (Tob. 4:16).

*[Applicable only to women of some contemporary monastic communities in the
Anglican Communion.]


## Chapter 62: On the Priests of the Monastery

If an Abbot desire
to have a priest or a deacon ordained for his monastery,
let him choose one
who is worthy to exercise the priestly office.

But let the one who is ordained
beware of self-exaltation or pride;
and let him not presume to do anything
except what is commanded him by the Abbot,
knowing that he is so much the more subject
to the discipline of the Rule.
Nor should he by reason of his priesthood forget
the obedience and the discipline required by the Rule,
but make ever more and more progress towards God.

Let him always keep the place which he received
on entering the monastery,
except in his duties at the altar
or in case the choice of the community and the will of the Abbot
should promote him for the worthiness of his life.
Yet he must understand
that he is to observe the rules laid down by deans and Priors.

Should he presume to act otherwise,
let him be judged not as a priest but as a rebel.
And if he does not reform after repeated admonitions,

let even the Bishop be brought in as a witness.
If then he still fails to amend,
and his offenses are notorious,
let him be put out of the monastery,
but only if his contumacy is such
that he refuses to submit or to obey the Rule.

### Chapter 63: On the Order of the Community

Let all keep their places in the monastery
established by the time of their entrance,
the merit of their lives and the decision of the Abbot.
Yet the Abbot must not disturb the flock committed to him,
nor by an arbitrary use of his power ordain anything unjustly;
but let him always think
of the account he will have to render to God
for all his decisions and his deeds.

Therefore in that order which he has established
or which they already had,
let the brethren approach to receive the kiss of peace and Communion,
intone the Psalms and stand in choir.
And in no place whatever should age decide the order
or be prejudicial to it;
for Samuel and Daniel as mere boys judged priests.

Except for those already mentioned, therefore,
whom the Abbot has promoted by a special decision
or demoted for definite reasons,
all the rest shall take their order
according to the time of their entrance.
Thus, for example,
he who came to the monastery at the second hour of the day,
whatever be his age or his dignity,
must know that he is junior
to one who came at the first hour of the day.
Boys, however, are to be kept under discipline
in all matters and by everyone.

The juniors, therefore, should honor their seniors,
and the seniors love their juniors.

In the very manner of address,
let no one call another by the mere name;

but let the seniors call their juniors Brothers,
and the juniors call their seniors Fathers,
by which is conveyed the reverence due to a father.
But the Abbot,
since he is believed to represent Christ,
shall be called Lord and Abbot,
not for any pretensions of his own
but out of honor and love for Christ.
Let the Abbot himself reflect on this,
and show himself worthy of such an honor.

And wherever the brethren meet one another
the junior shall ask the senior for his blessing.
When a senior passes by,
a junior shall rise and give him a place to sit,
nor shall the junior presume to sit with him
unless his senior bid him,
that it may be as was written,
"In honor anticipating one another."

Boys, both small and adolescent,
shall keep strictly to their rank in oratory and at table.
But outside of that, wherever they may be,
let them be under supervision and discipline,
until they come to the age of discretion.

### Chapter 64 On Constituting an Abbess

In the constituting of an Abbess
let this plan always be followed,
that the office be conferred on the one who is chosen
either by the whole community unanimously in the fear of God
or else by a part of the community, however small,
if its counsel is more wholesome.

Merit of life and wisdom of doctrine
should determine the choice of the one to be constituted,
even if she be the last of the order of the community.

But if (which God forbid)
the whole community should agree to choose a person
who will acquiesce in their vices,
and if those vices somehow become known to the Bishop
to whose diocese the place belongs,

or to the Abbots, Abbesses or the faithful of the vicinity,
let them prevent the success of this conspiracy of the wicked,
and set a worthy steward over the house of God.
They may be sure
that they will receive a good reward for this action
if they do it with a pure intention and out of zeal for God;
as, on the contrary, they will sin if they fail to do it.

Once she has been constituted,
let the Abbess always bear in mind
what a burden she has undertaken
and to whom she will have to give an account of her stewardship,
and let her know that her duty is rather to profit her sisters
than to preside over them.
She must therefore be learned in the divine law,
that she may have a treasure of knowledge
from which to bring forth new things and old.
She must be chaste, sober and merciful.
Let her exalt mercy above judgment,
that she herself may obtain mercy.
She should hate vices;
she should love the sisterhood.

In administering correction
she should act prudently and not go to excess,
lest in seeking too eagerly to scrape off the rust
she break the vessel.
Let her keep her own frailty ever before her eyes
and remember that the bruised reed must not be broken.
By this we do not mean that she should allow vices to grow;
on the contrary, as we have already said,
she should eradicate them prudently and with charity,
in the way which may seem best in each case.
Let her study rather to be loved than to be feared.

