BERT H. DEIXLER, SBN 70614
bdeixler@proskauer.com
HAROLD M. BRODY, SBN 84927
hbrody@proskauer.com
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, CA 90067-3206
Telephone:   (310) 557-2900
Facsimile    (310) 557-2193

ERIC M. LIEBERMAN, admitted pro hac vice
elieberman@rbskl.com
RABINOWITZ, BOUDIN, STANDARD,
  KRINSKY & LIEBERMAN, P.C.
111 Broadway, 11th Floor
New York, NY 10006

Attorneys for Defendant Church of Scientology International

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC HEADLEY,<br><br>    Plaintiff,<br><br>vs.<br><br>CHURCH OF SCIENTOLOGY INTERNATIONAL, a corporate entity, and DOES 1-20,<br><br>    Defendant. | Case No. CV09-3986 DSF (MANx)<br><br>**DECLARATION OF WARREN MCSHANE IN SUPPORT OF DEFENDANT CHURCH OF SCIENTOLOGY INTERNATIONAL'S PORTION OF THE JOINT STIPULATION REGARDING MARC AND CLAIRE HEADLEY'S MOTIONS TO COMPEL THE PRODUCTION OF DOCUMENTS** |

I, Warren McShane, declare:

1.  I have personal knowledge of the facts set forth in this declaration, and if called upon as a witness, could and would competently testify thereto. I submit this declaration in support of Defendants' portion of the Joint Stipulation Regarding the

motions to compel the production of documents filed in both the Marc Headley and Claire Headley cases.

2. I have been a member of the Church of Scientology for 35 years. As a parishioner of the Scientology religion, I joined staff at Church of Scientology of New York in 1980. In 1982 I became an ordained minister and since that time I have conducted several wedding ceremonies, naming ceremonies and funerals.

3. In 1983, I joined the Sea Organization, which is the religious order within the Scientology religion, and moved to Los Angeles from New York. In March 1983, I joined the staff of Religious Technology Center ("RTC"), a religious non-profit California corporation that is tax exempt under § IRC 501(c)(3).

4. In August 1983, I became a Director and Officer of RTC and in 1993 I became President. I am the custodian of the RTC records and am responsible for the operation of RTC including the creation and execution of all legal agreements and contracts both internally and externally. My ecclesiastical post in RTC is Deputy Inspector General. I am responsible for the day to day activities and functions of RTC and its staff. I am intimately familiar with the policies, procedures, ecclesiastical rules, doctrines and practices of the Scientology religion.

**The Scientology Religion**

5. Scientology is a twentieth century religion comprising a vast body of knowledge extending from certain fundamental truths, the primary truth being that Man is a spiritual being endowed with abilities well beyond those he normally envisages. Scientology comes from the Latin word *scio* meaning "know" and the Greek word *logos* meaning – the word or outward form by which the inward thought is expressed and made known. Scientology thus means knowing about knowing.

6. Scientology holds that Man is basically good and that his spiritual salvation depends upon himself and his fellows and his attainment of brotherhood with the universe. The ultimate goal of Scientology is true spiritual enlightenment and freedom for the individual.

7. The forerunner of Scientology is Dianetics. In 1948, Mr. Hubbard announced his initial findings based on his research into the nature of man as "Dianetics," which he later defined as "what the soul is doing to the body." The foundation of Scientologists' beliefs are found in the book, *Dianetics: The Modern Science of Mental Health*, published in 1950. In Dianetics, Mr. Hubbard was searching for the answers to questions man has had through the ages: Why are we here? What is the meaning of life? Who are we? Why do we do the things we do and act the way we do? What is the source of irrationality, unexplainable phobias and upsets, anger and war? Why are physical manifestations unexplainable in the physical sciences and what is the source of psychosomatic ills? In answer to these questions, Mr. Hubbard discovered what he termed "the reactive mind." While others had described this as the "subconscious mind" or "unconscious mind," Mr. Hubbard rejected those terms so as to avoid confusion about his research and to reflect his discovery that the reactive mind is not only not unconscious, but instead, always awake.

