UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-3987-DSF (MANx)<br>CV 09-3986-DSF (MANx) | Date | June 16, 2010 |
|---|---|---|---|
| Title | *Claire Headley v. Church of Scientology International, et al.*<br>*Marc Headley v. Church of Scientology International, et al.* | | |

| Present: The Honorable | MARGARET A. NAGLE, UNITED STATES MAGISTRATE JUDGE |
|---|---|

| E. Carson | CS | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Kathryn Darnell | Bert H. Deixler<br>George Samuel Cleaver<br>Marc Marmaro<br>Amy Lerner Hill<br>Eric M. Lieberman<br>Harold M. Brody |

**Proceedings:**   Telephone Conference Re Status of Discovery Motions

The case is called. Kathryn Darnell, of the Metzger Law Group, appears telephonically on behalf of plaintiff. Bert H. Deixler and George Samuel Cleaver, of Proskauer Rose, and Eric M. Lieberman, of Rabinowitz Boudin Standard Krinsky & Lieberman P.C., appear telephonically on behalf of defendant Church of Scientology International. Marc Marmaro and Amy Lerner Hill, of Jeffer Mangels Butler & Marmaro LLP, appear telephonically on behalf of defendant Religious Technology Center.

The Court confers with counsel regarding the status of discovery motions now pending before this Court and the present discovery cut-off date. The Court takes off calendar the motions presently scheduled to be heard on June 22, 2010, subject to rescheduling if the Court deems it necessary.

The Court schedules a follow-up telephone status conference for Tuesday, June 22, 2010, at 12:00 p.m. The Court will initiate the call with counsel.

cc:   All parties of record

|  | : | 45 |
|---|---|---|
|  | Initials of Preparer | efc |