F:\WP\Cases\9526\PLEADDOC\Marc's Dismissal.wpd

1  BARRY VAN SICKLE, ESQ., SBN 98645
   1079 SUNRISE AVENUE, SUITE B-315
2  ROSEVILLE, CA 95661
   TELEPHONE: (916) 549-8784
3  EMAIL: barryvansickle@comcast.net

4  METZGER LAW GROUP
   A PROFESSIONAL LAW CORPORATION
5  RAPHAEL METZGER, ESQ., SBN 116020
   KATHRYN DARNELL, ESQ., SBN 251364
6  401 E. OCEAN BLVD., SUITE 800
   LONG BEACH, CA  90802-4966
7  TELEPHONE:  (562) 437-4499
   TELECOPIER: (562) 436-1561
8  WEBSITE:  www.toxictorts.com

9  Attorneys for Plaintiffs
   MARC HEADLEY and CLAIRE HEADLEY
10

11              UNITED STATES DISTRICT COURT

12              CENTRAL DISTRICT OF CALIFORNIA

13

14  MARC HEADLEY,                     ) CASE NO. CV09-3986 DSF (MANx)
                                      )
15          Plaintiffs,                ) PLAINTIFF'S VOLUNTARY
                                      ) REQUEST FOR DISMISSAL, WITH
16      vs.                           ) PREJUDICE, OF THE FIRST AND
                                      ) SECOND CAUSES OF ACTION IN
17  CHURCH OF SCIENTOLOGY             ) PLAINTIFF'S SECOND AMENDED
    INTERNATIONAL, a corporate entity,) COMPLAINT; PROPOSED ORDER
18                                    )
            Defendants.                )
19  _____  )

20

21

22

23

24

25

26

27

28

---

PLAINTIFF'S VOLUNTARY REQUEST FOR DISMISSAL, WITH PREJUDICE,
OF THE FIRST AND SECOND CAUSES OF ACTION IN PLAINTIFF'S
SECOND AMENDED COMPLAINT; PROPOSED ORDER

1  TO THE PARTIES HERETO AND TO THEIR ATTORNEYS OF RECORD:

3  Plaintiff, Marc Headley, hereby requests that the Court dismiss, with prejudice, his First Cause of Action for Violations of Cal. Bus. & Prof. Code § 17200 et seq. and his Second Cause of Action for Unpaid Wages and Penalties, as alleged in his Second Amended Complaint, so that Plaintiff's case may be tried solely on the basis of Plaintiff's Third Cause of Action for Forced Labor aka Human Trafficking, as alleged in his Second Amended Complaint.

10  DATED:   July 12, 2010         METZGER LAW GROUP
                                    A Professional Law Corporation


                                    /s/
                                    _____
                                    RAPHAEL METZGER, ESQ.
                                    Attorneys for Plaintiff
                                    MARC HEADLEY

---

PLAINTIFF'S VOLUNTARY REQUEST FOR DISMISSAL, WITH PREJUDICE, OF THE FIRST AND SECOND CAUSES OF ACTION IN PLAINTIFF'S SECOND AMENDED COMPLAINT; PROPOSED ORDER