C:\Temp\notesE1EF34\Marc's Dismissal - Proposed Order.wpd

1  BARRY VAN SICKLE, ESQ., SBN 98645
   1079 SUNRISE AVENUE, SUITE B-315
2  ROSEVILLE, CA 95661
   TELEPHONE: (916) 549-8784
3  EMAIL: barryvansickle@comcast.net

4  METZGER LAW GROUP
   A PROFESSIONAL LAW CORPORATION
5  RAPHAEL METZGER, ESQ., SBN 116020
   KATHRYN DARNELL, ESQ., SBN 251364
6  401 E. OCEAN BLVD., SUITE 800
   LONG BEACH, CA  90802-4966
7  TELEPHONE:  (562) 437-4499
   TELECOPIER: (562) 436-1561
8  WEBSITE:  www.toxictorts.com

9  Attorneys for Plaintiffs
   MARC HEADLEY and CLAIRE HEADLEY
10

11              UNITED STATES DISTRICT COURT

12              CENTRAL DISTRICT OF CALIFORNIA

13

14  MARC HEADLEY,                    )  CASE NO. CV09-3986 DSF (MANx)
                                     )
15          Plaintiffs,              )  ORDER RE PLAINTIFF'S
                                     )  VOLUNTARY REQUEST FOR
16      vs.                          )  DISMISSAL, WITH PREJUDICE, OF
                                     )  THE FIRST AND SECOND CAUSES
17  CHURCH OF SCIENTOLOGY            )  OF ACTION IN PLAINTIFF'S
    INTERNATIONAL, a corporate entity, )  SECOND AMENDED COMPLAINT
18                                   )
            Defendants.              )
19  _____  )

20

21

22

23

24

25

26

27

28

---

[PROPOSED] ORDER RE PLAINTIFF'S VOLUNTARY REQUEST FOR DISMISSAL, WITH
PREJUDICE, OF THE FIRST AND SECOND CAUSES OF ACTION IN PLAINTIFF'S
SECOND AMENDED COMPLAINT; PROPOSED ORDER

## ORDER

Having reviewed the request for dismissal of the First and Second Caues of Action within the Second Amended Complaint filed by Plaintiff, Marc Headley, and noting that Plaintiff, Marc Headley is willing to and requests that these causes of action be dismissed with prejudice, and having determined that such a dismissal would substantially narrow and focus the issue the issues to be tried in this case, and having received no opposition to Plaintiff's request, the Court determines that Plaintiff's request for dismissal should be granted.

WHEREFORE, the Court orders that the First Cause of Action for Violations of Cal. Bus. & Prof. Code § 17200 et seq. and the Second Cause of Action for Unpaid Wages and Penalties, with the Second Amended Complaint of Plaintiff, Marc Headley, shall be and hereby are dismissed with prejudice, so that Plaintiff's case may be tried solely on the basis of Plaintiff's Third Cause of Action for Forced Labor aka Human Trafficking, as alleged in his Second Amended Complaint, as Plaintiff desires.

Dated: 7/26/10

*[signature: Dale S. Fischer]*

The Honorable Dale S. Fischer
United States District Court Judge

---

1

[PROPOSED] ORDER RE PLAINTIFF'S VOLUNTARY REQUEST FOR DISMISSAL, WITH PREJUDICE, OF THE FIRST AND SECOND CAUSES OF ACTION IN PLAINTIFF'S SECOND AMENDED COMPLAINT; PROPOSED ORDER