JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARC HEADLEY, | ) | Case No.:  CV 09-3986 (MANx) |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CHURCH OF SCIENTOLOGY INTERNATIONAL, | ) | JUDGMENT |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Plaintiff voluntarily dismissed his first two causes of action with prejudice, and without objection.  After considering the parties' briefing, evidence, and oral arguments, the Court granted Defendant's motion for summary judgment on Plaintiff's remaining claim under 18 U.S.C. § 1595.  With the arguments having been presented and fully considered, the issues having been heard, and a decision having been rendered,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that his claims be dismissed on their merits and with prejudice, and that Defendant recover its costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: ___8/5/10_____

_____
Dale S. Fischer
United States District Judge