**FILED**

**NOV 22 2010**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CLAIRE HEADLEY,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>CHURCH OF SCIENTOLOGY INTERNATIONAL and RELIGIOUS TECHNOLOGY CENTER, a corporate entity,<br><br>Defendants - Appellees. | No. 10-56266<br><br>D.C. No. 2:09-cv-03987-DSF<br>Central District of California,<br>Los Angeles |
| MARC HEADLEY,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>CHURCH OF SCIENTOLOGY INTERNATIONAL, a corporate entity,<br><br>Defendant - Appellee. | No. 10-56278<br><br>D.C. No. 2:09-cv-03986-DSF<br>Central District of California,<br>Los Angeles<br><br>ORDER |



RECEIVED
CLERK, U.S. DISTRICT COURT
NOV 2 2 2010
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

Before: McKEOWN and BERZON, Circuit Judges.

The emergency motions of appellants Claire Headley and Mark Headley to stay pending appeal the payment of costs taxed by the district court are granted.

KB/MOATT

*See Hilton v. Braunskill*, 481 U.S. 770, 776 (1987); *Cal. Pharmacists Ass'n v. Maxwell-Jolly*, 563 F.3d 847, 849-50 (9th Cir. 2009) (order).

The previously established briefing schedules for appeal Nos. 10-56266 and 10-56278 remain in effect. The Clerk shall calendar these related appeals together.