FILED

UNITED STATES COURT OF APPEALS

FEB 03 2012

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| CLAIRE HEADLEY, | No. 10-56266 |
| --- | --- |
| Plaintiff - Appellant, | D.C. No. 2:09-cv-03987-DSF-MAN |
| v. | Central District of California, Los Angeles |
| CHURCH OF SCIENTOLOGY INTERNATIONAL; RELIGIOUS TECHNOLOGY CENTER, a corporate entity, | ORDER |
| Defendants - Appellees. | |

RECEIVED
CLERK, U.S. DISTRICT COURT

FEB - 3 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| MARC HEADLEY, | No. 10-56278 |
| --- | --- |
| Plaintiff - Appellant, | D.C. No. 2:09-cv-03986-DSF-MAN |
| v. | Central District of California, Los Angeles |
| CHURCH OF SCIENTOLOGY INTERNATIONAL, a corporate entity, | |
| Defendant - Appellee. | |

Before: D.W. NELSON, O'SCANNLAIN, and N.R. SMITH, Circuit Judges.

At oral argument, the parties should be prepared to discuss the applicability, if any, of *Hosanna-Tabor Evangelical Lutheran Church & School v. EEOC*, 132 S. Ct. 694 (2012), to this case.