**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUL 19 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CLAIRE HEADLEY,<br><br>      Plaintiff - Appellant,<br><br>v.<br><br>CHURCH OF SCIENTOLOGY INTERNATIONAL; RELIGIOUS TECHNOLOGY CENTER, a corporate entity,<br><br>      Defendants - Appellees. | No. 10-56266<br><br>D.C. No. 2:09-cv-03987-DSF-MAN<br>Central District of California, Los Angeles<br><br>ORDER |
| MARC HEADLEY,<br><br>      Plaintiff - Appellant,<br><br>v.<br><br>CHURCH OF SCIENTOLOGY INTERNATIONAL, a corporate entity,<br><br>      Defendant - Appellee. | No. 10-56278<br><br>D.C. No. 2:09-cv-03986-DSF-MAN<br>Central District of California, Los Angeles |

RECEIVED
CLERK, U.S. DISTRICT COURT
JUL 1 9 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Before: D.W. NELSON, O'SCANNLAIN, and N.R. SMITH, Circuit Judges.

The Motion for Leave to File Brief as Amicus Curiae in Support of Plaintiff–Appellants, D.E. 31-1, is DENIED.