Let her not be excitable and worried,
nor exacting and headstrong,
nor jealous and over-suspicious;
for then she is never at rest.

In her commands let her be prudent and considerate;
and whether the work which she enjoins
concerns God or the world,
let her be discreet and moderate,
bearing in mind the discretion of holy Jacob, who said,
"If I cause my flocks to be overdriven,

they will all die in one day."
Taking this, then, and other examples of discretion,
the mother of virtues,
let her so temper all things
that the strong may have something to strive after,
and the weak may not fall back in dismay.

And especially let her keep this Rule in all its details,
so that after a good ministry
she may hear from the Lord what the good servant heard
who gave the fellow-servants wheat in due season:
"Indeed, I tell you, he will set that one over all his goods" (Matt. 24:27).

## Chapter 65: On the Prior of the Monastery

It happens all too often that the constituting of a Prior
gives rise to grave scandals in monasteries.
For there are some who become inflated with the evil spirit of pride
and consider themselves second Abbots.
By usurping power
they foster scandals and cause dissensions in the community.
Especially does this happen
in those places where the Prior is constituted
by the same Bishop or the same Abbots
who constitute the Abbot himself.
What an absurd procedure this is
can easily be seen;
for it gives the Prior an occasion for becoming proud
from the very time of his constitution,
by putting the thought into his mind
that he is freed from the authority of his Abbot:
"For," he will say to himself, "you were constituted
by the same persons who constitute the Abbot."
From this source are stirred up envy, quarrels, detraction,
rivalry, dissensions and disorders.
For while the Abbot and the Prior are at variance,
their souls cannot but be endangered by this dissension;
and those who are under them,
currying favor with one side or the other,
go to ruin.
The guilt for this dangerous state of affairs

rests on the heads of those
whose action brought about such disorder.

To us, therefore, it seems expedient
for the preservation of peace and charity
that the Abbot have in his hands
the full administration of his monastery.
And if possible let all the affairs of the monastery,
as we have already arranged,
be administered by deans according to the Abbot's directions.
Thus, with the duties being shared by several,
no one person will become proud.

But if the circumstances of the place require it,
or if the community asks for it with reason and with humility,
and the Abbot judges it to be expedient,
let the Abbot himself constitute as his Prior
whomsoever he shall choose
with the counsel of God-fearing brethren.

That Prior, however, shall perform respectfully
the duties enjoined on him by his Abbot
and do nothing against the Abbot's will or direction;
for the more he is raised above the rest,
the more carefully should he observe the precepts of the Rule.

If it should be found that the Prior has serious faults,
or that he is deceived by his exaltation and yields to pride,
or if he should be proved to be a despiser of the Holy Rule,
let him be admonished verbally up to four times.
If he fails to amend,
let the correction of regular discipline be applied to him.
But if even then he does not reform,
let him be deposed from the office of Prior
and another be appointed in his place who is worthy of it.
And if afterwards he is not quiet and obedient in the community,
let him even be expelled from the monastery.
But the Abbot, for his part, should bear in mind
that he will have to render an account to God
for all his judgments,
lest the flame of envy or jealousy be kindled in his soul.


**Chapter 66: On the Porters of the Monastery**

At the gate of the monastery
let there be placed a wise old woman,
who knows how to receive and to give a message,
and whose maturity will prevent her from straying about.
This porter should have a room near the gate,
so that those who come may always find someone at hand
to attend to their business.
And as soon as anyone knocks or a poor person hails her,
let her answer "Thanks be to God" or "A blessing!"
Then let her attend to them promptly,
with all the meekness inspired by the fear of God
and with the warmth of charity.

Should the porter need help,
let her have one of the younger sisters.

If it can be done,
the monastery should be so established
that all the necessary things,
such as water, mill, garden and various workshops,
may be within the enclosure,
so that there is no necessity
for the sisters to go about outside of it,
since that is not at all profitable for their souls.

We desire that this Rule be read often in the community,
so that none of the sisters may excuse herself
on the ground of ignorance.


**Chapter 67: On Brethren Who Are Sent on a Journey**

Let the brethren who are sent on a journey
commend themselves
to the prayers of all the brethren and of the Abbot;
and always at the last prayer of the Work of God
let a commemoration be made of all absent brethren.