8. Scientologists believe that during moments of pain and partial or full unconsciousness, the reactive mind makes a full mental image picture recording of everything taking place. These recordings are called "engrams." Scientologists believe that these recordings are not physical in nature and are not detectable by a microscope or other physical instrument. Nevertheless, engrams have mental weight and energy and an ability to wield their power over an individual. The perceptions form an exact record of the engram in the reactive mind. While the reactive mind contains recordings of these engrams, the person is not aware of them because of having been unconscious at the time. These hidden engrams, however, affect one's behavior and are the source of all irrationality, fear and psychosomatic illness and impede spiritual enlightenment. Engrams contained in the reactive mind can be "restimulated" by events in one's present environment. While the individual may appear to be in "present time," the reactive mind causes him to "dramatize" (act out)

6772351v1

- 3 -

PRINTED ON RECYCLED PAPER

recordings of the past, and feel all of the emotions and physical pain he experienced at the time of the engramic recording. Sudden fears, phobias and psychosomatic pain and illness are in actuality a re-stimulation of the engram.

9. When Mr. Hubbard wrote *Dianetics*, his research resulted in the discovery of mental image pictures, the engram and the reactive mind. However, as even that publication made clear, his research was not complete. The next question he sought to answer was, "Who is looking at the mental image pictures?" In *Dianetics*, Mr. Hubbard labeled this as the "I." In the final pages of this book, Mr. Hubbard stated his next step was to research the life force.

10. The practices described in *Dianetics* led to the phenomena of individuals recalling past lives, including engrams from past life experiences. This was soon followed by the phenomenon of exteriorization from the body and Mr. Hubbard came to the inescapable conclusion that the "I" referred to in *Dianetics* was the human spirit. This discovery marked the evolution of Dianetics to Scientology. Today, Dianetics is considered to be the forerunner of and part of Scientology, since the discoveries of Scientology clarify and amplify the subject of Dianetics.

**Scientology Religious Doctrine**

11. Scientology is an applied religion based upon the research, writings and recorded lectures of L. Ron Hubbard, which collectively constitute the Scripture of the religion. All of Mr. Hubbard's writings and lectures about Scientology are part of the Scripture. This is made clear in numerous church publications. For example, in the book *Theology and Practice of a Contemporary Religion*, Ch. Four, p. 45, it is stated, "The Scripture of the Scientology religion consists of the writings and recorded spoken words of L. Ron Hubbard on the subjects of Dianetics and Scientology." See Exhibit A appended hereto, which is a true and correct copy of the relevant portion of this book. This Scripture is the sole source of all the doctrines, tenets, philosophy, practices, rituals and fundamental policies of the Scientology faith. They encompass more than 300 books and other writings, over 3,000 recorded lectures and numerous

religious instruction films, totaling over 60 million words. The doctrine and practices of the Scientology religion are known as Scientology's spiritual or religious "technology." Many of the scriptural writings of Scientology are contained in two multi-volume collections of Mr. Hubbard's writings: *The Technical* [i.e., Religious] *Bulletins of Dianetics and Scientology* ("*The Technical Bulletins*") and *The Organization Executive Course* ("*The OEC*"). *The Technical Bulletins* is comprised of writings by Mr. Hubbard on the methods and procedures for the application of Scientology religious "technology." *The OEC* contains policy letters and other scriptural writings by Mr. Hubbard concerning the organization and management of all Scientology churches. Mr. Hubbard developed these management and administrative policies specifically to further the enhancement, expansion and dissemination of Scientology. They are an essential component of the religion.

12. The basic tenet of Scientology, resulting from the researches of Mr. Hubbard into the nature of man, is that man is an immortal spiritual being who has lived through a great many lifetimes and who has the potential of infinite survival. Although one has a body, he or she is a spiritual being, called a "thetan" in Scientology (from the Greek word "theta" meaning "spirit" or "thought"). One does not "have" a thetan – he or she is one.

13. According to Scientology Scripture, the thetan is inherently good, with infinite spiritual capability. However, over the ages, and as a result of becoming enmeshed with the material universe, thetans have lost their true spiritual identity and operate at a small fraction of their native ability. The goal of Scientology is to return a thetan to his or her "native state" – the state of being he or she had at inception as a thetan.