When brethren return from a journey,
at the end of each canonical Hour of the Work of God
on the day they return,
let them lie prostrate on the floor of the oratory
and beg the prayers of all
on account of any faults
that may have surprised them on the road,

through the seeing or hearing of something evil,
or through idle talk.
And let no one presume to tell another
whatever he may have seen or heard outside of the monastery,
because this causes very great harm.
But if anyone presumes to do so,
let him undergo the punishment of the Rule.
And let him be punished likewise who would presume
to leave the enclosure of the monastery
and go anywhere or do anything, however small,
without an order from the Abbot.


### Chapter 68: If a Sister Is Commanded to Do Impossible Things

If it happens
that difficult or impossible tasks are laid on a sister,
let her nevertheless receive the order of the one in authority
with all meekness and obedience.
But if she sees that the weight of the burden
altogether exceeds the limit of her strength,
let her submit the reasons for her inability
to the one who is over her
in a quiet way and at an opportune time,
without pride, resistance, or contradiction.
And if after these representations
the Superior still persists in her decision and command,
let the subject know that this is for her good,
and let her obey out of love,
trusting in the help of God.


### Chapter 69: That the Monks Presume Not to Defend One Another

Care must be taken that no monk presume on any ground
to defend another monk in the monastery,
or as it were to take him under his protection,
even though they be united by some tie of blood-relationship.
Let not the monks dare to do this in any way whatsoever,
because it may give rise to most serious scandals.
But if anyone breaks this rule,
let him be severely punished.

**Chapter 70: That No One Venture to Punish at Random**

Every occasion of presumption
shall be avoided in the monastery,
and we decree that no one be allowed
to excommunicate or to strike any of her sisters
unless the Abbess has given her the authority.
Those who offend in this matter
shall be rebuked in the presence of all,
that the rest may have fear.

But children up to 15 years of age
shall be carefully controlled and watched by all,
yet this too with all moderation and discretion.
All, therefore, who presume
without the Abbess' instructions
to punish those above that age
or who lose their temper with them,
shall undergo the discipline of the Rule;
for it is written,
"Do not to another what you would not want done to yourself" (Tobias 4:16).

**Chapter 71: That the Brethren Be Obedient to One Another**

Not only is the boon of obedience
to be shown by all to the Abbot,
but the brethren are also to obey one another,
knowing that by this road of obedience they are going to God.
Giving priority, therefore, to the commands of the Abbot
and of the Superior appointed by him
(to which we allow no private orders to be preferred),
for the rest
let all the juniors obey their seniors
with all charity and solicitude.
But if anyone is found contentious,
let him be corrected.

And if any brother,
for however small a cause,
is corrected in any way by the Abbot or by any of his Superiors,
or if he faintly perceives
that the mind of any Superior is angered or moved against him,
however little,
let him at once, without delay,

prostrate himself on the ground at his feet
and lie there making satisfaction
until that emotion is quieted with a blessing.
But if anyone should disdain to do this,
let him undergo corporal punishment
or, if he is stubborn, let him be expelled from the monastery.


## Chapter 72: On the Good Zeal Which They Ought to Have

Just as there is an evil zeal of bitterness
which separates from God and leads to hell,
so there is a good zeal
which separates from vices and leads to God
and to life everlasting.
This zeal, therefore, the sisters should practice
with the most fervent love.
Thus they should anticipate one another in honor (Rom. 12:10);
most patiently endure one another's infirmities,
whether of body or of character;
vie in paying obedience one to another --
no one following what she considers useful for herself,
but rather what benefits another -- ;
tender the charity of sisterhood chastely;
fear God in love;
love their Abbess with a sincere and humble charity;
prefer nothing whatever to Christ.
And may He bring us all together to life everlasting!


## Chapter 73: On the Fact That the Full Observance of Justice Is Not Established in This Rule

Now we have written this Rule
in order that by its observance in monasteries
we may show that we have attained some degree of virtue
and the rudiments of the religious life.

But for those who would hasten to the perfection of that life
there are the the teaching of the holy Fathers,
the observance of which leads to the height of perfection.
For what page or what utterance
of the divinely inspired books of the Old and New Testaments
is not a most unerring rule for human life?

Or what book of the holy Catholic Fathers
does not loudly proclaim
how we may come by a straight course to our Creator?
Then the Conferences and the Institutes
and the Lives of the Fathers,
as also the Rule of our holy Father Basil --
what else are they but tools of virtue
for right-living and obedient monks?
But for us who are lazy and ill-living and negligent
they are a source of shame and confusion.

Whoever you are, therefore,
who are hastening to the heavenly homeland,
fulfill with the help of Christ
this minimum Rule which we have written for beginners;
and then at length under God's protection
you will attain to the loftier heights of doctrine and virtue
which we have mentioned above.