14. Scientology propounds that one is not his body and that the mind is completely separate from the material or physical. Scientologists do not believe the brain is the source of one's thoughts, thinking or analytic capability. Rather, the brain is understood to be similar to a switchboard that relays commands to the body. It is

the thetan that is the source of all thought and creativity. Just as a body wears clothes, a thetan wears a body; an automobile may drive down the road but it is driven by a person; or a puppet may move but the puppet master is pulling the strings. Similarly, while the human body may be animated, it is being operated by a thetan.

15. It is a tenet of Scientology that a thetan has lived for many eons, lifetime after lifetime. The word "reincarnation" is not used in Scientology since it denotes many different individual lives, housed in different bodies. Scientologists believe that a thetan has had one continuous life. It is his various bodies that have died, but his life experience never stops.

16. Scientologists believe that a thetan has a complete mental recording of all his experiences, from the beginning of time to the present. The mind records data using what are called "mental image pictures." Such pictures are three-dimensional, containing color, sound, smell, touch, as well as 53 other perceptions defined in Scientology. The consecutive record of mental image pictures which accumulates through an individual's existence, is called the "time track." While a thetan may be in the present, the sources of his troubles are a manifestation of his past. Only through exploration and examination of his past can he overcome the negative experiences that are affecting him today and reducing his inherent spiritual ability. This is accomplished through Scientology's central practice of "auditing", described below.

17. Scientologists believe that the dynamic principle of existence is "Survive!" Scientology does not proclaim the fact that man is trying to survive as a new discovery. Rather, the discovery of Scientology is that "Survive!" is the only common denominator to every life form. This urge to survive is called the "dynamic principle of existence," and thus the primary motivation of life itself. It is also held that this dynamic principle of existence is compartmented into eight different parts, all integral to the essence of life. Scientology refers to these as the "eight dynamics":

> 1) The first dynamic is SELF. This is the effort to survive as an individual, to be an individual. It includes one's own body and one's own mind....

PRINTED ON RECYCLED PAPER

2) The second dynamic is CREATIVITY. Creativity is making things for the future and the second dynamic includes any creativity. The second dynamic contains the family unit and the rearing of children as well as anything that can be categorized as a family activity....

3) The third dynamic is GROUP SURVIVAL. This is the urge to survive through a group of individuals or as a group.... A group can be a community, friends, a company, a social lodge, a state, a nation, a race or in short, any group.

4) The fourth dynamic is SPECIES.... This is the urge toward survival through all mankind and as all mankind.

5) The fifth dynamic is LIFE FORMS. This is the urge to survive as life forms and with the help of life forms such as animals, birds, insects, fish and vegetation....

6) The sixth dynamic is the PHYSICAL UNIVERSE. The physical universe has four components, matter, energy, space and time....

7) The seventh dynamic is the SPIRITUAL DYNAMIC, the urge to survive as spiritual beings or the urge for life itself to survive.... The seventh dynamic is life source. This is separate from the physical universe and is the source of life itself....

8) The eighth dynamic is the urge toward existence as INFINITY. The eighth dynamic also is commonly called God, the Supreme Being or Creator, but it is correctly defined as infinity. It actually embraces the allness of all. That is why, according to L. Ron Hubbard, "when the seventh dynamic is reached in its entirety one will only then discover the true eighth dynamic."

See Exhibit B, appended hereto, a true and correct copy of pages from *What is Scientology?*, at pp. 154-5.

18. Scientology is a very exact faith. One of its fundamental doctrines is that spiritual freedom can be attained only if the path outlined in the Scripture is followed without deviation. This path starts with the spiritual healing technology found in Dianetics and continues through increasing levels of spiritual enlightenment described throughout the Scientology Scripture. These levels are described in the "Scientology Classification, Gradation and Awareness Chart," a true and correct copy of which is

PRINTED ON
RECYCLED PAPER

6772351v1

appended hereto as Exhibit C. Scientologists refer to this path as "The Bridge to Total Freedom" ("The Bridge").

19. In Scientology, once one addresses the engrams of the reactive mind, and alleviates their power over the individual, he can then address other spiritual factors necessary to return the thetan to his full spiritual ability. When one has gotten rid of his own reactive mind, he is called a "Clear." Beyond that, one must travel the path to full spiritual freedom which, in Scientology, is called "Operating Thetan" or "OT". When enough people have attained the state of "Clear" and above, the entire planet will be cleared and the ultimate Scientology goal of "a civilization without insanity, without criminals and without war . . ." will be achieved. This goal is referred to as Clearing the Planet.

### Scientology Religious Practice

20. The core religious services of Scientology are "training" and "auditing." The Scripture of Scientology embraces the study of all areas of life. Training is provided through Scientology courses. Through Scientology training and study of the Scripture one obtains the wisdom to understand who he is, what he is, where he comes from and his relationship to the universe. Mr. Hubbard is very clear in the Scripture that one half of the spiritual gains in Scientology come from training. It is that important.

21. Auditing is a unique form of spiritual counseling. Scientologists believe that ultimate salvation is dependent on increasing one's awareness of his true spiritual identity. Scientologists believe that Spiritual Freedom is a transcendence of the endless cycle of birth to death. Spiritual Freedom in Scientology requires the wisdom acquired through Scientology training, along with the application of that wisdom through auditing.

22. Auditing is ministered by a specially trained individual called an "auditor." An auditor is precisely defined as "one who listens," taken from the Latin "audire" which means "to hear or listen." Auditing is ministered in confidential one-

on-one sessions between an auditor and a parishioner. The parishioner is referred to as either a "preclear" (meaning he has not yet achieved the spiritual state of Clear) or "pre-OT" (meaning he has achieved the state of Clear but has not yet reached the spiritual state of Operating Thetan). An auditor is a minister of the Church of Scientology.

23. Scientology auditing is based on the principle that if an individual looks at his own existence, he can improve his ability to confront what he is and where he is, thereby ridding the spiritual being of past negative experiences. In Scientology one ultimately realizes his full spiritual potential and increases his abilities as a spiritual being.

24. Scientology auditing uses "processes" – exact sets of questions asked or directions given by an auditor to help a person locate areas of spiritual distress. There are many different auditing processes in Scientology, and each one improves the individual's ability to confront and handle part of his existence. When the specific objective of any one process is attained, the process is ended. Rather than mere "talking" – or other non-religious practices such as psychological free-association, psychoanalysis, etc. – the questions or directions of a Scientology auditing process are precisely delineated and serve to guide the parishioner to understand a specific part of his existence. An auditor of the Church never tells the parishioner what he should think about himself, nor offers his opinion about what is being audited. Auditing seeks to restore the parishioner's certainty in his own viewpoint so as to discover his own spiritual identity. An auditor shows kindness, affinity, and patience to assist the parishioner in confronting his past and areas of spiritual upset or difficulty.

25. In auditing, the minister is assisted by a religious artifact which helps the auditor and preclear locate areas of spiritual distress or travail. This artifact is called a "Hubbard Electropsychometer" or "E-Meter." The E-Meter measures the spiritual state or change of state of a person during auditing. When a Scientologist thinks a thought, looks at a mental picture, re-experiences a past incident or shifts some part of

the reactive mind, he is considered to be moving and changing actual mental mass and energy. Scientologists believe that the E-Meter reads just below the level of the thetan's awareness. By directing his attention with the guidance of the E-Meter, the parishioner can locate past experiences he otherwise might not be able to uncover. In essence, the E-Meter tells the auditor where the charge lies so that he can direct the preclear where to look on his time track for those areas affecting his spiritual freedom.

26. The use of specific auditing processes is delineated on the Scientology Classification, Gradation and Awareness Chart mentioned above, marking a Scientologist's ascent to total spiritual freedom. It is imperative to understand that in Scientology this is considered to be a specifically defined path. Scientology writings teach that there are exact barriers to one's spiritual freedom and the only way to address and overcome these is on a gradient approach, handling specific spiritual disabilities in a precise sequence. The ascending levels of the chart correspond to an increasing number designation, referred to as "Grades" or "Levels." At each level, specific auditing processes help the parishioner achieve that level of spiritual freedom.

27. The most essential aspect of the auditing process is the communication that occurs between the parishioner (the preclear) and the minister (the auditor). It is Church doctrine, that "(a person) is alive as he can communicate." It is also the purpose of auditing to develop greater communication. The more a parishioner can speak freely with his auditor, the better he feels and the more able and capable he is in life. He can survive to the extent that he can communicate with the auditor and live in spiritual peace.

28. The communication between the preclear and the minister is what allows the preclear to improve spiritually. The preclear becomes unencumbered by viewing and communicating about different harmful and painful incidents of the past and he regains the ability to be responsible and to create more in his life and thereby enhances his ability to survive and achieve higher spiritual levels.

29.     Discussion between the preclear and the auditor is designed in such a manner that the preclear views a specific incident or feeling that is undesired from different viewpoints so that the emotional charge that is connected to the incident and/or feeling can be fully confronted and then allows the preclear to attain spiritual peace. During this procedure, the parishioner may discuss other people and events in their lives. This brings into the auditing session discussion of third party individuals who have possibly had nothing to do with the parishioner, but because those other individuals are within the consciousness of the parishioner, they become relevant to the emotional charge that is being addressed at that moment. An example of this might be a parishioner who is unhappy. The auditor and the preclear would have a discussion about the incidents causing the unhappiness. This colloquy between the minister and the parishioner would necessarily involve incidents where the preclear caused someone to be unhappy and then instances where the preclear observed someone making someone else unhappy. This colloquy is carried out to ensure that the preclear has fully confronted the area and can be free of the travail and suffering connected with that area. During auditing many other individuals' names and often times, intimate information about these individuals, becomes part of the auditing file contents.

**Auditing Confidentiality**

30.     The auditor maintains and practices a code of conduct toward his preclear known as "The Auditor's Code," a true and correct copy of which is appended hereto at pp. 730-31 of Exhibit B. This is a doctrine of rules which must be strictly followed to ensure a preclear receives the greatest possible spiritual gain from auditing. It is the code of ethics which governs an auditor's actions. The Auditor's Code requires an auditor to never use the secrets divulged by a preclear in an auditing session. Traditionally, all communications between a minister and his parishioner have been privileged and confidential. This is the case in Scientology auditing. The information given in trust during an auditing session is considered sacrosanct by the Church.

31. The auditor makes notations about the reactions on the E-Meter throughout the auditing session. The folder that is maintained by the auditor regarding the parishioner, called the "preclear folder" or "PC folder" contains several types of notations and reports. The purpose of all of these reports is to ensure heightened spiritual gains from past and future auditing sessions.

32. The preclear folder is a religious record in the eyes of the Church of Scientology. The contents of the preclear folders of all parishioners are considered sacred because they are records of the spiritual growth and are never made known to other people, including the preclear himself, according to Church law. An auditor is forbidden to disclose the contents of the preclear's auditing session, but to a ministerial "Case Supervisor" who oversees the orthodoxy of the auditing sessions, directs the type of auditing to be given to preclear, and corrects the auditor's technical application of auditing skills and communication as needed. The C/S is equally bound to the pledge of confidentiality.

33. The contents of the preclear folder pertaining to the parishioner are always secure within the Church, per policy. That is part of the trust that the parishioner placed in the minister and in his Church. And it is part of the agreement between parishioner and auditor. To assure that this policy of confidentiality is well understood and agreed, from time to time, members are required to read and sign enrollment applications for certain services that spell out this and other agreements as a condition of acceptance for services. For example, agreed in writing by Claire Headley on such an enrollment agreement:

> In connection with the Service, the Church may compile or add to an existing folder containing its notations of my spiritual progress, known as a "Preclear Folder" (PC folder), as well as other ecclesiastical files containing notations regarding my spiritual progress. The contents of the folders are kept confidential from persons who lack the ecclesiastical authority to gain access to such documents, including the

person whom the files concern, and are subject to the priest-penitent privilege. I understand that as a condition of being accepted for participation in the Service, I am giving up any and all rights of ownership, possession and control, copying and viewing of the PC folder and other files concerning myself, both with respect to the files themselves and the information contained therein.

A true and correct copy of the Religious Services Enrollment Application/Agreement, signed June 19, 1998, is appended hereto as Exhibit D.

34. Even when a parishioner leaves the Church and decides he or she does not want to be a member anymore, the folders pertaining to his or her auditing are maintained in the utmost confidence and care. The Church has a very strong desire to ensure that all spiritual beings survive and because we understand the eternal nature of the spiritual being, we look beyond one lifetime of the person. Indeed, when a parishioner dies, his folder is maintained in a secure and confidential manner so that he may use it in future lifetimes consistent with the belief in Scientology that an individual is an immortal spiritual being with many temporal lifetimes. There is a great amount of sanctity that is attached to the parishioner's folders in the Church. They are unlike any other type of files ever maintained. These folders are deeply religious in nature and cannot be disclosed without violating the fundamental religious tenets of the Church of Scientology. In fact, the unauthorized disclosure of someone's PC folder is one of the most serious ecclesiastical crimes within the Church, known as a Suppressive Act.

35. Turning over the preclear folders of the parishioner's auditing, even to the parishioner, is forbidden by the policy and doctrines of the Church and serves no purpose to the recipient of the information. The Church and its ministers feel that they have an absolute responsibility to Scientology doctrine, and to their parishioners to maintain the secrecy, sacredness and confidentiality of all auditing files.

PRINTED ON RECYCLED PAPER

36.  In Scientology doctrine, it is believed that parishioners would not be totally forthcoming in their auditing if they knew that there was a possibility that someday their file might be viewed outside of the auditing process. The written records of the auditing sessions are kept for the purpose of assisting the parishioner to progress on the path to spiritual freedom . Disclosure of these files would break a sacred trust between the Church and its parishioners, and as such, it would have an equally adverse affect on the ability of the minister to participate freely in the auditing process. By disclosing the contents of the folders pertaining to a parishioner's auditing, the credibility of the Church in maintaining the confidentiality of its members' auditing folders will be lost forever and the members of the Church will no longer feel free and confident in disclosing to their auditors their confessions. This would mean that the parishioners would not be able to attain the ascribed level of spiritual freedom. And this would also mean that Scientology as a religion would be severely limited and denied one of its most sacred sacraments.

**The Central Role of Ethics in the Scientology Religion**

37.  As with many religions, in Scientology spiritual progress and proper conduct are inextricably linked. Traditionally, all religions have some form of ethical, moral and judicial system to guide the group and individual members. The Ten Commandments is but one example. In Scientology, Mr. Hubbard defined and codified a workable technology of ethics and justice developed for increased happiness and survival.

38.  One of the most fundamental discoveries of Mr. Hubbard is that man is basically good. As an individual becomes more aware and able through the application of Scientology religious technology, he becomes more honest, ethical, and interested in helping others. The Scientology ethics and justice system is built on the premise that honesty and integrity are essential to the survival of oneself, one's family, one's group and all mankind. As Mr. Hubbard stated in a technical bulletin titled "Auditor's Rights Modified": "The road to truth is begun with honesty." See

PRINTED ON RECYCLED PAPER

Exhibit E hereto, which is a true and correct copy of a Hubbard Communications Office Bulletin dated June 16, 1976, at p. 2.

39.  These and related precepts of ethics in Scientology are reflected in a large body of Scientology Scripture written by Mr. Hubbard, which are among the writings included in *The Technical Bulletins* and *The OEC*. They are an essential component of the Scientology religion. The system of ethics and justice is summarized in the book *Introduction to Scientology Ethics*.

40.  An essential precept of the Scientology religion is that if one has acted unethically, he cannot achieve spiritual progress in the Scientology religion, also referred to as "case gain." Mr. Hubbard wrote a bulletin in 1985 called "Honesty and Case Gain." In that Bulletin, he stated: "Thus, one can bar his own way up the Bridge by dishonesty. I always feel a bit sad when I see somebody doing himself in this way. It is so pointless." See Exibit F, which is a true and correct copy of a Hubbard Communications Bulletin dated May 1, 1985.

41.  In a writing issued in 1980 entitled, "Ethics, Justice, and the Dynamics," Mr. Hubbard wrote:

> Years ago I discovered and proved that man is basically good. This means that the basic personality and the basic intentions of the individual, toward himself and others, are good.
>
> When a person finds himself committing too many harmful acts against the dynamics, he becomes his own executioner. This gives us the proof that man is basically good. When he finds himself committing too many evils, then, causatively, unconsciously or unwittingly, man puts ethics in on himself by destroying himself; and he does himself in without assistance from anybody else.
>
> This is why the criminal leaves clues on the scene, why people develop strange incapacitating illnesses and why they cause themselves accidents and even decide to have an accident. When they violate their own ethics, they begin to decay. They do this all on their own, without anybody else doing anything.

See Exhibit G appended hereto, which is a true and correct copy of a Hubbard Communications Office Policy Letter dated July 9, 1989, entitled, "Ethics, Justice and the Dynamics," at p. 2.

42. In Scientology, such harmful unethical acts are referred to as "overts," a concept analogous to that of sin in western religions. In Scientology, however, an overt may be a transgression in a past lifetime, consistent with Scientology beliefs in the concept of past lives. Once a person commits an overt act, he or she will often withhold from others the commission of that act. This is called a "withhold." A person with accumulated overts and withholds is incapable of spiritual progress, and will not benefit from auditing or training. The teachings of Mr. Hubbard are unequivocal on this point. The commission of dishonest or harmful acts against another is the road to personal destruction, to the loss of awareness, the loss of abilities, to personal unhappiness and the destruction of positive interpersonal relationships. The Scientology Scripture details how it is that harmful acts against one's fellows bring about the loss of integrity and decrease one's ability to handle life successfully.

43. The scriptures, however, do far more than simply warn of the consequences of unethical conduct. Scientology scriptures set forth techniques, called "Confessionals" (sometimes called "Security Checking" or "Sec Checking"), intended to eradicate the harmful effects of overts and to rehabilitate an individual's personal integrity and ability to achieve "case gain", i.e., spiritual progress, not only for the individual but also for the family and groups with which he or she associates. Most of these scriptures are collected in *The Technical Bulletins*. One key writing is a Bulletin entitled "Confessional Procedure," which was written by Mr. Hubbard in 1978 and non-substantively revised by CSI in 2000. As stated in "Confessional Procedure", the procedure is designed to "straighten[] out somebody on a moral code" by "helping the individual to face up to his responsibilities in his group and the society and putting him back into communication with his fellow man, his family, and the world at large," thereby achieving "a great deal of Case Gain." See Exh. H appended hereto, which is a true and correct copy of "Confessional Procedure." Confessionals are conducted with an E-Meter. One form of Confessional is intended solely to help individuals

PRINTED ON RECYCLED PAPER

6772351v1

- 16 -

unburden themselves of past transgressions. As stated in the Bulletin "Confessional Procedure", such a Confessional is considered "auditing and is kept confidential." "When the Confessional is fully completed, the auditor who has administered the Confessional informs the person he is forgiven for the overts and withholds he has just confessed." *Id.*, at p. 8. The ethics or confessional counselor is thus carrying out an essential religious practice in permitting the parishioner to achieve spiritual progress.

44. Another form of confessional counseling, called Hubbard Communications Office ("HCO") confessionals, is part of the Scientology Justice system. Within RTC and CSI, it is applied to those Sea Org members who may have committed "overts" or "withholds" against the rules of the Scientology religion, the Church and the Sea Org. These confessionals are intended both to assist the staff member spiritually and to protect the church and ensure its expansion. As stated in "Confessional Procedure", HCO confessionals are conducted in the exact same way as regular confessionals. The only difference is that ethics officers start an HCO confessional session by saying, "I am not auditing you", because it is a Scientology justice action and can be used as a basis to impose discipline upon errant members of the Order. See Exhibit H attached hereto at p. 2. In the Sea Org, if a member has committed overts against the Rules, he or she may be called before a Committee of Evidence, which can impose disciplinary action. Such action may be appealed within the Scientology Justice system to the International Justice Chief. The use and method of such confessionals are set forth as scripture in *The Technical Bulletins* and *The OEC*, and are a practice of the Scientology religion. Worksheets of HCO confessionals are identical to worksheets of other confessionals, and indeed, the exact same confessional procedures are used, and both are maintained as confidential. All confessional worksheets of any type are maintained in the individual's PC folder.

**Ethics Files**

45. Because of the important nature of the role of ethics in Scientology addressed above, ecclesiastical doctrine mandates that ethics records concerning

individual members are maintained in what is known as an "Ethics file." As noted, members of the Sea Org religious order maintain a high degree of personal ethics and believe that it is necessary to assist and require others to maintain an equally high degree of ethics in order to accomplish the goals of the faith. Thus, ethics files concerning individual Sea Org members are particularly important. These files contain records from the individual's confessional auditing, as well as his own write-ups of overts and withholds (i.e., his own transgressions or sins). These files also contain ecclesiastical justice and ministerial discipline as to the individual Sea Org member, which may not be known by other members. Ethics files are considered confidential as records of ecclesiastical discipline, ethics and justice and are kept secure in the Department of Inspections and Reports under the custody of ethics personnel. Significant portions of what is in the ethics files may never be disclosed for any purpose. Other portions of the ethics files may only be disclosed in accordance with strict rules contained in ecclesiastical policies, such as in the case of a Committee of Evidence. These folders are deeply religious in nature and cannot be disclosed without violating the fundamental religious tenets of the Church of Scientology. In fact, it is considered a Suppressive Act to make an unauthorized disclosure or to give away a person's auditing or ethics files.

46. I have known Claire Headley since 1991 when she first came to the Golden Era base. In addition to my personal knowledge, I have undertaken a thorough review of RTC personnel records for the time period she was on staff at RTC. I have personally familiarized myself with the original records concerning Ms. Headley. These records encompass Ms. Headley's entire history of service as a Sea Org member, including her service with CSI. She became a staff member of RTC in March 1996, and remained on RTC staff until September 3, 2004.

47. I have read plaintiffs' portions of the joint statements re motion to compel documents in the Claire Headley and Marc Headley cases.

48. Requests Number 29 and 30 (numbered 30 and 31 in the Marc Headley case) have to do with "freeloader debts." While RTC has never issued freeloader bills, the general practice of CSI and other Scientology churches is that when a member of the Sea Org departs from the Order, as part of its ecclesiastical and ethics policies, that Church issues the member a statement of a debt for the receipt of certain types of services received as a staff member without charge. This statement is referred to as a "freeloader bill" or "freeloader debt". It is not a legally enforceable debt and no attempts have ever been made to collect or sue to recover these amounts in a civil context. Rather, it is an ecclesiastical debt which the person who broke his covenant is required to fulfill if the former staff member wishes to continue taking Scientology services as a "public" Scientologist.

49. Request Number 47 asks for the production of all board of director minutes of RTC. In the joint statement, plaintiff seeks to limit this request to all director minutes, "in which resolutions were made that changed Church policy and/or procedure." RTC has no board minutes that change Church policy. In fact, no Church corporate board has the authority to change ecclesiastical policy. However, due to the ambiguity of what is meant by "procedure," this request would still require a page by page review of all board of directors minutes since the formation of RTC in 1982.

50. Request Number 78 asks for production of the "Rollback series." "Roll Back" is a term used to describe a type of ethics interview in Scientology, which is conducted using an E-meter. This type of interview is described in several writings by Mr. Hubbard which collectively are known as the "Roll Back Series." These writings are confidential and not available to the general public.

51. Request Number 82 asks for production of documents relating to the Rehabilitation Project Force ("RPF"). The RPF is a form of rehabilitation that is only available to Sea Org members. Neither Marc nor Claire Headley has ever participated in this program. The RPF program consists of a regimen of 5 hours of auditing and/or religious study each day, as well as physical labor such as cleaning,

1 | construction, renovation and gardening and grounds work as team projects. Sea Org
2 | members on the RPF complete an extensive auditing program. The RPF was
3 | developed by Mr. Hubbard in the 1970's to rehabilitate rather than dismiss persons
4 | who were incapable of holding responsibility or engaged in repeated unethical acts.

      I declare under penalty of perjury that my statements herein are true and correct. Executed in Los Angeles, California this 18th day of May 2010.

_[signature]_
Warren McShane